

**EXHIBIT A-1**