UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                    3:06-cr-00160-JBA-3

AZIBO AQUART

SCHEDULING ORDER

Following colloquy with counsel on the record on November 18, 2019, the following is ordered: A telephonic status conference will be held on **January 29, 2020 at 4:00 p.m.** The Government shall initiate the conference call to chambers.

IT IS SO ORDERED.

/S/
_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 18, 2019