UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:06CR160(JBA) |
| AZIBO AQUART : | JULY 17, 2020 |

**MOTION TO WITHDRAW AS ATTORNEY**

Undersigned counsel hereby moves to withdraw his appearance in this matter. In support of this motion, counsel submits the following:

1. I was appointed in this matter on behalf of the defendant, Azibo Aquart, under the provisions of the Criminal Justice Act.

2. The defendant has since applied for replacement counsel, which motion has been granted by the Court.

For the foregoing reasons, I am requesting the court grant this motion to withdraw my appearance in this matter.

THE DEFENDANT

BY  /s/ Justin T. Smith
Justin T. Smith
Duffy Law, LLC
129 Church Street, Suite 310
New Haven, CT 06510
(203) 946-2000   Fax (203) 907-1383
justin@duffylawct.com
Fed. Bar No. CT25146

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed using the Court's CM/ECF electronic case filing system. Notice of filings submitted to the system are automatically sent to all parties of records capable of receiving electronic notice. Any parties not capable of receiving electronic notice will receive a manual copy of the foregoing via U.S. Mail.

                                          /s/ Justin T. Smith
                                   Justin T. Smith
                                   Federal Bar No. CT25146