UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:06-cr-00160-JBA |
| v. | : | |
| AZIBO AQUART | : | JANUARY 19, 2021 |

## MOTION TO CONTINUE CONFERENCE

The defendant, Azibo Aquart, through counsel, hereby requests that the telephone conference between the parties and the court, scheduled for January 19, 2021, be continued for approximately two months. In support of this request for continuance, the defendant, through counsel, notes that:

    1. The conference scheduled for January 19, 2021, was for the purpose of determining the dissemination of discovery and to attempt to reach a determination on when the matter would be ripe for trial.

    2. During the last week of December, AUSA Peter Markle notified the defense that the government was no longer seeking the death penalty as to Mr. Aqaurt. A conference call was held with the court shortly after that decision was made so that the court is aware of the government's decision and that at this time a conference on the trial matter is no longer necessary.

    3. There are issues that still need to be resolved concerning the sentencing of Mr. Aquart and how that sentencing is to proceed. In emails between defense attorney Marc Bookman and AUSA Peter Markle, there were discussions and all parties agree that a two month

1

continuance will aid us in reaching a resolution as to how this matter will proceed to sentencing.

4. As noted, the government is aware that this motion is being filed and has no objection to this matter being continued for conference in approximately two months.

Wherefore, it is respectfully requested that telephone scheduled for January 19, 2021 not go forward and that a new telephone conference date be set in approximately two months.

 

THE DEFENDANT,
AZIBO AQUART


BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:06-cr-00160-JBA |
| v. | : | |
| AZIBO AQUART | : | JANUARY 19, 2021 |

### CERTIFICATION OF SERVICE

    I hereby certify that on January 19, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: _____
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
257 Main Street, Fl. 2-2
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
E-mail: dam@skmwlaw.com

3