

**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Central Office_
_320 First St., NW_
_Washington, DC  20534_

August 17, 2021

Monica Foster
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN  46204

Request Number: 2021-05301

Dear Ms. Foster:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested the disciplinary history of inmates in the Special Confinement Unit at USP Terre Haute from 2013 to present.

In response to your request, staff located 155 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 155 pages are appropriate for release in part.  No pages are withheld in their entirety. Copies of released records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Kara Christenson, for
Eugene E. Baime, Supervisory Attorney

```
  THAYG          *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001         *   CHRONOLOGICAL DISCIPLINARY RECORD   *      14:36:44


REGISTER NO: [REDACTED]    NAME..: [REDACTED]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3122351 - SANCTIONED INCIDENT DATE/TIME: 05-09-2018 1045
DHO HEARING DATE/TIME: 05-11-2018 1200          DHO REPT DEL: 05-24-2018 1430
FACL/CHAIRPERSON.....: THP [REDACTED]
REPORT REMARKS.......: INMATE GRABBED ANOTHER I/M THROUGH THE FOOD PORT
                       I/M ADMITS
  224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
       LP OTHER   / 14 DAYS / CS
       COMP:   LAW:   LOSS OF TELEVISION
       LP PHONE   / 90 DAYS / CS
       COMP:   LAW:
       MON FINE   / 25.00 DOLLARS / CS
       COMP:   LAW:   BAL $82.76
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2284366 - SANCTIONED INCIDENT DATE/TIME: 03-26-2012 1710
UDC HEARING DATE/TIME: 03-28-2012 1345
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: INMATE MADE NO COMMENT TO THE UDC.
  307  REFUSING TO OBEY AN ORDER - FREQ: 1
       LP OTHER   / 30 DAYS / CS
       COMP:   LAW:   LOSS OF TV
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2002296 - SANCTIONED INCIDENT DATE/TIME: 04-13-2010 0815
DHO HEARING DATE/TIME: 05-13-2010 1100
FACL/CHAIRPERSON.....: THP [REDACTED]
REPORT REMARKS.......: INMATE MADE NO COMMENT DURING DHO HEARING.
  104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
       DS         / 15 DAYS / CS
       COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION.
       LP COMM    / 120 DAYS / CS
       COMP:   LAW:   120 DAYS LP COMM
       LP OTHER   / 120 DAYS / CS
       COMP:   LAW:   120 DAYS LP OTHER (E-MAIL)
       LP PHONE   / 120 DAYS / CS
       COMP:   LAW:   120 DAYS LP PHONE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 847386 - SANCTIONED  INCIDENT DATE/TIME: 01-05-2001 1030
DHO HEARING DATE/TIME: 10-30-2007 0951
FACL/CHAIRPERSON.....: THP [REDACTED]
APPEAL CASE NUMBER(S): 460882
REPORT REMARKS.......: INMATE MADE NO STATEMENT TO THE DHO.
  100  KILLING - FREQ: 1 ATI: IG5
       DS         / 60 DAYS / CS
       COMP:   LAW:
       LP COMM    / 1 YEARS / CS / SUSPENDED 180 DAYS
       COMP:   LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *     INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 002             *   CHRONOLOGICAL DISCIPLINARY RECORD  *     14:36:44

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

        LP PHONE   / 1 YEARS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP VISIT   / 1 YEARS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1324153 - SANCTIONED INCIDENT DATE/TIME: 03-21-2005 1935
UDC HEARING DATE/TIME: 03-25-2005 1405
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: WAIVED UDC
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM    / 14 DAYS / CS
        COMP:    LAW:    HIT DURESS ALARM
   399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
        LP OTHER   / 14 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:    LOSS OF TV
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 798827 - SANCTIONED  INCIDENT DATE/TIME: 07-17-2000 1056
DHO HEARING DATE/TIME: 07-27-2000 0933
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED CHARGE, INMATE STOMPED ON ANOTHER INMATE'S
                       HEAD SEVERAL TIMES IN SHU REC. CAGE
   100A KILLING - FREQ: 1 ATI: IG2
        DIS GCT    / 54 DAYS / CS
        COMP:020 LAW:S   DISALLOW 54 DAYS GOOD CONDUCT TIME
        DS         / 60 DAYS / CS
        COMP:    LAW:    60 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 365 DAYS / CS
        COMP:    LAW:    LOSE COMMISSARY FOR 365 DAYS
        LP PHONE   / 365 DAYS / CS
        COMP:    LAW:    LOSE TELEPHONE FOR 365 DAYS
        LP VISIT   / 365 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    LOSE VISITATION FOR 365 DAYS SUSPENDED PENDING 180
                        DAYS CLEAR CONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 796639 - SANCTIONED  INCIDENT DATE/TIME: 07-09-2000 1315
DHO HEARING DATE/TIME: 07-18-2000 0930
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: REFUSED TO APPEAR FOR THE DHO HEARING
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 60 DAYS / CS
        COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *       INMATE DISCIPLINE DATA         *     07-15-2021
PAGE 003           *    CHRONOLOGICAL DISCIPLINARY RECORD  *     14:36:44


REGISTER NO.: [(b)(6), (b)(7)(C)]   NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 698797 - SANCTIONED  INCIDENT DATE/TIME: 07-23-1999 1105
DHO HEARING DATE/TIME: 08-12-1999 1509
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE  REFUSED TO APPEAR. ABSENTIA HEARING.
                       FOUND GUILTY OF CODE 104
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS          / 60 DAYS / CS
        COMP:   LAW:
        LP COMM    / 120 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 60 DAYS / CS
        COMP:   LAW:
        TRANSFER   / CS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 675132 - SANCTIONED  INCIDENT DATE/TIME: 04-20-1999 0935
DHO HEARING DATE/TIME: 04-29-1999 1430
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE HAD NO COMMENT.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DS          / 30 DAYS / CS
        COMP:   LAW:
        LP COMM    / 90 DAYS / CS
        COMP:   LAW:
        TRANSFER   / CS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 624739 - SANCTIONED  INCIDENT DATE/TIME: 09-29-1998 1827
DHO HEARING DATE/TIME: 10-29-1998 1015
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: SUFFICIENT EVIDENCE TO SUPPORT THE CHARGE OF RIOTING
   105  RIOTING - FREQ: 1
        DS          / 60 DAYS / CS
        COMP:   LAW:
        TRANSFER   / CS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 228140 - SANCTIONED  INCIDENT DATE/TIME: 05-13-1994 1615
UDC HEARING DATE/TIME: 05-16-1994 0940
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: ADMITS THE CHARGE
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LOSE PRIV  / 15 DAYS / CS
        COMP:   LAW:   COMMISSARY RESTRICTION


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG          *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 004 OF 004 *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:36:44

REGISTER NO...:  (b)(6), (b)(7)(C)    NAME..:  (b)(6), (b)(7)(C)
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

UDC HEARING DATE/TIME: 05-16-1994 0940 REPORT 228140 CONTINUED
        LOSE PRIV  / 90 DAYS / CS
        COMP:    LAW:   REMOVE FROM SINGLE CELL LIST
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 217189 - SANCTIONED  INCIDENT DATE/TIME: 03-27-1994 1710
UDC HEARING DATE/TIME: 04-01-1994 0830
FACL/UDC/CHAIRPERSON.:  (b)(6), (b)(7)(C)
REPORT REMARKS.......: NOT ENOUGH EVIDENCE TO SUPPORT 213 AND 306.  FOUND
                        GUILTY OF 307.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LOSE PRIV  / 30 DAYS / CS
        COMP:    LAW:   30 DAYS COMMISSARY RESTRICTION
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 107233 - SANCTIONED  INCIDENT DATE/TIME: 10-03-1992 1345
UDC HEARING DATE/TIME: 10-05-1992 0930
FACL/UDC/CHAIRPERSON.:  (b)(6), (b)(7)(C)
REPORT REMARKS.......: N/A
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LOSE PRIV  / 2 WEEKS / CS
        COMP:    LAW:   LOSE COMMISSARY PRIVILEGE FOR 2 WEEKS
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LOSE PRIV  / 2 WEEKS / CC
        COMP:    LAW:   LOSE COMMISSARY PRIVILEGE FOR 2 WEEKS




  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000004

```
  THAYG            *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD  *      14:48:20


REGISTER NO.: [REDACTED]    NAME..: [REDACTED]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3509539 - SANCTIONED INCIDENT DATE/TIME: 05-31-2021 1030
UDC HEARING DATE/TIME: 06-07-2021 1145
FACL/UDC/CHAIRPERSON.: THP/SCU[REDACTED]
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSION OF MEDICATION WITHOUT PRES
                       CRIPTION.
  305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
       LP COMM   / 30 DAYS / CS
                 FROM: 06-07-2021  THRU: 07-06-2021
       COMP:  LAW:   INMATE ADMITTED TO POSSESSION OF MEDICATION NOT PR
                     ESCRIBED.
       LP VISITRS / 30 DAYS / CS
                 FROM: 06-07-2021  THRU: 07-06-2021
       COMP:  LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2820605 - SANCTIONED INCIDENT DATE/TIME: 02-26-2016 1708
DHO HEARING DATE/TIME: 05-04-2016 0805       DHO REPT DEL: 07-22-2016 0800
FACL/CHAIRPERSON.....: THP[REDACTED]
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
  208  INTERFERING WITH SECRY DEVICES - FREQ: 1
       LP MPLAYER / 30 DAYS / CS
       COMP:  LAW:
       LP VISIT  / 30 DAYS / CS
       COMP:  LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2711511 - SANCTIONED INCIDENT DATE/TIME: 05-03-2015 2209
UDC HEARING DATE/TIME: 05-14-2015 1355
FACL/UDC/CHAIRPERSON.: THP/SCU[REDACTED]
REPORT REMARKS.......: DUE TO SUPT DOCUMENTATION&INMATE'S STATEMENT, UDC FINDS
                       GUILT OF 302 CHARGE.
  302  MISUSING AUTH MEDICATION - FREQ: 1
       LP PHONE  / 30 DAYS / CS
       COMP:  LAW:   TO DETER FUTURE VIOLATIONS OF SAME NATURE.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 791003 - SANCTIONED  INCIDENT DATE/TIME: 06-19-2000 1715
UDC HEARING DATE/TIME: 06-20-2000 1440
FACL/UDC/CHAIRPERSON.: THA[REDACTED]
APPEAL CASE NUMBER(S): 215472
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMITTED THE PROHIBITED ACT.
  399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
       LP COMM   / 15 DAYS / CS
       COMP:  LAW:   LOSS OF COMMISSARY FOR 15 DAYS, MAY PURHCASE PHONE
                     CREDITS AND STAMPS.



G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000005

```
  THAYG              *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *      14:42:42


REGISTER NO.: [b)(6); (b)(7)(C)]     NAME...: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1094056 - SANCTIONED INCIDENT DATE/TIME: 04-13-2003 0434
UDC HEARING DATE/TIME: 04-15-2003 1445
FACL/UDC/CHAIRPERSON.: THA/[b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 296897
REPORT REMARKS.......: INMATE FOUND GUILTY BASED ON OWN ADMISSION
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER   / 7 DAYS / CS
         COMP:   LAW:   LOSS OF TELEVISION VIEWING FOR 7 DAYS
    321  INTERFERING WITH TAKING COUNT - FREQ: 1
         LP OTHER   / 7 DAYS / CS
         COMP:   LAW:   LOSS OF TELEVISION VIEWING FOR 7 DAYS/CONCURRENT







  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000006

```
  THAYG              *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001             *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:36:19


REGISTER NO.: [b)(6); (b)7)(C)]      NAME..: [b)(6); (b)7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021


-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2010766 - SANCTIONED INCIDENT DATE/TIME: 05-03-2010 1715
UDC HEARING DATE/TIME: 05-06-2010 0900
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6); (b)7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 60 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2008568 - SANCTIONED INCIDENT DATE/TIME: 04-28-2010 0911
UDC HEARING DATE/TIME: 05-03-2010 1345
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6); (b)7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO TRASHING HIS CELL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 30 DAYS / CS
        COMP:    LAW:   30 DAYS LOSS OF TELEVISION
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1819102 - SANCTIONED INCIDENT DATE/TIME: 01-07-2009 1815
DHO HEARING DATE/TIME: 03-05-2009 1533
FACL/CHAIRPERSON.....: THP[b)(6); (b)7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSION OF THE UNAUTHORIZED.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1819911 - SANCTIONED INCIDENT DATE/TIME: 01-09-2009 1250
DHO HEARING DATE/TIME: 03-05-2009 1530
FACL/CHAIRPERSON.....: THP[b)(6); (b)7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THROWING THE PAINT DOWN RANGE.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 180 DAYS / CS
        COMP:    LAW:
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:   TELEVISION RESTRICTION.
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000007

```
  THAYG            *       INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 002 OF 002 *    CHRONOLOGICAL DISCIPLINARY RECORD     *    14:36:19

REGISTER NO: [         ]      NAME..: [              ]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


          MON REST   / 10.00 DOLLARS / CS
          COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1493639 - SANCTIONED INCIDENT DATE/TIME: 07-25-2006 1033
UDC HEARING DATE/TIME: 07-25-2006 1050
FACL/UDC/CHAIRPERSON.: THP/SCU[          ]
REPORT REMARKS.......: CUSSED AN OFFICER.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          CHG QTRS   / CS / SUSPENDED 90 DAYS
          COMP:    LAW:    CELL CHANGE.
          LP OTHER   / 15 DAYS / CC
          COMP:    LAW:    LOSE TELEVISION PRIVILEGE FOR 15 DAYS.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1493088 - SANCTIONED INCIDENT DATE/TIME: 07-22-2006 2015
UDC HEARING DATE/TIME: 07-25-2006 1045
FACL/UDC/CHAIRPERSON.: THP/SCU[          ]
REPORT REMARKS.......: CUSSED AN OFFICER.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          LP COMM    / 15 DAYS / CC
          COMP:    LAW:    LOSE COMMISSARY PRIVILEGE FOR 15 DAYS.
          LP OTHER   / 15 DAYS / CS
          COMP:    LAW:    LOSE TELEVISION PRIVILEGE FOR 15 DAYS.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  THAYG              *      INMATE DISCIPLINE DATA            *     07-15-2021
PAGE 001             *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:54:55


REGISTER NO: [(b)(6); (b)(7)(C)]      NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3516307 - SANCTIONED INCIDENT DATE/TIME: 06-20-2021 1505
DHO HEARING DATE/TIME: 06-24-2021 0940             DHO REPT DEL: 07-08-2021 1030
FACL/CHAIRPERSON.....: THP/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M FLUSHED UNKNOWN CONTRABAND DOWN TOILET AND TOLD
                       OFFICER TO "FUCK OFF" I/M DENIES
    115  DESTROY/DISPOSE ITEM-SEARCH - FREQ: 1
         DS          / 1 DAYS / CS
                     FROM: 06-24-2021  THRU: 06-24-2021
         COMP:    LAW:   ADMIN ENTRY
         LP COMM     / 180 DAYS / CS
                     FROM: 06-24-2021  THRU: 12-20-2021
         COMP:    LAW:
         LP OTHER    / 60 DAYS / CS
                     FROM: 06-24-2021  THRU: 08-22-2021
         COMP:    LAW:   LOSS OF TV
         MON FINE    / 250.00 DOLLARS / CS
         COMP:    LAW:   BAL $2497.38
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP PHONE    / 90 DAYS / CS
                     FROM: 06-24-2021  THRU: 09-21-2021
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3429130 - SANCTIONED INCIDENT DATE/TIME: 08-30-2020 1952
DHO HEARING DATE/TIME: 09-17-2020 1000             DHO REPT DEL: 10-02-2020 1200
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M HAD HM KNIFE HIDDEN UNDER MATTRESS
                       I/M DENIES
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS          / 1 DAYS / CS
                     FROM: 09-17-2020  THRU: 09-17-2020
         COMP:    LAW:   ADMIN ENTRY
         LP COMM     / 180 DAYS / CS
                     FROM: 09-17-2020  THRU: 03-15-2021
         COMP:    LAW:
         LP OTHER    / 60 DAYS / CS
                     FROM: 10-12-2020  THRU: 12-10-2020
         COMP:    LAW:   TV
         LP PHONE    / 180 DAYS / CS
                     FROM: 11-11-2020  THRU: 05-09-2021
         COMP:    LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 THAYG              *       INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 002           *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:54:55

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3421916 - SANCTIONED INCIDENT DATE/TIME: 08-04-2020 1825
DHO HEARING DATE/TIME: 08-13-2020 1000           DHO REPT DEL: 08-24-2020 1200
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M MASTURBATED IN THE PRESENCE OF STAFF
                       I/M DENIES
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        LP OTHER   / 60 DAYS / CS
                     FROM: 08-13-2020  THRU: 10-11-2020
        COMP:    LAW:   LOSS OF TV
        LP PHONE   / 90 DAYS / CS
                     FROM: 08-13-2020  THRU: 11-10-2020
        COMP:    LAW:
        MON FINE   / 200.00 DOLLARS / CS
        COMP:    LAW:   BAL $445.63
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3365456 - SANCTIONED INCIDENT DATE/TIME: 02-13-2020 1950
DHO HEARING DATE/TIME: 02-20-2020 1445           DHO REPT DEL: 03-30-2020 1725
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M WAS USING ALCOHOL
                       I/M ADMITS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DAB
        DS         / 1 DAYS / CS
                     FROM: 02-20-2020  THRU: 02-20-2020
        COMP:    LAW:
        LP EMAIL   / 180 DAYS / CS
                     FROM: 02-20-2020  THRU: 08-17-2020
        COMP:    LAW:
        LP OTHER   / 30 DAYS / CS
                     FROM: 02-20-2020  THRU: 03-20-2020
        COMP:    LAW:   TV
        LP VISIT   / 180 DAYS / CS
                     FROM: 02-20-2020  THRU: 08-17-2020
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3061206 - SANCTIONED INCIDENT DATE/TIME: 11-28-2017 1722
DHO HEARING DATE/TIME: 12-06-2017 0830           DHO REPT DEL: 12-13-2017 1200
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M MASTURBATED IN FRONT OF STAFF
                       I/M DENIES
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *     INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 003           *   CHRONOLOGICAL DISCIPLINARY RECORD *     14:54:55


REGISTER NO: [(b)(6);(b)(7)(C)]    NAME..: [(b)(6);(b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 12-06-2017 0830 REPORT 3061206 CONTINUED
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:
         MON FINE   / 100.00 DOLLARS / CS
         COMP:   LAW:   BAL $288.31
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2823777 - SANCTIONED INCIDENT DATE/TIME: 03-05-2016 1405
UDC HEARING DATE/TIME: 03-10-2016 1400
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6);(b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL CONT PRGSV SANCTIONS USAGE.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER   / 60 DAYS / CS
         COMP:   LAW:   LP TRULINCS FUNCTION EMAIL, SANCTIONS TO RUN CONSE
                          CUTIVE.
    330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP OTHER   / 60 DAYS / CS
         COMP:   LAW:   LP TRULINCS FUNCTION EMAIL TO PROMOTE FUTURE POSIT
                          IVE BEHAVIOR, TOTAL 120 DAYS LP EMAIL.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2758259 - SANCTIONED INCIDENT DATE/TIME: 09-07-2015 0615
UDC HEARING DATE/TIME: 09-10-2015 1230
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6);(b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LVL, I/M FOUND GUILTY AS CHARGED OF
                          VIOLATION, UTILIZING PROGRESSIVE SANCTIONS.
    302  MISUSING AUTH MEDICATION - FREQ: 1
         LP OTHER   / 90 DAYS / CS
         COMP:   LAW:   LP TRULINCS FUNCTION EMAIL.
         LP PHONE   / 10 DAYS / CS
         COMP:   LAW:   PROGRESSIVE SANCTION TO PROMOTE FUTURE POSITIVE
                          BEHAVIOR.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2718248 - SANCTIONED INCIDENT DATE/TIME: 05-22-2015 1325
UDC HEARING DATE/TIME: 05-27-2015 1515
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6);(b)(7)(C)]
REPORT REMARKS.......: I/M FOUND GUILTY AS CHARGED OF PROHIBITED ACT.
    300  INDECENT EXPOSURE - FREQ: 1
         LP OTHER   / 60 DAYS / CS
         COMP:   LAW:   LP TRULINCS FUNCTION EMAIL TO DETER FUTURE VIOLATI
                          ONS OF THIS NATURE, I/M WAS ADVISED TO COVER SELF.




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000011

```
  THAYG            *      INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 004           *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:54:55

REGISTER NO.: (b)(6); (b)(7)(C)    NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2688200 - SANCTIONED INCIDENT DATE/TIME: 02-28-2015 1910
UDC HEARING DATE/TIME: 04-24-2015 1430
FACL/UDC/CHAIRPERSON.: THP/SCU (b)(6); (b)(7)(C)
REPORT REMARKS.......: I/M REFUSED TO PARTICIPATE IN THE UDC HEARING, HEARING
                       CONDUCTED IN ABSENCE OF INMATE.  FOUND GUILTY AS CHARGED
   302  MISUSING AUTH MEDICATION - FREQ: 1
         LP COMM   / 120 DAYS / CS
         COMP:   LAW:   INMATE SANCTIONED TO DETER FUTURE VIOLATIONS OF
                        THIS SAME NATURE.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2669460 - SANCTIONED INCIDENT DATE/TIME: 12-17-2014 0955
DHO HEARING DATE/TIME: 04-15-2015 1145            DHO REPT DEL: 04-24-2015 1445
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE DENIED CHARGE
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
         DS        / 1 DAYS / CS
         COMP:   LAW:
         LP COMM   / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 90 DAYS / CS
         COMP:   LAW:
         LP VISIT  / 120 DAYS / CS
         COMP:   LAW:
         MON FINE  / 50.00 DOLLARS / CS
         COMP:   LAW:   SEVERITY OF INCIDENT
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2634916 - SANCTIONED INCIDENT DATE/TIME: 09-30-2014 1135
DHO HEARING DATE/TIME: 12-02-2014 1300
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE STATED REPORT WAS DELIVERED LATE.
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
         DS        / 1 DAYS / CS
         COMP:   LAW:   FOR SENTRY ONLY
         LP COMM   / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 90 DAYS / CS / SUSPENDED 120 DAYS
         COMP:   LAW:
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP EMAIL  / 30 DAYS / CS
         COMP:   LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 005           *   CHRONOLOGICAL DISCIPLINARY RECORD    *    14:54:55


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2490306 - SANCTIONED INCIDENT DATE/TIME: 09-08-2013 1920
UDC HEARING DATE/TIME: 09-12-2013 0850
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED THE PROHIBITED ACT.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP OTHER   / 45 DAYS / CS
        COMP:   LAW:   LP TRULINCS FUNCTION EMAIL FOR 45 DAYS TO DETER
                       FUTURE VIOLATIONS OF THIS NATURE.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2407139 - SANCTIONED INCIDENT DATE/TIME: 02-07-2013 1000
UDC HEARING DATE/TIME: 03-15-2013 1207
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: REFERRED BACK TO UDC
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP EMAIL   / 30 DAYS / CS
        COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2381978 - SANCTIONED INCIDENT DATE/TIME: 12-03-2012 0845
DHO HEARING DATE/TIME: 03-14-2013 1010
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: PLEAD GUILTY TO REFUSING A BREATH TEST
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 2 ATI: DAN
        DS         / 21 DAYS / CC
        COMP:   LAW:   CC WITH IR.2407131
        LP COMM    / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:
        LP EMAIL   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:
        LP PHONE   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:
        LP VISIT   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2407131 - SANCTIONED INCIDENT DATE/TIME: 02-07-2013 1035
DHO HEARING DATE/TIME: 03-14-2013 1007
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: PLEAD GUILTY FOR POSSESSION OF NITRO GLYCERIN AND
                       ANYTHING UNAUTHORIZED
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
        DS         / 30 DAYS / CC
        COMP:   LAW:   CC WITH IR.2361058
        LP COMM    / 120 DAYS / CS
        COMP:   LAW:
        LP EMAIL   / 120 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

SCU000013

```
    THAYG            *     INMATE DISCIPLINE DATA         *    07-15-2021
  PAGE 006           *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:54:55

  REGISTER NO.: [REDACTED]    NAME..: [REDACTED]
  FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

          LP PHONE   / 120 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:
          LP VISIT   / 120 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
          DS         / 7 DAYS / CC
          COMP:    LAW:
          LP COMM    / 30 DAYS / CC
          COMP:    LAW:
          LP EMAIL   / 30 DAYS / CC
          COMP:    LAW:
          LP PHONE   / 30 DAYS / CC
          COMP:    LAW:
          LP VISIT   / 30 DAYS / CC
          COMP:    LAW:
  --------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2361058 - SANCTIONED INCIDENT DATE/TIME: 10-09-2012 1320
  DHO HEARING DATE/TIME: 03-14-2013 1003
  FACL/CHAIRPERSON.....: THP[REDACTED]
  REPORT REMARKS.......: DENIED ASSAULTING STAFF
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SJ2 RFP: D
          DS         / 30 DAYS / CC
          COMP:    LAW:    CC WITH IR.2360132
          LP COMM    / 180 DAYS / CS
          COMP:    LAW:
          LP EMAIL   / 180 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:
          LP PHONE   / 180 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:
          LP VISIT   / 180 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:
  --------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2360132 - SANCTIONED INCIDENT DATE/TIME: 10-05-2012 1920
  DHO HEARING DATE/TIME: 03-14-2013 1002
  FACL/CHAIRPERSON.....: THP[REDACTED]
  REPORT REMARKS.......: PLEAD GUILTY TO THREATENING STAFF
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DS         / 15 DAYS / CC
          COMP:    LAW:    CC WITH IR.2360129
          LP COMM    / 120 DAYS / CS
          COMP:    LAW:
          LP EMAIL   / 120 DAYS / CS
          COMP:    LAW:
          LP PHONE   / 120 DAYS / CS / SUSPENDED 90 DAYS
          COMP:    LAW:


  G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 007             *    CHRONOLOGICAL DISCIPLINARY RECORD  *     14:54:55

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 03-14-2013 1002 REPORT 2360132 CONTINUED
        LP VISIT  / 120 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2360129 - SANCTIONED INCIDENT DATE/TIME: 10-05-2012 1800
DHO HEARING DATE/TIME: 03-14-2013 1000
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: PLEAD GUILTY TO THREATENING STAFF
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
        DS        / 15 DAYS / CS
        COMP:    LAW:
        LP COMM   / 60 DAYS / CS
        COMP:    LAW:
        LP EMAIL  / 60 DAYS / CS
        COMP:    LAW:
        LP PHONE  / 60 DAYS / CS
        COMP:    LAW:
        LP VISIT  / 60 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2225049 - SANCTIONED INCIDENT DATE/TIME: 10-22-2011 0915
DHO HEARING DATE/TIME: 12-09-2011 1345
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED REFUSING TO TAKE A BREATHALYZER, ADMITS
                       TO DRINKING.
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: DAN
        DS        / 7 DAYS / CS
        COMP:    LAW:
        LP COMM   / 90 DAYS / CS
        COMP:    LAW:
        LP VISIT  / 90 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2196679 - SANCTIONED INCIDENT DATE/TIME: 08-10-2011 0850
UDC HEARING DATE/TIME: 08-11-2011 1410
FACL/UDC/CHAIRPERSON.: THP/SCU, [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE THE UDC.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP VISIT  / 30 DAYS / CS
        COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   THAYG             *      INMATE DISCIPLINE DATA         *      07-15-2021
PAGE 008             *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:54:55

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2008149 - SANCTIONED INCIDENT DATE/TIME: 04-27-2010 1005
DHO HEARING DATE/TIME: 05-13-2010 1120
FACL/CHAIRPERSON.....: THP/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES REFUSING BREATHALYZER, STATES I WAS NEVER
                       ASK TO TAKE ONE.
   223  REFUSING TO TAKE ALCOHOL TEST - FREQ: 1
        DS       / 7 DAYS / CS / SUSPENDED 180 DAYS
        COMP:      LAW:    7 DAYS DISCIPLINARY SEGREGATION, SUSP 180 DAYS
                           PEND CLEAR CONDUCT.
        LP COMM    / 90 DAYS / CS
        COMP:      LAW:    90 DAYS LP COMM
        LP OTHER   / 90 DAYS / CS
        COMP:      LAW:    90 DAYS LP OTHER (E-MAIL)
        LP PHONE   / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:      LAW:    180 DAYS LP PHONE, SUSP 180 DAYS PEND CLEAR
                           CONDUCT.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1896019 - SANCTIONED INCIDENT DATE/TIME: 07-19-2009 1337
DHO HEARING DATE/TIME: 09-11-2009 1000
FACL/CHAIRPERSON.....: THP/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAVIED DHO HEARING.
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM     SUSPENDED 02-19-2009 1415
                                        LP PHONE   SUSPENDED 02-19-2009 1415
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DS       / 7 DAYS / CS
        COMP:      LAW:    7 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 30 DAYS / CS
        COMP:      LAW:    30 DAYS LOSS PRIVILEGE COMMISSARY.
        LP PHONE   / 30 DAYS / CS
        COMP:      LAW:    30 DAYS LOSS PRIVILEGE TELEPHONE.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1834168 - SANCTIONED INCIDENT DATE/TIME: 02-16-2009 1730
UDC HEARING DATE/TIME: 02-19-2009 1415
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 09-11-2009 1000
        COMP:      LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE   / 90 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 09-11-2009 1000
        COMP:      LAW:



G0002        MORE PAGES TO FOLLOW . . .
```

```
   THAYG           *         INMATE DISCIPLINE DATA         *    07-15-2021
PAGE 009            *    CHRONOLOGICAL DISCIPLINARY RECORD    *    14:54:55


REGISTER NO: [b)(6); (b)(7)(C)]    NAME...: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1804845 - SANCTIONED INCIDENT DATE/TIME: 11-25-2008 1955
DHO HEARING DATE/TIME: 12-31-2008 0830
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITTED GUILT ON 222 DENIED GUILT ON 224A
   222  POSSESSING INTOXICANTS - FREQ: 2
        DS          / 15 DAYS / CS
        COMP:    LAW:
        LP COMM     / 180 DAYS / CS
        COMP:    LAW:
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SF2 RFP: D
        DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP PHONE    / 90 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1798761 - SANCTIONED INCIDENT DATE/TIME: 11-10-2008 1745
DHO HEARING DATE/TIME: 12-11-2008 0915
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
   222  POSSESSING INTOXICANTS - FREQ: 1
        DS          / 30 DAYS / CS
        COMP:    LAW:
        LP COMM     / 180 DAYS / CS
        COMP:    LAW:
        LP PHONE    / 180 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1716936 - SANCTIONED INCIDENT DATE/TIME: 04-01-2008 1530
DHO HEARING DATE/TIME: 06-24-2008 1142
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 02-07-2008 1328
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        LP VISIT    / 180 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1671241 - SANCTIONED INCIDENT DATE/TIME: 11-26-2007 0630
DHO HEARING DATE/TIME: 02-07-2008 1328
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED MASTURBATING, BUT STATED HE DID NOT KNOW
                       THE STAFF MEMBER WAS THERE.
HEARING IS ALSO BASIS FOR EXECUTION OF LP PHONE   SUSPENDED 11-16-2007 1330




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000017

```
  THAYG          *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 010         *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:54:55


REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME...: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 02-07-2008 1328 REPORT 1671241 CONTINUED
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
         DS             / 15 DAYS / CS / SUSPENDED 180 DAYS
                        EXECUTED BASED ON HEARING OF 06-24-2008 1142
         COMP:    LAW:
         LP COMM    / 14 DAYS / CS
         COMP:    LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1653257 - SANCTIONED INCIDENT DATE/TIME: 10-09-2007 0945
DHO HEARING DATE/TIME: 11-16-2007 1330
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED GUILT
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF2 RFP: D
         DS             / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 6 MONTHS / CS / SUSPENDED 180 DAYS
                        EXECUTED BASED ON HEARING OF 02-07-2008 1328
         COMP:    LAW:
         LP VISIT   / 1 YEARS / CS
         COMP:    LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1641796 - SANCTIONED INCIDENT DATE/TIME: 08-16-2007 2058
DHO HEARING DATE/TIME: 10-09-2007 0955
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS             / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 1 YEARS / CS
         COMP:    LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1610042 - SANCTIONED INCIDENT DATE/TIME: 06-11-2007 1723
UDC HEARING DATE/TIME: 06-18-2007 1400
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 456975
REPORT REMARKS.......: INMATE REFUSED AN ORDER
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:    LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1480083 - SANCTIONED INCIDENT DATE/TIME: 06-19-2006 1245
DHO HEARING DATE/TIME: 06-28-2006 0820
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SUBJ. VERBALLY THREATENED OFFICER




G0002      MORE PAGES TO FOLLOW . . .
```

```
THAYG            *       INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 011         *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:54:55

REGISTER NO.: [redacted]  NAME..: [redacted]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 06-28-2006 0820 REPORT 1480083 CONTINUED
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:030 LAW:P   DIS GCT
         DIS GCT    / 27 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP PHONE   / 120 DAYS / CS
         COMP:    LAW:    LOSS OF SOCIAL TELEPHONE
         LP VISIT   / 120 DAYS / CS
         COMP:    LAW:    LOSS OF SOCIAL VISITS
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1475499 - SANCTIONED INCIDENT DATE/TIME: 06-06-2006 0815
DHO HEARING DATE/TIME: 06-28-2006 0815
FACL/CHAIRPERSON.....: THP[redacted]
REPORT REMARKS.......: SUBJ. TORE UP A SEG MATTRESS
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:030 LAW:P   DIS GCT
         DIS GCT    / 27 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         MON REST   / 122.00 DOLLARS / CS
         COMP:    LAW:    RESTITUTION FOR MATTRESS
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1442591 - SANCTIONED INCIDENT DATE/TIME: 03-08-2006 1715
DHO HEARING DATE/TIME: 03-17-2006 1215
FACL/CHAIRPERSON.....: THP[redacted]
REPORT REMARKS.......: DENIES
   300  INDECENT EXPOSURE - FREQ: 1
         DIS GCT    / 13 DAYS / CS
         COMP:030 LAW:P   DIS GCT
         DIS GCT    / 13 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         DS         / 15 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP OTHER   / 120 DAYS / CS
         COMP:    LAW:    LOSS OF TELEVISION PRIVLEGES
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1438000 - SANCTIONED INCIDENT DATE/TIME: 02-24-2006 1935
DHO HEARING DATE/TIME: 03-17-2006 1210
FACL/CHAIRPERSON.....: THP[redacted]
REPORT REMARKS.......: DENIES




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000019

```
  THAYG              *      INMATE DISCIPLINE DATA          *   07-15-2021
PAGE 012             *   CHRONOLOGICAL DISCIPLINARY RECORD  *   14:54:55


REGISTER NO: [        ]  NAME..: [              ]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 03-17-2006 1210 REPORT 1438000 CONTINUED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:030 LAW:P   DIS GCT
         DIS GCT     / 13 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         DS          / 15 DAYS / CS
         COMP:   LAW:   DIS SEG
         LP COMM     / 120 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY
         LP PHONE    / 120 DAYS / CS
         COMP:   LAW:   LOSS OF SOCIAL TELEPHONE
         LP VISIT    / 120 DAYS / CS
         COMP:   LAW:   LOSS OF SOCIAL VISITS
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1385598 - SANCTIONED INCIDENT DATE/TIME: 09-26-2005 0736
UDC HEARING DATE/TIME: 09-28-2005 1505
FACL/UDC/CHAIRPERSON.: THP/SCU/[          ]
REPORT REMARKS.......: INMATE FOUND TO COMMIT PROHIBITED ACT
   410  USING MAIL W/O AUTH - FREQ: 1
         LP COMM     / 15 DAYS / CS
         COMP:   LAW:   SANCTIONED 15 DAYS COMMISSARY RESTRICTION
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1337245 - SANCTIONED INCIDENT DATE/TIME: 04-30-2005 2200
DHO HEARING DATE/TIME: 09-21-2005 0950
FACL/CHAIRPERSON.....: THA/[          ]
REPORT REMARKS.......: N/A
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:030 LAW:P   DIS GCT
         DIS GCT     / 13 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         DS          / 15 DAYS / CS
         COMP:   LAW:   DIS SEG
         LP OTHER    / 30 DAYS / CS
         COMP:   LAW:   LOSS OF TELEVISION
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1331463 - SANCTIONED INCIDENT DATE/TIME: 04-13-2005 1725
DHO HEARING DATE/TIME: 05-05-2005 1020
FACL/CHAIRPERSON.....: THA/[          ]
REPORT REMARKS.......: VERBAL THREAT TO RN DURING MED ROUNDS
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:030 LAW:P   DIS GCT




  G0002        MORE PAGES TO FOLLOW . . .
```

```
    THAYG              *      INMATE DISCIPLINE DATA            *     07-15-2021
PAGE 013              *  CHRONOLOGICAL DISCIPLINARY RECORD      *     14:54:55

REGISTER NO.: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 05-05-2005 1020 REPORT 1331463 CONTINUED
          DS          / 15 DAYS / CS
          COMP:      LAW:    DIS SEG
   312    BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          DIS GCT     / 13 DAYS / CS
          COMP:030 LAW:P   DIS GCT
          DS          / 15 DAYS / CS
          COMP:      LAW:    DIS SEG
          LP OTHER    / 30 DAYS / CS
          COMP:      LAW:    LOSS OF TELEVISION FOR A PERIOD OF 30 DAYS.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1245082 - SANCTIONED INCIDENT DATE/TIME: 07-27-2004 1500
UDC HEARING DATE/TIME: 07-29-2004 1045
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE WAS FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE
                       RESTRICTION
   203    THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          LP PHONE    / 20 DAYS / CS
          COMP:      LAW:    THIS EXCLUDES EMERGENCY AND ATTORNEY CALLS
   208    INTERFERING WITH SECRY DEVICES - FREQ: 1
          LP PHONE    / 20 DAYS / CS
          COMP:      LAW:    THIS EXCLUDES EMERGENCY AND ATTORNEY CALLS
   307    REFUSING TO OBEY AN ORDER - FREQ: 1
          LP PHONE    / 20 DAYS / CS
          COMP:      LAW:    THIS EXCLUDES EMERGENCE AND ATTORNEY CALLS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1245080 - SANCTIONED INCIDENT DATE/TIME: 07-27-2004 1510
UDC HEARING DATE/TIME: 07-29-2004 1000
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE REST
                       RICTION
   203    THREATENING BODILY HARM - FREQ: 1 ATI: SF1
          LP PHONE    / 30 DAYS / CS
          COMP:      LAW:    THIS RESTRICTION RUNS FROM 12-27-2004 TO 1-27-2005
   312    BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          LP PHONE    / 30 DAYS / CS
          COMP:      LAW:    THIS RESTRICTION RUNS FROM 11-27-2004 TO 12-2
                            7-2004
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243631 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1415
UDC HEARING DATE/TIME: 07-27-2004 0950
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS COMMISSARY
                       RESTRICTION



G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG          *        INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 014 OF 014 *     CHRONOLOGICAL DISCIPLINARY RECORD  *     14:54:55


REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 07-27-2004 0950 REPORT 1243631 CONTINUED
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP COMM   / 60 DAYS / CS
        COMP:   LAW:   THIS RESTRICTION ENDS ON 11-27-2004
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243630 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1415
UDC HEARING DATE/TIME: 07-27-2004 0940
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE
                       RESTRICTION
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE  / 60 DAYS / CS
        COMP:   LAW:   THIS RESTRICTION ENDS ON 09-27-2004
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243629 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1330
UDC HEARING DATE/TIME: 07-27-2004 0905
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS VISITING
                       RESTRICTION
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP VISIT  / 60 DAYS / CS
        COMP:   LAW:   THIS RESTRICTION ENDS ON 09-27-2004
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1244629 - SANCTIONED INCIDENT DATE/TIME: 07-26-2004 1400
UDC HEARING DATE/TIME: 07-27-2004 0900
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 6 MONTHS COMMISSAR
                       Y RESTRICTION
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        LP COMM   / 180 DAYS / CS
        COMP:   LAW:   THIS RESTRICTION ENDS ON 1-27-2005
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1189278 - SANCTIONED INCIDENT DATE/TIME: 02-08-2004 1224
UDC HEARING DATE/TIME: 02-10-2004 1420
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 15 DAYS COMMISSARY
                       RESTRICTION
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP COMM   / 15 DAYS / CS
        COMP:   LAW:   THIS RESTRICTION ENDS ON 2-25-2004




  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000022

```
 THAYG            *       INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD     *    14:41:50


REGISTER NO: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2310661 - SANCTIONED INCIDENT DATE/TIME: 05-31-2012 1941
UDC HEARING DATE/TIME: 06-05-2012 1230
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATED ADMITTED GUILT
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2247930 - SANCTIONED INCIDENT DATE/TIME: 12-21-2011 1530
UDC HEARING DATE/TIME: 12-23-2011 1225
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED THE CHARGES.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 90 DAYS / CS
        COMP:   LAW:




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 THAYG          *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001        *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:51:30

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1935358 - SANCTIONED INCIDENT DATE/TIME: 10-26-2009 1840
UDC HEARING DATE/TIME: 10-29-2009 1415
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED AN ORDER TO RETURN TO HIS CELL
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM   / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:  LAW:   SUSPENDED 90 DAYS PENDING CLEAR CONDUCT
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1793563 - SANCTIONED INCIDENT DATE/TIME: 10-27-2008 1815
UDC HEARING DATE/TIME: 10-30-2008 1405
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 517150
REPORT REMARKS.......: INMATE REFUSED TO SUBMIT TO RESTRAINTS AND A SEARCH OF
                       HIS CELL
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM   / 180 DAYS / CS
         COMP:  LAW:
         LP PHONE  / 180 DAYS / CS / SUSPENDED 180 DAYS
         COMP:  LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1138162 - SANCTIONED INCIDENT DATE/TIME: 08-29-2003 1815
DHO HEARING DATE/TIME: 10-08-2004 0915
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REPEATEDLY STABBED ANOTHER INMATE [(b)(6); (b)(7)(C)]
    101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IC4 RFP: A
         DIS GCT   / 31 DAYS / CS
         COMP:040 LAW:P
         DS        / 60 DAYS / CS
         COMP:  LAW:
         FF NVGCT  / 41 DAYS / CS
         COMP:040 LAW:P
         TRANSFER  / CS
         COMP:  LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1261231 - SANCTIONED INCIDENT DATE/TIME: 09-12-2004 2020
DHO HEARING DATE/TIME: 09-17-2004 0920
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE PARTICIPATED IN A GROUP DEMONSTRATION AND BROKE
                       THE SPRINKLER HEAD OFF IN HIS CELL (ADMITS)
    212  ENGAGING IN GROUP DEMONSTRATON - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:040 LAW:P
         LP COMM   / 60 DAYS / CS
         COMP:  LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *     INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 002           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:51:30

REGISTER NO.: (b)(6); (b)(7)(C)      NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 09-17-2004 0920 REPORT 1261231 CONTINUED
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:040 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         MON REST   / 75.00 DOLLARS / CS
         COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1086014 - SANCTIONED INCIDENT DATE/TIME: 09-09-2002 2022
UDC HEARING DATE/TIME: 03-20-2003 1810
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: REDUCED FROM 297 TO 397 BETTER FITS 397 CATEGORY. INMATE
                       ADMITS USING OTHER INMATE'S PAC #.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE   / 180 DAYS / CC
         COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1086013 - SANCTIONED INCIDENT DATE/TIME: 09-23-2002 1919
UDC HEARING DATE/TIME: 03-20-2003 1805
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: REDUCED FROM 297 TO 397 BETTER FITS 397 CATEGORY. INMATE
                       ADMITS USING OTHER INMATE'S PAC #.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE   / 180 DAYS / CC
         COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 988490 - SANCTIONED  INCIDENT DATE/TIME: 05-02-2002 1148
UDC HEARING DATE/TIME: 05-07-2002 1020
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: BASED ON THE WRITTEN REPORT.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP PHONE   / 150 DAYS / CS
         COMP:   LAW:   LOSS OF PHONE PRIVILEGES FOR 150 DAYS.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 848099 - SANCTIONED  INCIDENT DATE/TIME: 01-10-2001 1015
UDC HEARING DATE/TIME: 01-16-2001 1800
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: BASED ON THE INMATES ADMISSION AND CONTENTS OF THE
                       REPORT;  CODE 316 IS WARRANT
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM    / 7 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY
                       EFFECTIVE: JANUARY 16- 23, 2001



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000025

```
  THAYG            *      INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 003           *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:51:30
```

REGISTER NO.: (b)(6); (b)(7)(C)    NAME..: (b)(6); (b)(7)(C)

FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 556815 – SANCTIONED  INCIDENT DATE/TIME: 01-24-1998 1612
UDC HEARING DATE/TIME: 01-27-1998 1445
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: LOSS OF COMMISSARY
    306  REFUSING WORK/PGM ASSIGNMENT – FREQ: 1
         LOSE PRIV  / 30 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY TO BEGIN 1/28/98 TO 2/27/98
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 535798 – SANCTIONED  INCIDENT DATE/TIME: 10-30-1997 0945
UDC HEARING DATE/TIME: 10-31-1997 1815
FACL/UDC/CHAIRPERSON.: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITTED TO COMMITTING THE PROHIBITED ACT
    310  BEING ABSENT FROM ASSIGNMENT – FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:    LAW:    TO BE DONE IN THE UNIT
         RESTR QTRS / 5 DAYS / CS
         COMP:    LAW:    RESTRICTED TO THE UNIT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 502691 – SANCTIONED  INCIDENT DATE/TIME: 06-18-1997 1200
DHO HEARING DATE/TIME: 06-24-1997 1000
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: CODE 109 – USE OF MORPHINE
    109  POSSESSING DRUGS OR DRUG ITEMS – FREQ: 2
         DIS GCT    / 41 DAYS / CS
         COMP:    LAW:    DISALLOW 41 DAYS GOOD CONDUCT TIME
         DS         / 60 DAYS / CS
         COMP:    LAW:    60 DAYS DISCIPLINARY SEGREGATION
         LOSE PRIV / 180 DAYS / CS
         COMP:    LAW:    LOSE COMMISSARY FOR 180 DAYS
         LOSE PRIV / 1 YEARS / CS
         COMP:    LAW:    LOSE VISITS FOR 1 YEAR
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 465981 – SANCTIONED  INCIDENT DATE/TIME: 12-21-1996 1109
DHO HEARING DATE/TIME: 01-28-1997 0745
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: USE OF MORPHINE
    109  POSSESSING DRUGS OR DRUG ITEMS – FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:    LAW:
         DS         / 60 DAYS / CS
         COMP:    LAW:
         LOSE PRIV / 180 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY PRIVLEGES 180 DAYS



  G0002        MORE PAGES TO FOLLOW . . .
```

```
   THAYG              *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 004 OF 004 *   CHRONOLOGICAL DISCIPLINARY RECORD    *    14:51:30


REGISTER NO.: [(b)(6), (b)(7)(C)]   NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-28-1997 0745 REPORT 465981 CONTINUED
         LOSE PRIV  / 1 YEARS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:   LOSS OF VISITING PRIVLEGES FOR ONE YEAR,SUSPENDED
                        PENDING 180 DAYS OF CLEAR CONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 262636 — SANCTIONED  INCIDENT DATE/TIME: 10-12-1994 1250
DHO HEARING DATE/TIME: 10-28-1994 1040
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED THROWING HIS TRAY ONTO THE RANGE AND
                       FLOODING HIS CELL
    330  BEING UNSANITARY OR UNTIDY — FREQ: 1
         DIS GCT    / 7 DAYS / CS
         COMP:   LAW:   DIS-ALLOW 7 DAYS GCT
         DS          / 15 DAYS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 226898 — SANCTIONED  INCIDENT DATE/TIME: 05-07-1994 1445
UDC HEARING DATE/TIME: 05-11-1994 1335
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: FOUND TO HAVE COMMITTED PROHIBITED ACT 10 HRS EXTRA DUTY
                       TO BE COMPLETED BY 05-25-1994  LOSS OF ROOM
    307  REFUSING TO OBEY AN ORDER — FREQ: 1
         CHG QTRS   / CS
         COMP:   LAW:   LOSS OF ROOM
    310  BEING ABSENT FROM ASSIGNMENT — FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:   LAW:   TO BE COMPLETED BY 05-25-1994




 G0005       TRANSACTION SUCCESSFULLY COMPLETED — CONTINUE PROCESSING IF DESIRED
```

SCU000027

```
   THAYG            *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001            *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:10


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3002637 - SANCTIONED INCIDENT DATE/TIME: 06-25-2017 1625
UDC HEARING DATE/TIME: 06-28-2017 1420
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: PSYCH DETERMINED COMP., I/M ADMITTED GUILT.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP VISIT   / 10 DAYS / CS
        COMP:   LAW:   TO PROMOTE FUTURE POSITIVE BEHAVIOR.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2930585 - SANCTIONED INCIDENT DATE/TIME: 12-19-2016 1620
UDC HEARING DATE/TIME: 12-23-2016 1315
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: PSYCH DETERMINED COMP., I/M ADMITTED GUILT.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP VISIT   / 5 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2023406 - SANCTIONED INCIDENT DATE/TIME: 06-02-2010 0915
DHO HEARING DATE/TIME: 06-19-2014 0832
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED CHARGE, SANCTIONED BASED ON GREATER WEIGHT
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 90 DAYS / CS
        COMP:   LAW:   90 DATS DS
        LP COMM    / 180 DAYS / CS
        COMP:   LAW:
        LP OTHER   / 180 DAYS / CS
        COMP:   LAW:   LOSS OF E-MAIL
        LP PHONE   / 180 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 180 DAYS / CS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2025638 - SANCTIONED INCIDENT DATE/TIME: 01-26-2010 1835
DHO HEARING DATE/TIME: 06-19-2014 0830
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THE OFFENSE. STATES HE IS SORRY FOR
                       THE EVENT.
   100  KILLING - FREQ: 1 ATI: IG5
        DS         / 180 DAYS / CS
        COMP:   LAW:   SANCTIONED TO ONE-YEAR DS. COULD NOT LOAD SO
                       LOADING AS 180 DAYS.
        LP COMM    / 18 MONTHS / CS
        COMP:   LAW:   LP COMMISSARY - 18 MONTHS



G0002      MORE PAGES TO FOLLOW . . .
```

SCU000028

```
 THAYG              *      INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 002            *   CHRONOLOGICAL DISCIPLINARY RECORD    *    14:50:10


REGISTER NO.: [▓▓▓▓]   NAME..: [▓▓▓▓]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 06-19-2014 0830 REPORT 2025638 CONTINUED
        LP EMAIL   / 18 MONTHS / CS
        COMP:     LAW:    LP EMAIL - 18 MONTHS
        LP OTHER   / 185 DAYS / CS
        COMP:     LAW:    LOADING TO SHOW PROPER AMOUNT OF DS.
        LP PHONE   / 18 MONTHS / CS
        COMP:     LAW:    LP PHONE - 18 MONTHS
        LP VISIT   / 18 MONTHS / CS
        COMP:     LAW:    LP VISIT FOR 18 MONTHS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2290716 - SANCTIONED INCIDENT DATE/TIME: 04-11-2012 1310
UDC HEARING DATE/TIME: 04-13-2012 1340
FACL/UDC/CHAIRPERSON.: THP/SCU [▓▓▓▓]
REPORT REMARKS.......: INMATE STATED NO COMMENT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP OTHER   / 14 DAYS / CS
        COMP:     LAW:    LOSS OF PROPERTY 14 DAYS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2285678 - SANCTIONED INCIDENT DATE/TIME: 03-29-2012 1745
UDC HEARING DATE/TIME: 04-03-2012 1415
FACL/UDC/CHAIRPERSON.: THP/SCU [▓▓▓▓]
REPORT REMARKS.......: INMATE ADMITTED GUILT.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2260059 - SANCTIONED INCIDENT DATE/TIME: 01-25-2012 1220
DHO HEARING DATE/TIME: 02-28-2012 1200
FACL/CHAIRPERSON.....: THP/[▓▓▓▓]
REPORT REMARKS.......: INMATE CLAIMS HE DID NOT ASSAULT STAFF BY THROWING HIS
                       PILL CUP W/WATER AT STAFF.
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM    SUSPENDED 12-15-2011 0950
                                       LP COMM    SUSPENDED 12-15-2011 0945
                                       LP VISIT   SUSPENDED 12-15-2011 0950
                                       LP VISIT   SUSPENDED 12-15-2011 0945
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 4 ATI: SL1 RFP: D
        DS         / 15 DAYS / CS
        COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2240069 - SANCTIONED INCIDENT DATE/TIME: 12-01-2011 1310
DHO HEARING DATE/TIME: 12-15-2011 0950
FACL/CHAIRPERSON.....: THP/[▓▓▓▓]
REPORT REMARKS.......: INMATE CLAIMS HE DIDN'T CUT HIMSELF AGAIN, HE PULLED OUT
                       STICHES FROM PREVIOUS DAY AND WAS SQUEEZING INJURY.




G0002       MORE PAGES TO FOLLOW . . .
```

```
 THAYG             *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 003           *    CHRONOLOGICAL DISCIPLINARY RECORD  *      14:50:10
```

REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 12-15-2011 0950 REPORT 2240069 CONTINUED
   228  TATTOOING OR SELF-MUTILATION – FREQ: 2
         DS         / 15 DAYS / CS
         COMP:   LAW:
         LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 02-28-2012 1200
         COMP:   LAW:
         LP VISIT   / 90 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 02-28-2012 1200
         COMP:   LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2240068 – SANCTIONED INCIDENT DATE/TIME: 11-30-2011 1905
DHO HEARING DATE/TIME: 12-15-2011 0945
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS TO CUTTING HIMSELF. TAKEN TO OUTSIDE
                       HOSPITAL AS A RESULT ON INJURY TO ARM.
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 07-27-2011 1115
   228  TATTOOING OR SELF-MUTILATION – FREQ: 1
         DS         / 15 DAYS / CS
         COMP:   LAW:
         LP COMM    / 60 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 02-28-2012 1200
         COMP:   LAW:
         LP VISIT   / 60 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 02-28-2012 1200
         COMP:   LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2240067 – SANCTIONED INCIDENT DATE/TIME: 11-30-2011 1018
UDC HEARING DATE/TIME: 12-07-2011 1100
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: UDC FINDS THE INMATE COMMITTED THE PROHIBITED ACT
   312  BEING INSOLENT TO STAFF MEMBER – FREQ: 1
         LP COMM    / 15 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2194991 – SANCTIONED INCIDENT DATE/TIME: 08-05-2011 1200
DHO HEARING DATE/TIME: 08-16-2011 0830
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES – CODE 299 MOST LIKE CODE 203
   299  DISRUPTIVE CONDUCT-HIGH – FREQ: 3
         DS         / 60 DAYS / CS
         COMP:   LAW:   60 DAYS DISCIPLINARY SEGREGATION
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 004           *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:50:10

REGISTER NO: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 08-16-2011 0830 REPORT 2194991 CONTINUED
         LP VISIT   / 180 DAYS / CS
         COMP:   LAW:   LOSS OF VISITING PRIVILEGES FOR 180 DAYS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2194992 - SANCTIONED INCIDENT DATE/TIME: 08-05-2011 1200
DHO HEARING DATE/TIME: 08-16-2011 0825
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
    218  DESTROYING PROP OVER $100 - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         LP PHONE   / 120 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 120 DAYS
         MON REST   / 67.90 DOLLARS / CS
         COMP:   LAW:   MONETARY RESTITUTION IN THE AMOUNT OF $67.90
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2186236 - SANCTIONED INCIDENT DATE/TIME: 07-15-2011 1220
DHO HEARING DATE/TIME: 07-27-2011 1135
FACL/CHAIRPERSON.....: THP [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE WAIVED HEARING. INMATE FOUND TO HAVE SPIT ON LT.
                       AFTER CELL SEARCH WAS CONDUCTED. MADE INSOLENT STMTS.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 6 ATI: SH1 RFP: D
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
         LP VISIT   / 60 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2186234 - SANCTIONED INCIDENT DATE/TIME: 07-15-2011 1205
DHO HEARING DATE/TIME: 07-27-2011 1132
FACL/CHAIRPERSON.....: THP [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M WAIVED HEEARING. I/M FOUND TO HAVE SPIT ON A NURSE
                       WHILE DISTRIBUTING MEDICATIONS.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 5 ATI: SH1 RFP: D
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:




G0002         MORE PAGES TO FOLLOW . . .
```

SCU000031

```
  THAYG           *     INMATE DISCIPLINE DATA         *    07-15-2021
PAGE 005          *   CHRONOLOGICAL DISCIPLINARY RECORD *    14:50:10
```

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2186487 - SANCTIONED INCIDENT DATE/TIME: 07-15-2011 1205
DHO HEARING DATE/TIME: 07-27-2011 1115
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAIVED HIS RIGHT TO ATTEND THE DHO HEARING. HE
                       TIED A CLOTH AROUND BARS/PREVENTING DOOR FROM SECURING.
  208  INTERFERING WITH SECRY DEVICES - FREQ: 3
       DS        / 7 DAYS / CS / SUSPENDED 180 DAYS
                 EXECUTED BASED ON HEARING OF 12-15-2011 0945
       COMP:     LAW:
       LP COMM   / 90 DAYS / CS
       COMP:     LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2174954 - SANCTIONED INCIDENT DATE/TIME: 06-14-2011 1635
UDC HEARING DATE/TIME: 06-21-2011 0805
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE STATED THAT HE WAS UPSET ABOUT THE PHONE CALL
  329  DESTROY PROP $100 OR LESS - FREQ: 1
       LP COMM   / 90 DAYS / CS
       COMP:     LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2106431 - SANCTIONED INCIDENT DATE/TIME: 12-29-2010 1730
UDC HEARING DATE/TIME: 01-04-2011 0920
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT.
  307  REFUSING TO OBEY AN ORDER - FREQ: 1
       LP OTHER  / 1 DAYS / CS
       COMP:     LAW:   8 HOURS EXTRA DUTY.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2068151 - SANCTIONED INCIDENT DATE/TIME: 09-17-2010 1810
DHO HEARING DATE/TIME: 10-05-2010 0745
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
  203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
       DS        / 30 DAYS / CS
       COMP:     LAW:   30 DAYS DISCIPLINARY SEGREGATION
       LP COMM   / 90 DAYS / CS
       COMP:     LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
       LP VISIT  / 90 DAYS / CS
       COMP:     LAW:   LOSS OF VISITING PRIVILEGES FOR 90 DAYS



G0002       MORE PAGES TO FOLLOW . . .
```

SCU000032

```
  THAYG           *        INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 006          *      CHRONOLOGICAL DISCIPLINARY RECORD  *     14:50:10
```

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2063004 - SANCTIONED INCIDENT DATE/TIME: 09-05-2010 1145
DHO HEARING DATE/TIME: 09-28-2010 0730
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
   208  INTERFERING WITH SECRY DEVICES - FREQ: 2
        DS        / 30 DAYS / CS
        COMP:     LAW:    30 DAYS DISCIPLINARY SEGREGATION
        LP COMM   / 180 DAYS / CS
        COMP:     LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 180 DAYS
        LP OTHER  / 180 DAYS / CS
        COMP:     LAW:    LOSS OF EMAIL PRIVILEGES FOR 180 DAYS
        LP PHONE  / 180 DAYS / CS
        COMP:     LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 4 ATI: SD1 RFP: D
        DS        / 30 DAYS / CS
        COMP:     LAW:    30 DAYS DISCIPLINARY SEGREGATION
        LP COMM   / 180 DAYS / CS
        COMP:     LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 180 DAYS
        LP OTHER  / 180 DAYS / CS
        COMP:     LAW:    LOSS OF EMAIL PRIVILEGES FOR 180 DAYS
        LP PHONE  / 180 DAYS / CS
        COMP:     LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2053548 - SANCTIONED INCIDENT DATE/TIME: 08-13-2010 2020
DHO HEARING DATE/TIME: 09-14-2010 1000
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISEDJHIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
   205  ENGAGING IN SEXUAL ACTS - FREQ: 2 ATI: SN1
        DS        / 45 DAYS / CS
        COMP:     LAW:    45 DAYS DISCIPLINARY SEGREGATION
        LP COMM   / 180 DAYS / CS
        COMP:     LAW:    LOSS OF COMMISSARY FOR 180 DAYS
        LP PHONE  / 180 DAYS / CS
        COMP:     LAW:    LOSS OF TELEPHONE FOR 180 DAYS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2046857 - SANCTIONED INCIDENT DATE/TIME: 07-28-2010 1245
DHO HEARING DATE/TIME: 08-10-2010 0735
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE [(b)(6); (b)(7)(C)] EXERCISED HIS RIGHT TO WAIVE APPEARING
                       BEFORE THE DHO


G0002       MORE PAGES TO FOLLOW . . .
```

SCU000033

```
  THAYG              *      INMATE DISCIPLINE DATA       *    07-15-2021
PAGE 007             *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:50:10

REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 08-10-2010 0735 REPORT 2046857 CONTINUED
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
         DS          / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 180 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 180 DAYS
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2039747 - SANCTIONED INCIDENT DATE/TIME: 07-12-2010 0505
DHO HEARING DATE/TIME: 07-20-2010 0845
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS HE THREW WATER ON THE OFFICERS
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 3 ATI: SL1 RFP: D
         DS          / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 90 DAYS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2039366 - SANCTIONED INCIDENT DATE/TIME: 07-12-2010 0505
DHO HEARING DATE/TIME: 07-20-2010 0840
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS HE THREW WATER ON THE OFFICERS
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SL1 RFP: D
         DS          / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 90 DAYS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2031710 - SANCTIONED INCIDENT DATE/TIME: 06-23-2010 0017
DHO HEARING DATE/TIME: 07-06-2010 0817
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 60 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 60 DAYS
         LP PHONE   / 60 DAYS / CS
         COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 60 DAYS


G0002       MORE PAGES TO FOLLOW . . .
```

SCU000034

```
  THAYG            *     INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 008           *  CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:10

REGISTER NO.: [b)(6); (b)(7)(C)]     NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2030876 - SANCTIONED INCIDENT DATE/TIME: 06-21-2010 0015
DHO HEARING DATE/TIME: 07-06-2010 0816
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
  203  THREATENING BODILY HARM - FREQ: 1 ATI: SH1
       DS        / 30 DAYS / CS
       COMP:     LAW:  30 DAYS DISCIPLINARY SEGREGATION
       LP COMM   / 90 DAYS / CS
       COMP:     LAW:  LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
       LP PHONE  / 90 DAYS / CS
       COMP:     LAW:  LOSS OF TELEPHONE PRIVILEGES FOR 90 DAYS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2023117 - SANCTIONED INCIDENT DATE/TIME: 06-02-2010 1545
DHO HEARING DATE/TIME: 07-06-2010 0815
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO WAIVE APPEARING BEFORE THE
                       DHO
  224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
       DS        / 30 DAYS / CS
       COMP:     LAW:  30 DAYS DISCIPLINARY SEGREGATION
       LP COMM   / 90 DAYS / CS
       COMP:     LAW:  LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
       LP PHONE  / 90 DAYS / CS
       COMP:     LAW:  LOSS OF TELEPHONE PRIVILEGES FOR 90 DAYS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2021489 - SANCTIONED INCIDENT DATE/TIME: 05-27-2010 1020
DHO HEARING DATE/TIME: 06-08-2010 0900
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
  312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
       DS        / 15 DAYS / CS
       COMP:     LAW:  15 DAYS DISIPLINARY SEGREGATION
       LP COMM   / 60 DAYS / CS
       COMP:     LAW:  LOSS OF COMMISSARY PRIVILEGES FOR 60 DAYS
       LP PHONE  / 60 DAYS / CS
       COMP:     LAW:  LOSS OF TELEPHONE PRIVILEGES FOR 60 DAYS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2013908 - SANCTIONED INCIDENT DATE/TIME: 05-11-2010 0930
DHO HEARING DATE/TIME: 05-25-2010 0830
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000035

```
  THAYG              *      INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 009             *   CHRONOLOGICAL DISCIPLINARY RECORD   *      14:50:10

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-25-2010 0830 REPORT 2013908 CONTINUED
   208   INTERFERING WITH SECRY DEVICES - FREQ: 1
         DS           / 30 DAYS / CS
         COMP:   LAW:    30 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 180 DAYS / CS
         COMP:   LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 180 DAYS
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS
         MON REST   / 350.00 DOLLARS / CS
         COMP:   LAW:    MONETARY RESTITUTION IN THE AMOUNT OF $350.00
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1937760 - SANCTIONED INCIDENT DATE/TIME: 10-31-2009 0641
DHO HEARING DATE/TIME: 11-10-2009 0850
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
   316   BEING IN UNAUTHORIZED AREA - FREQ: 1
         IMPOUND    / 30 DAYS / CS
         COMP:   LAW:    RESTRICT PERSONAL PROPERTY FOR 30 DAYS
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1936904 - SANCTIONED INCIDENT DATE/TIME: 10-29-2009 1405
DHO HEARING DATE/TIME: 11-10-2009 0845
FACL/CHAIRPERSON.....: [(b)(8); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
   332   SMOKING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1841001 - SANCTIONED INCIDENT DATE/TIME: 03-05-2009 1447
DHO HEARING DATE/TIME: 05-12-2009 0830
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
   305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         DS           / 14 DAYS / CS
         COMP:   LAW:    14 DAYS DISCIPLINARY SEGREGATION
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 30 DAYS
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS




G0002       MORE PAGES TO FOLLOW . . .
```

```
    THAYG            *        INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 010             *    CHRONOLOGICAL DISCIPLINARY RECORD    *     14:50:10

REGISTER NO.: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-12-2009 0830 REPORT 1841001 CONTINUED
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
           LP COMM    / 30 DAYS / CS
             COMP:    LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 30 DAYS
           LP PHONE   / 30 DAYS / CS
             COMP:    LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 30 DAYS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1751786 - SANCTIONED INCIDENT DATE/TIME: 07-07-2008 1850
DHO HEARING DATE/TIME: 09-08-2008 1500
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED HE WAS FIGHTING
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
           DS         / 30 DAYS / CS
             COMP:    LAW:   PLACEMENT IN DISCIPLINARY SEGREGATION FOR 30-DAYS
           LP COMM    / 120 DAYS / CS
             COMP:    LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 120 DAYS 1/7/09
           LP PHONE   / 120 DAYS / CS
             COMP:    LAW:   LOSS OF TELEPHONE PRIVILEGES FOR 120-DAYS 1/7/09
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1771104 - SANCTIONED INCIDENT DATE/TIME: 08-26-2008 0733
UDC HEARING DATE/TIME: 08-27-2008 1015
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE UDC
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
           LP PHONE   / 14 DAYS / CS
             COMP:    LAW:   LOSS OF PHONE EFFECTIVE 8-28-08 TO 09-11-08
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1704642 - SANCTIONED INCIDENT DATE/TIME: 02-27-2008 0056
DHO HEARING DATE/TIME: 03-14-2008 1300
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: STATED HE DID DISRESPECT HER.
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
           DIS GCT    / 14 DAYS / CS
           COMP:010 LAW:P
           TRANSFER   / CS
             COMP:    LAW:   DISCIPLINARY
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1680551 - SANCTIONED INCIDENT DATE/TIME: 12-21-2007 1045
DHO HEARING DATE/TIME: 01-11-2008 1000
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: DENIED THE CHARGE
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
           DS         / 15 DAYS / CS
             COMP:    LAW:    TO RUN 01/11/08 THRU 01/25/08




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *       INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 011             *    CHRONOLOGICAL DISCIPLINARY RECORD    *    14:50:10


REGISTER NO.: (b)(6); (b)(7)(C)    NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-11-2008 1000 REPORT 1680551 CONTINUED
         LP COMM     / 90 DAYS / CS
         COMP:   LAW:    TO RUN 01/11/08 THRU 04/09/08
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1476126 - SANCTIONED INCIDENT DATE/TIME: 06-08-2006 0505
DHO HEARING DATE/TIME: 07-07-2006 1357
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE (b)(6); (b)(7)(C) EXERCISED HIS RIGHT TO WAIVE APPEARING
                       BEFORE THE DHO - ASSAULTED ANOTHER INMATE
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 3 ATI: IF2 RFP: D
         DS          / 60 DAYS / CS
         COMP:   LAW:    60 DAYS DISCIPLINARY SEGREGATION
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1468406 - SANCTIONED INCIDENT DATE/TIME: 05-17-2006 1125
DHO HEARING DATE/TIME: 05-31-2006 0950
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO REFUSE APPEARING BEFORE
                       THE DHO
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SD1 RFP: D
         DS          / 30 DAYS / CS
         COMP:   LAW:    30 DAYS DISCIPLINARY SEGREGATION
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1468409 - SANCTIONED INCIDENT DATE/TIME: 05-17-2006 1215
DHO HEARING DATE/TIME: 05-31-2006 0940
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE EXERCISED HIS RIGHT TO REFUSE APPEARING BEFORE
                       THE DHO
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:   LAW:    15 DAYS DISCIPLINARY SEGREGATION
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1455856 - SANCTIONED INCIDENT DATE/TIME: 04-13-2006 1440
DHO HEARING DATE/TIME: 04-24-2006 1330
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE GRABBED FEMALE STAFF MEMBER'S LEFT BREAST
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SF1 RFP: D
         DS          / 60 DAYS / CS
         COMP:   LAW:    60 DAYS DISCIPLINARY SEGREGATION
         TRANSFER   / CS
         COMP:   LAW:    RECOMMEND DISCIPLINARY TRANSFER




G0002        MORE PAGES TO FOLLOW . . .
```

```
   THAYG            *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 012            *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:10


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1456005 - SANCTIONED INCIDENT DATE/TIME: 04-14-2006 0740
DHO HEARING DATE/TIME: 04-24-2006 1325
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS TO VERBALLY THREATENING OFFICER
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS        / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         TRANSFER  / CS
         COMP:   LAW:   RECOMMEND DISCIPLINARY TRANSFER
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1456003 - SANCTIONED INCIDENT DATE/TIME: 04-14-2006 0630
DHO HEARING DATE/TIME: 04-24-2006 1320
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS TO LYING AND BEING IN AN UNAUTHORIZED AREA
    313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         DS        / 15 DAYS / CS
         COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         DS        / 15 DAYS / CS
         COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1446613 - SANCTIONED INCIDENT DATE/TIME: 03-20-2006 1230
UDC HEARING DATE/TIME: 03-22-2006 1445
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: UDC SANCTIONED TO DISCOURAGE FUTURE INCIDENTS. LOSS OF
                       COMMISSARRY X 30 DAYS UNTIL 04-21-2006
    405  TATTOOING OR SELF-MUTILATING - FREQ: 1
         LP COMM   / 30 DAYS / CC
         COMP:   LAW:   LOSS OF COMMISARY UNTIL 4-21-2006
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1402148 - SANCTIONED INCIDENT DATE/TIME: 11-14-2005 1640
DHO HEARING DATE/TIME: 11-21-2005 0930
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS THAT HE SHOULD NOT HAVE BEEN IN THE STAFF
                       BREAK ROOM
    316  BEING IN UNAUTHORIZED AREA - FREQ: 4
         DIS GCT   / 14 DAYS / CS
         COMP:010 LAW:P   DISALLOW 14 DAYS GOOD CONDUCT TIME
         DS        / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000039

```
 THAYG              *     INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 013           *   CHRONOLOGICAL DISCIPLINARY RECORD    *    14:50:10

REGISTER NO: [REDACTED]   NAME..: [REDACTED]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1383078 - SANCTIONED INCIDENT DATE/TIME: 09-18-2005 1740
DHO HEARING DATE/TIME: 09-26-2005 0950
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: INMATE ADMITS TO BEING OUT OF BOUNDS
   316  BEING IN UNAUTHORIZED AREA - FREQ: 2
        DS        / 5 DAYS / CS
        COMP:   LAW:   5 DAYS DISCIPLINARY SEGREGATION
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1380840 - SANCTIONED INCIDENT DATE/TIME: 09-11-2005 1805
DHO HEARING DATE/TIME: 09-26-2005 0945
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: INMATE ADMITS TO BEING IN POSSESSION OF AN UNAUTHORIZED
                       ITEM (PARTIAL USED CIGARETTE) & BEING OUT OF BOUNDS
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        DS        / 3 DAYS / CS
        COMP:   LAW:   3 DAYS DISCIPLINARY SEGREGATION
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS        / 2 DAYS / CS
        COMP:   LAW:   2 DAYS DISCIPLINARY SEGREGATION
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1381008 - SANCTIONED INCIDENT DATE/TIME: 09-12-2005 1710
DHO HEARING DATE/TIME: 09-26-2005 0940
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: INMATE ADMITS TO LYING TO STAFF AND BEING OUT OF BOUNDS
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        DS        / 3 DAYS / CS
        COMP:   LAW:   3 DAYS DISCIPLINARY SEGREGATION
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS        / 2 DAYS / CS
        COMP:   LAW:   2 DAYS DISCIPLINARY SEGREGATION
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1328440 - SANCTIONED INCIDENT DATE/TIME: 04-03-2005 2100
DHO HEARING DATE/TIME: 04-19-2005 0900
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: ADMITS TO ENTERING NURSES STATION THROUGH MEDICATION
                       SLOT IN THE DOOR & STEALING FROM NURSE'S PURSE
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DS        / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
   219  STEALING - FREQ: 1
        DS        / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *    INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 014           *    CHRONOLOGICAL DISCIPLINARY RECORD *  14:50:10
```

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 04-19-2005 0900 REPORT 1328440 CONTINUED
   316  BEING IN UNAUTHORIZED AREA – FREQ: 1
        DS          / 1 DAYS / CS
        COMP:   LAW:   1 DAY DISCIPLINARY SEGREGATION
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1312965 – SANCTIONED INCIDENT DATE/TIME: 02-17-2005 0200
UDC HEARING DATE/TIME: 02-24-2005 1500
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 369512
REPORT REMARKS.......: UDC SANCTIONS IN ATTEMPTS TO MODIFY INMATE BEHAVIOR.
   405  TATTOOING OR SELF-MUTILATING – FREQ: 1
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR SIXTY DAYS.
                      START: 02-24-2005   END: 04-24-2005
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1300121 – SANCTIONED INCIDENT DATE/TIME: 01-10-2005 0735
DHO HEARING DATE/TIME: 01-19-2005 0900
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES REFUSING OFFICER'S ORDER
HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 01-03-2005 0940
                                      DS        SUSPENDED 11-01-2004 0930
                                      DS        SUSPENDED 11-01-2004 0935
   307  REFUSING TO OBEY AN ORDER – FREQ: 1
        DS          / 1 DAYS / CS
        COMP:   LAW:   1 DAY DISCIPLINARY SEGREGATION
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1291222 – SANCTIONED INCIDENT DATE/TIME: 12-11-2004 1315
DHO HEARING DATE/TIME: 01-03-2005 0940
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: REFUSED OFFICER'S ORDER
   307  REFUSING TO OBEY AN ORDER – FREQ: 1
        DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 01-19-2005 0900
        COMP:   LAW:   D/S SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1275594 – SANCTIONED INCIDENT DATE/TIME: 10-26-2004 1120
DHO HEARING DATE/TIME: 11-01-2004 0935
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS GUILT
   312  BEING INSOLENT TO STAFF MEMBER – FREQ: 1
        DS          / 15 DAYS / CS / SUSPENDED 80 DAYS
                      EXECUTED BASED ON HEARING OF 01-19-2005 0900
        COMP:   LAW:   D/S SUSPENDED PENDING 180 DAYS CLEAR CONDUCT




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG          *      INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 015         *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:50:10

REGISTER NO.: (b)(6), (b)(7)(C)    NAME..: (b)(6), (b)(7)(C)
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1275596 - SANCTIONED INCIDENT DATE/TIME: 10-26-2004 1020
DHO HEARING DATE/TIME: 11-01-2004 0930
FACL/CHAIRPERSON.....: (b)(6), (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITS GUILT
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 01-19-2005 0900
        COMP:   LAW:   D/S SUSPENDED PENDING 180 DAYS CLEAR CONDUCT
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1268068 - SANCTIONED INCIDENT DATE/TIME: 10-04-2004 0125
DHO HEARING DATE/TIME: 10-07-2004 0915
FACL/CHAIRPERSON.....: (b)(6), (b)(7)(C)
REPORT REMARKS.......: INMATE DENIES SPITTING ON AND THREATENING THE OFFICER
                       ADMITS REFUSING HIS ORDER
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DS         / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
        DS         / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1268067 - SANCTIONED INCIDENT DATE/TIME: 10-04-2004 0005
DHO HEARING DATE/TIME: 10-07-2004 0900
FACL/CHAIRPERSON.....: (b)(6), (b)(7)(C)
REPORT REMARKS.......: CODE 398 MOST LIKE CODE 312
   398  INTERFERING W/STAFF-MODERATE - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1263205 - SANCTIONED INCIDENT DATE/TIME: 09-18-2004 1925
DHO HEARING DATE/TIME: 09-27-2004 0840
FACL/CHAIRPERSON.....: (b)(6), (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITS GUILT
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS         / 7 DAYS / CS / SUSPENDED 30 DAYS
        COMP:   LAW:   D/S SUSPENDED PENDING 30 DAYS CLEAR CONDUCT




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000042

```
   THAYG         *       INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 016         *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:10
```

REGISTER NO.: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

---

REPORT NUMBER/STATUS.: 1263203 - SANCTIONED INCIDENT DATE/TIME: 09-18-2004 1605
UDC HEARING DATE/TIME: 09-21-2004 1345
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: UDC SANTIONED IN A WAY TO DISCOURAGE FUTURE INCIDENTS
                       LOSS OF COMMISSARY X 7 DAYS
  321  INTERFERING WITH TAKING COUNT - FREQ: 1
       LP COMM   / 7 DAYS / CC
       COMP:   LAW:   LOSS OF COMMISSARRY FROM 09-22-2004 TO 09-29-2004

---

REPORT NUMBER/STATUS.: 1058492 - SANCTIONED INCIDENT DATE/TIME: 12-21-2002 2034
DHO HEARING DATE/TIME: 01-07-2003 0855
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THROWING WATER ON THE OFFICER
  224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SL1 RFP: D
       DS        / 15 DAYS / CC
       COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION CONCURRENT WITH
                      DS TIME CURRENTLY SERVING
       LP COMM   / 60 DAYS / CS
       COMP:   LAW:   60 DAYS LOSS OF COMMISSARY

---

REPORT NUMBER/STATUS.: 1050231 - SANCTIONED INCIDENT DATE/TIME: 11-24-2002 0737
DHO HEARING DATE/TIME: 12-05-2002 1205
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO SERIOUSLY ASSAULTING ANOTHER INMATE
                       WITH A WEAPON
  101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: ID3 RFP: D
       DS        / 45 DAYS / CS
       COMP:   LAW:   45 DAYS DISCIPLINARY SEGREGATION
       LP COMM   / 180 DAYS / CS
       COMP:   LAW:   180 DAYS LOSS OF COMMISSARY
       LP PHONE  / 180 DAYS / CS
       COMP:   LAW:   180 DAYS LOSS OF TELEPHONE
       LP VISIT  / 180 DAYS / CS
       COMP:   LAW:   180 DAYS LOSS OF VISITING

---

REPORT NUMBER/STATUS.: 1033915 - SANCTIONED INCIDENT DATE/TIME: 09-30-2002 1730
UDC HEARING DATE/TIME: 10-03-2002 1400
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: SANCTIONED; CODE 201 IS WARRANT
                       LOSS OF COMMISSARY, PHONE AND VISITING FOR 90 DAYS
  201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
       LP COMM   / 90 DAYS / CS
       COMP:   LAW:   LOSS OF COMMISSARY

G0002        MORE PAGES TO FOLLOW . . .

SCU000043

```
  THAYG          *       INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 017         *   CHRONOLOGICAL DISCIPLINARY RECORD    *      14:50:10


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 10-03-2002 1400 REPORT 1033915 CONTINUED
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF PHONE
        LP VISIT   / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    VISITING RETURNED BY DHO ON 6-1-03
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1023713 - SANCTIONED INCIDENT DATE/TIME: 08-23-2002 2015
DHO HEARING DATE/TIME: 09-18-2002 0800
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS CHARGES.
   224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SL1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:000 LAW:
        DS         / 30 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1008413 - SANCTIONED INCIDENT DATE/TIME: 07-09-2002 1555
DHO HEARING DATE/TIME: 08-14-2002 0800
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE AMDITS CHARGES
   205   ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: IF1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 365 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 365 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 365 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    VISITING RETURNED BY DHO ON 6-1-03
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1005584 - SANCTIONED INCIDENT DATE/TIME: 06-28-2002 1615
DHO HEARING DATE/TIME: 07-10-2002 0800
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED DHO.
HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 05-08-2002 0800
   205   ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: OF1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 365 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 365 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 365 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    VISITING RETURNED BY DHO ON 6-1-03




G0002      MORE PAGES TO FOLLOW . . .
```

```
  THAYG             *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 018 OF 018 *    CHRONOLOGICAL DISCIPLINARY RECORD     *    14:50:10

REGISTER NO.: [b)(6), (b)(7)(C)]    NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 984231 - SANCTIONED  INCIDENT DATE/TIME: 04-18-2002 1312
DHO HEARING DATE/TIME: 05-08-2002 0800
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES CHARGES.
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:000 LAW:
         DS        / 30 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 07-10-2002 0800
         COMP:    LAW:    SUSP. PENDING CLEAR CONDUCT.
         LP COMM   / 365 DAYS / CS
         COMP:    LAW:
         MON REST  / 65.00 DOLLARS / CS
         COMP:    LAW:
```

```
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000045

```
  THAYG          *        INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001         *     CHRONOLOGICAL DISCIPLINARY RECORD   *      14:37:19


REGISTER NO.: (b)(6); (b)(7)(C)   NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2613181 - SANCTIONED INCIDENT DATE/TIME: 08-04-2014 1530
DHO HEARING DATE/TIME: 12-02-2014 1300
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: ADMITTED TO ASSAULTING ANOTHER I/M BY KICKING HIM IN THE
                       CHEST AREA.
  224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IG1 RFP: D
       DIS GCT   / 27 DAYS / CS
       COMP:020 LAW:P
       DS        / 1 DAYS / CS
       COMP:    LAW:
       LP COMM   / 45 DAYS / CS
       COMP:    LAW:
       LP EMAIL  / 45 DAYS / CS
       COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2097333 - SANCTIONED INCIDENT DATE/TIME: 12-03-2010 1710
UDC HEARING DATE/TIME: 12-10-2010 0930
FACL/UDC/CHAIRPERSON.: THP/SCU (b)(6); (b)(7)(C)
REPORT REMARKS.......: WRITTEN REPORT AND SUPPORTING MEMORANDUMS SUPPORTED THE
                       CHARGE.
  307  REFUSING TO OBEY AN ORDER - FREQ: 1
       LP COMM   / 7 DAYS / CS
       COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1831896 - SANCTIONED INCIDENT DATE/TIME: 02-09-2009 0830
DHO HEARING DATE/TIME: 03-05-2009 1540
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE MADE NO COMMENT DURING HEARING.
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM   SUSPENDED 12-11-2008 0920
  329  DESTROY PROP $100 OR LESS - FREQ: 2
       DS        / 21 DAYS / CS
       COMP:    LAW:
       LP COMM   / 90 DAYS / CS
       COMP:    LAW:
       LP PHONE  / 90 DAYS / CS
       COMP:    LAW:
       MON REST  / 15.00 DOLLARS / CS
       COMP:    LAW:
  331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 2
       LP OTHER  / 30 DAYS / CS
       COMP:    LAW:    TELEVISION RESTRICTION.




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000046

```
  THAYG              *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 002 OF 002  *     CHRONOLOGICAL DISCIPLINARY RECORD     *       14:37:19

REGISTER NO: [   ]    NAME..: [        ]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1799938 - SANCTIONED INCIDENT DATE/TIME: 11-12-2008 1815
DHO HEARING DATE/TIME: 12-11-2008 0920
FACL/CHAIRPERSON.....: THP [      ]
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSING ITEMS
    329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 03-05-2009 1540
         COMP:    LAW:
         MON REST   / 8.30 DOLLARS / CS
         COMP:    LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1753893 - SANCTIONED INCIDENT DATE/TIME: 07-12-2008 0920
UDC HEARING DATE/TIME: 07-16-2008 1730
FACL/UDC/CHAIRPERSON.: THP/SCU [     ]
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE MISCONDUCT.  INMATE REFUSED
                       ORDER FOR CELL ASSIGNMENT FROM ESCORTING OFFICER.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 15 DAYS / CS / SUSPENDED 60 DAYS
         COMP:    LAW:   SANCTION SUSPENDED PENDING 60 DAYS CLEAR CONDUCT.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1707857 - SANCTIONED INCIDENT DATE/TIME: 03-07-2008 0945
DHO HEARING DATE/TIME: 04-24-2008 1419
FACL/CHAIRPERSON.....: THP [      ]
REPORT REMARKS.......: DENIES CHARGE
    220  USING MARTIAL ARTS/BOXING - FREQ: 1
         DIS GCT    / 21 DAYS / CS
         COMP:020 LAW:P   DISALLOW 21 DAYS GCT
         DS         / 7 DAYS / CS
         COMP:    LAW:   7 DAYS DS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1708128 - SANCTIONED INCIDENT DATE/TIME: 03-08-2008 0937
UDC HEARING DATE/TIME: 03-10-2008 1010
FACL/UDC/CHAIRPERSON.: THP/SCU [     ]
REPORT REMARKS.......: INMATE ADMITTED TO COMMITTING PROHIBITED ACT.
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 15 DAYS / CS
         COMP:    LAW:   LOSS OF COMMISSARY FOR 15 DAYS, MAY PURCHASE STAMP
                        AND HYGENE ITEMS.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000047

```
  THAYG              *       INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001 OF 001  *       CHRONOLOGICAL DISCIPLINARY RECORD   *    14:53:25


REGISTER NO.: [b)(6); (b)7)(C)]    NAME..: [b)(6); (b)7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3353649 - SANCTIONED INCIDENT DATE/TIME: 01-16-2020 1738
DHO HEARING DATE/TIME: 01-23-2020 1255          DHO REPT DEL: 03-30-2020 1725
FACL/CHAIRPERSON.....: THP[b)(6); (b)7)(C)]
REPORT REMARKS.......: I/M MASTURBATED IN THE PRESENCE OF STAFF
                       I/M ADMITS
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        LP COMM     / 90 DAYS / CS
                    FROM: 01-23-2020  THRU: 04-21-2020
        COMP:   LAW:
        LP PHONE    / 90 DAYS / CS
                    FROM: 01-23-2020  THRU: 04-21-2020
        COMP:   LAW:
        MON FINE    / 50.00 DOLLARS / CS
        COMP:   LAW:   BAL $183.79
```

```
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   THAYG              *      INMATE DISCIPLINE DATA            *     07-15-2021
PAGE 001             *   CHRONOLOGICAL DISCIPLINARY RECORD     *     14:39:57


REGISTER NO: [b)(6); (b)(7)(C)]     NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2615970 - SANCTIONED INCIDENT DATE/TIME: 06-09-2014 0943
DHO HEARING DATE/TIME: 04-14-2016 0955          DHO REPT DEL: 04-19-2016 1500
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DECLINE TO ADDRESS THE CHARGE
    100  KILLING - FREQ: 1 ATI: IC5
         DIS GCT   / 41 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:   LAW:   BEGIN 4/14/2016 ENDING 5/13/2016
         LP COMM   / 730 DAYS / CS
         COMP:   LAW:
         LP VISIT  / 730 DAYS / CS
         COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2783463 - SANCTIONED INCIDENT DATE/TIME: 11-13-2015 2029
UDC HEARING DATE/TIME: 11-17-2015 0936
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 397 - PHONE ABUSE -
                       NO CIRCUMVENTION.
    397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE  / 30 DAYS / CS
         COMP:   LAW:   INMATE SANCTIONED TO 30 DAYS LOSS OF TELEPHONE
                       TO BEGAN ON 11-17-2015 THROUGH 12-16-2015.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2647896 - SANCTIONED INCIDENT DATE/TIME: 11-05-2014 1230
DHO HEARING DATE/TIME: 12-15-2014 1510
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M REFUSED TO APPEAR AT THE HEARING
    212  ENGAGING IN GROUP DEMONSTRATON - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS        / 30 DAYS / CS
         COMP:   LAW:   FROM 12/15/14 TO 1/13/15
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2362297 - SANCTIONED INCIDENT DATE/TIME: 10-12-2012 0754
DHO HEARING DATE/TIME: 10-24-2012 0950
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS ALLOWED [b)(6); (b)(7)(C)]    TO USE HIS ITS PAC #
                       TO CALL HIS [b)(6); (b)(7)(C)]  FATHER
    297A PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         LP PHONE  / 180 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000049

```
  THAYG              *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 002             *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:39:57

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2330233 - SANCTIONED INCIDENT DATE/TIME: 07-23-2012 0830
DHO HEARING DATE/TIME: 08-29-2012 0900
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS POSS. OF HAND HELD PENCIL SHARPENER
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        DS        / 30 DAYS / CS
        COMP:   LAW:
        LP COMM   / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
        LP VISIT  / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2274912 - SANCTIONED INCIDENT DATE/TIME: 03-01-2012 1715
DHO HEARING DATE/TIME: 03-14-2012 1100
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: 227 (DENIED) WAIVED RIGHT TO APPEAR AT DHO HEARING (FTA)
   227  REFUSE PHYSICAL TEST/EXAM - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P  DISALLOW 27 DAYS GOOD CONDUCT TIME
        DS        / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION
        LP COMM   / 60 DAYS / CS
        COMP:   LAW:   LOSS COMMISSARY PRIVILIGES 60 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1805858 - SANCTIONED INCIDENT DATE/TIME: 11-29-2008 1409
DHO HEARING DATE/TIME: 01-25-2012 1020
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: 104, 201 (ADMITS) IT'S TRUE, BUT IT WAS A FIGHT.  I WAS
                       IN POSSESSION OF THE WEAPON AND WAS STABBING HIME
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 3
        DIS GCT   / 41 DAYS / CS
        COMP:010 LAW:P  DISALLOW 41 DAYS GOOD CONDUCT TIME
        DS        / 45 DAYS / CS
        COMP:   LAW:   45 DAYS DISCIPLINARY SEGREGATION
        FF NVGCT  / 60 DAYS / CS
        COMP:010 LAW:P  FORFEIT 60 DAYS NON-VESTED GOOD CONDUCT TIME
        LP PHONE  / 6 MONTHS / CS
        COMP:   LAW:   LOSS OF TELEPHONE PRIVILEGES 6 MONTHS
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P  DISALLOW 27 DAYS GOOD CONDUCT TIME
        DS        / 15 DAYS / CS
        COMP:   LAW:   15 DAYS DISCIPLINARY SEGREGATION




G0002      MORE PAGES TO FOLLOW . . .
```

SCU000050

```
   THAYG              *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 003            *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:39:57

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-25-2012 1020 REPORT 1805858 CONTINUED
         LP COMM    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES 6 MONTHS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1805396 - SANCTIONED INCIDENT DATE/TIME: 11-28-2008 2045
DHO HEARING DATE/TIME: 12-04-2008 1155
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSION OF INTOXICANTS
    222  POSSESSING INTOXICANTS - FREQ: 1
         CHG QTRS   / CS
         COMP:    LAW:    SENT TO RGPU NOT TO EXCEED 1 YEAR
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOWED 27 DAYS GCT
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    30 DAYS DISICPLINARY SEGREGATION SUSPENDED PENDING
                         180 DAYS CLEAR CONDUCT
         LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    120 DAYS LOSS OF COMMISSARY SUSPENDED PENDING
                         180 DAYS CLEAR CONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1784260 - SANCTIONED INCIDENT DATE/TIME: 09-30-2008 1900
DHO HEARING DATE/TIME: 10-21-2008 1335
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODE 329. SANCTION PER 5270.07.
                       INMATE ADMITS GUILT.
    329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    LP COMM TILL 01-18-2009.
         MON REST   / 49.00 DOLLARS / CS
         COMP:    LAW:    FINANCIAL REIMBURSEMENT IN THE AMOUNT OF $49.00
                         DUE TO INMATE'S BEHAVIOR.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1701326 - SANCTIONED INCIDENT DATE/TIME: 02-19-2008 1049
DHO HEARING DATE/TIME: 05-06-2008 1111
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY.
    101  ASSAULTING WITH SERIOUS INJURY - FREQ: 2 ATI: IC4 RFP: D
         DIS GCT    / 1 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:    DS UNTIL 6-5-2008.
         FF NVGCT   / 40 DAYS / CS
         COMP:010 LAW:P
         LP COMM    / 1 YEARS / CS
         COMP:    LAW:    RE-INSTATE EARLY AS OF 9-10-08



G0002       MORE PAGES TO FOLLOW . . .
```

SCU000051

```
  THAYG            *      INMATE DISCIPLINE DATA       *    07-15-2021
PAGE 004           *   CHRONOLOGICAL DISCIPLINARY RECORD *    14:39:57


REGISTER NO: [(b)(6); (b)(7)(C)]   NAME...: [(b)(6); (b)(7)(C)]
FUNCTION...:  PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-06-2008 1111 REPORT 1701326 CONTINUED
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 2
        DIS GCT    / 1 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:   DS UNTIL 7-5-2008.
        FF NVGCT   / 40 DAYS / CS
        COMP:010 LAW:P
        LP VISIT   / 1 YEARS / CS
        COMP:   LAW:   LP VISITS 5-6-08/5-5-09.
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1677283 - SANCTIONED INCIDENT DATE/TIME: 12-12-2007 0715
DHO HEARING DATE/TIME: 01-17-2008 0915
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY.
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:   DS UNTIL 2-16-2008.
        LP PHONE   / 1 YEARS / CS
        COMP:   LAW:   LP PHONE UNTIL 1-16-2009.
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1605430 - SANCTIONED INCIDENT DATE/TIME: 05-31-2007 2010
DHO HEARING DATE/TIME: 06-21-2007 0905
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITS GUILTY
   223  REFUSING TO TAKE ALCOHOL TEST - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 21 DAYS / CS
        COMP:   LAW:   FROM 6-21/7-11-07
        LP PHONE   / 180 DAYS / CS
        COMP:   LAW:   FROM 6-21/12-17-07
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1580273 - SANCTIONED INCIDENT DATE/TIME: 03-22-2007 1305
DHO HEARING DATE/TIME: 04-03-2007 0740
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITS GUILTY
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:   FROM 4-3/5-2-07




G0002      MORE PAGES TO FOLLOW . . .
```

```
   THAYG           *      INMATE DISCIPLINE DATA         *      07-15-2021
PAGE 005            *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:39:57

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 04-03-2007 0740 REPORT 1580273 CONTINUED
           LP COMM    / 180 DAYS / CS
           COMP:   LAW:   FROM 4-3/9-29-07
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1543709 - SANCTIONED INCIDENT DATE/TIME: 12-10-2006 1007
DHO HEARING DATE/TIME: 01-05-2007 1045
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
           DIS GCT    / 14 DAYS / CS
           COMP:010  LAW:P   DISALLOW 14 DAYS GCT.
           DS         / 15 DAYS / CS
           COMP:   LAW:   15 DAYS DS.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1495021 - SANCTIONED INCIDENT DATE/TIME: 07-26-2006 1530
DHO HEARING DATE/TIME: 08-25-2006 0931
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: CRAMER ADMITTED TO HAVING COMMITTED THE PROHIBITED ACT
                       OF CODE 329.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
           DIS GCT    / 14 DAYS / CS
           COMP:010 LAW:P
           MON REST   / 90.00 DOLLARS / CS
           COMP:   LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1494961 - SANCTIONED INCIDENT DATE/TIME: 07-26-2006 1815
DHO HEARING DATE/TIME: 08-25-2006 0930
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: CRAMER ADMITTED TO HAVING COMMITTED THE PROHIBITED ACT
                       OF CODE 218.
   218  DESTROYING PROP OVER $100 - FREQ: 1
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P
           MON REST   / 36.00 DOLLARS / CS
           COMP:   LAW:
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243019 - SANCTIONED INCIDENT DATE/TIME: 07-20-2004 1335
UDC HEARING DATE/TIME: 07-26-2004 1530
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: FOUND GUILTY, 14 DAYS PHONE RSTRICTION.
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
           LP PHONE   / 14 DAYS / CS
           COMP:   LAW:   07-26-2004 THRU08-09-2004.




G0002         MORE PAGES TO FOLLOW . . .
```

SCU000053

```
  THAYG            *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 006 OF 006 *      CHRONOLOGICAL DISCIPLINARY RECORD  *    14:39:57


REGISTER NO: [b)(6), (b)(7)(C)]      NAME..: [b)(6) (b)(7)(C)]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1225122 - SANCTIONED INCIDENT DATE/TIME: 05-21-2004 1800
DHO HEARING DATE/TIME: 06-04-2004 1520
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: CRAMER WAS FOUND GUILTY OF CODE 224.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:    LAW:    TIME SERVED
         LP COMM   / 90 DAYS / CS
         COMP:    LAW:   6/04/04 THRU 9/02/04
         LP OTHER  / 90 DAYS / CS
         COMP:    LAW:   6/04/04 THRU 9/02/04
                         LOSS OF PROPERTY
         LP PHONE  / 90 DAYS / CS
         COMP:    LAW:   6/13/04 THRU 9/11/04
         LP VISIT  / 90 DAYS / CS
         COMP:    LAW:   6/04/04 THRU 9/02/04
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1220582 - SANCTIONED INCIDENT DATE/TIME: 05-11-2004 0905
UDC HEARING DATE/TIME: 05-12-2004 1150
FACL/UDC/CHAIRPERSON.: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: FOUND INMATE GUILTY, SANCTIONED 30 DAYS PHONE RESTRICTIO
                       N.
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         LP PHONE  / 30 DAYS / CS
         COMP:    LAW:    05-13-2004 THRU 06-13-2004.




  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   THAYG            *       INMATE DISCIPLINE DATA         *     07-15-2021
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *     14:47:05


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 728317 - SANCTIONED  INCIDENT DATE/TIME: 11-05-1999 2015
DHO HEARING DATE/TIME: 11-22-1999 0900
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 201630, 201415, 201411
REPORT REMARKS.......: MOST LIKE 203-THREATENING
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:V   DIS GCT
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  THAYG           *       INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:38:31

REGISTER NO.: [b)(6); (b)(7)(C)]       NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2586508 - SANCTIONED INCIDENT DATE/TIME: 05-22-2014 1545
UDC HEARING DATE/TIME: 05-27-2014 1355
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY, 15 DAYS LP PHONE FOR 307
                       15 DAYS LP COMMISARY
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM   / 15 DAYS / CS
        COMP:     LAW:    15 DAYS LP COMM
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE  / 15 DAYS / CS
        COMP:     LAW:    15 DAYS LP PHONE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2252587 - SANCTIONED INCIDENT DATE/TIME: 01-05-2011 1430
UDC HEARING DATE/TIME: 01-11-2012 0640
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED  TO ACCEPT A NEW CELL ASSIGNMENT
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM   / 15 DAYS / CS
        COMP:     LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1521982 - SANCTIONED INCIDENT DATE/TIME: 05-07-2005 1719
DHO HEARING DATE/TIME: 10-25-2006 1026
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED CHARGE, INMATE PARTICIPATED IN KILLING
                       INMATE AT USP [b)(6); (b)(7)(C)] VICTIM STABBED OVER 100 TIMES
   100  KILLING - FREQ: 1 ATI: IC5
        DS        / 60 DAYS / CS
        COMP:     LAW:
        LP COMM   / 1825 DAYS / CS
        COMP:     LAW:    LOSE COMMISSARY FOR 1825 DAYS FROM 10/25/06 TO
                          10/25/11
        LP VISIT  / 1825 DAYS / CS
        COMP:     LAW:    LOSE VISITING FOR 1825 DAYS FROM 10/25/06 TO
                          10/25/11
        TRANSFER  / CS
        COMP:     LAW:    DISCIPLINARY TRANSFER
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS        / 60 DAYS / CS
        COMP:     LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000056

```
 THAYG              *     INMATE DISCIPLINE DATA         *     07-15-2021
PAGE 002            *   CHRONOLOGICAL DISCIPLINARY RECORD *     14:38:31


REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1442843 - SANCTIONED INCIDENT DATE/TIME: 03-08-2006 1145
UDC HEARING DATE/TIME: 03-13-2006 1500
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M STATED REPORT IS NOT TRUE
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:    TO BEGAN 03-14-2006
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:    TO BEGAN 03-14-2006
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1317649 - SANCTIONED INCIDENT DATE/TIME: 03-03-2005 1045
DHO HEARING DATE/TIME: 03-07-2005 1422
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITTED WEAPON WAS IN HIS PROPERTY SHIPPED FROM
                       USP[b)(6); (b)(7)(C)]
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 60 DAYS / CS
         COMP:   LAW:    RELEASE FROM DS AT CAPTS DISCRETION
         LP VISIT   / 180 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1160976 - SANCTIONED INCIDENT DATE/TIME: 11-10-2003 1025
DHO HEARING DATE/TIME: 02-05-2004 0933
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE (224). DENIED THE CHARGE
                       (307).
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 120 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:
         LP VISIT   / 60 DAYS / CS
         COMP:   LAW:
         TRANSFER   / CS
         COMP:   LAW:
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:   LAW:
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000057

```
  THAYG                 *        INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 003 OF 003 *      CHRONOLOGICAL DISCIPLINARY RECORD          *    14:38:31


REGISTER NO.: (b)(6); (b)(7)(C)     NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT         FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021


-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1106807 - SANCTIONED INCIDENT DATE/TIME: 05-22-2003 0900
DHO HEARING DATE/TIME: 08-28-2003 1009
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE DENIED THE CHARGE (224).
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IG2 RFP: D
         DS        / 30 DAYS / CS
         COMP:   LAW:
         LP COMM   / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 30 DAYS / CS
         COMP:   LAW:
         TRANSFER  / CS
         COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1100313 - SANCTIONED INCIDENT DATE/TIME: 05-02-2003 0645
DHO HEARING DATE/TIME: 05-21-2003 1102
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE DENIED THE CHARGE (224A)
    224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IN1 RFP: D
         DS        / 30 DAYS / CS
         COMP:   LAW:
         LP COMM   / 30 DAYS / CS
         COMP:   LAW:
         TRANSFER  / CS
         COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 897051 - SANCTIONED  INCIDENT DATE/TIME: 06-27-2001 2050
DHO HEARING DATE/TIME: 07-11-2001 1235
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE DENIED THE CHARGE.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DS        / 15 DAYS / CS
         COMP:   LAW:
         LP COMM   / 60 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 30 DAYS / CS
         COMP:   LAW:




 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000058

```
  THAYG              *      INMATE DISCIPLINE DATA            *     07-15-2021
PAGE 001             *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:42:18

REGISTER NO.: [b)(6), (b)(7)(C)]    NAME..: [b)(6), (b)(7)(C)]        Y
FUNCTION...: PRT     FORMAT.: [            ]    T TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3384093 - SANCTIONED INCIDENT DATE/TIME: 03-29-2020 1806
DHO HEARING DATE/TIME: 06-04-2020 1130              DHO REPT DEL: 08-04-2020 1435
FACL/CHAIRPERSON.....: THP [b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M WAS IN POSSESSION OF A WEAPON. I/M ATT TO
                       STRIKE STAFF. I/M ADMITS
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS          / 1 DAYS / CS
                    FROM: 06-04-2020  THRU: 06-04-2020
        COMP:    LAW:   ADMIN
        LP COMM   / 180 DAYS / CS
                    FROM: 06-09-2020  THRU: 12-05-2020
        COMP:    LAW:
        LP OTHER  / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:   TV
        LP PHONE  / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF1 RFP: D
        LP VISIT  / 90 DAYS / CS
                    FROM: 06-09-2020  THRU: 09-06-2020
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3384094 - SANCTIONED INCIDENT DATE/TIME: 03-29-2020 1905
DHO HEARING DATE/TIME: 06-04-2020 1120              DHO REPT DEL: 08-04-2020 1435
FACL/CHAIRPERSON.....: THP [b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M BROKE SPRINKLER HEAD
                       I/M ADMITS
   218  DESTROYING PROP OVER $100 - FREQ: 1
        MON REST  / 207.78 DOLLARS / CS
        COMP:    LAW:   REPLACEMENT PARTS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3331449 - SANCTIONED INCIDENT DATE/TIME: 11-21-2019 1920
DHO HEARING DATE/TIME: 12-12-2019 1105              DHO REPT DEL: 02-06-2020 1050
FACL/CHAIRPERSON.....: THP [b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M CAUSED $483.00 IN DAMAGE INSIDE CELL
                       I/M ADMITS
   218  DESTROYING PROP OVER $100 - FREQ: 1
        LP OTHER  / 15 DAYS / CS
                    FROM: 12-12-2019  THRU: 12-26-2019
        COMP:    LAW:   LOSS OF TV
        MON REST  / 483.00 DOLLARS / CS
        COMP:    LAW:   COST OF REPLACEMENT PARTS




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA       *     07-15-2021
PAGE 002           *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:42:18


REGISTER NO.: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3331450 - SANCTIONED INCIDENT DATE/TIME: 11-21-2019 1937
DHO HEARING DATE/TIME: 12-12-2019 1100            DHO REPT DEL: 02-06-2020 1050
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M STABBED STAFF IN HAND W/ HM WEAPON
                       I/M ADMITS
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SC2 RFP: D
        DS         / 15 DAYS / CS
                   FROM: 12-12-2019  THRU: 12-26-2019
        COMP:   LAW:
        LP PHONE   / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
        LP VISIT   / 180 DAYS / CS
                   FROM: 12-12-2019  THRU: 06-08-2020
        COMP:   LAW:
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 15 DAYS / CS
                   FROM: 12-27-2019  THRU: 01-10-2020
        COMP:   LAW:
        LP COMM    / 180 DAYS / CS
                   FROM: 12-12-2019  THRU: 06-08-2020
        COMP:   LAW:
        LP OTHER   / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:   LOSS OF TV
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3295112 - SANCTIONED INCIDENT DATE/TIME: 08-22-2019 2115
DHO HEARING DATE/TIME: 09-12-2019 1040            DHO REPT DEL: 09-26-2019 0848
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M STATED HE WAS GOING TO KILL STAFF
                       I/M ADMITS
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        LP PHONE   / 90 DAYS / CS
                   FROM: 09-12-2019  THRU: 12-10-2019
        COMP:   LAW:
        MON FINE   / 100.00 DOLLARS / CS
        COMP:   LAW:   BAL $1,325.69
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3295108 - SANCTIONED INCIDENT DATE/TIME: 08-22-2019 1350
DHO HEARING DATE/TIME: 09-12-2019 1030            DHO REPT DEL: 09-26-2019 0848
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M CAUSED $3,619.00 OF DAMAGE IN REC ROOM
                       I/M ADMITS




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000060

```
  THAYG             *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 003            *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:42:18

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME...: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 09-12-2019 1030 REPORT 3295108 CONTINUED
   218  DESTROYING PROP OVER $100 - FREQ: 1
        LP OTHER   / 30 DAYS / CS
                    FROM: 10-11-2019  THRU: 11-09-2019
        COMP:   LAW:  LOSS OF TV
        MON REST   / 3,619.00 DOLLARS / CS
        COMP:   LAW:   CAUSE OF REPLACEMENT
        RMV PGM    / 365 DAYS / CS
        COMP:   LAW:   50/50
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3295109 - SANCTIONED INCIDENT DATE/TIME: 08-22-2019 1735
UDC HEARING DATE/TIME: 08-27-2019 1201
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: UDC FINDS INMATE GUILTY AS CHARGED ACCORDING TO COMMENTS
                       HE MADE AS REPORTED TOWARD STAFF.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER   / 45 DAYS / CS
                    FROM: 08-27-2019  THRU: 10-10-2019
        COMP:   LAW:   LOSS OF TV TO PROMOTE FUTURE POSITIVE BEHAVIOR.
-------------------------------------------------------------------------
REPORT NUMBER........: 3295108 (REHEARD 09-12-2019 1030)
UDC HEARING DATE/TIME: 08-27-2019 1200
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3200752 - SANCTIONED INCIDENT DATE/TIME: 12-10-2018 0900
DHO HEARING DATE/TIME: 12-20-2018 1100           DHO REPT DEL: 02-01-2019 1400
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M CAUSED $1,390.00 OF DAMAGE IN CELL, I/M MADE A HOME
                       MADE WEAPON, AND REFUSED ORDERS
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 30 DAYS / CS
                    FROM: 12-20-2018  THRU: 01-18-2019
        COMP:   LAW:
        LP COMM    / 180 DAYS / CS
                    FROM: 02-06-2019  THRU: 08-04-2019
        COMP:   LAW:
        LP EMAIL   / 180 DAYS / CS
                    FROM: 12-20-2018  THRU: 06-17-2019
        COMP:   LAW:
   218  DESTROYING PROP OVER $100 - FREQ: 1
        LP OTHER   / 30 DAYS / CS
                    FROM: 12-20-2018  THRU: 01-18-2019
        COMP:   LAW:   LOSS OF TV
        MON REST   / 1,390.00 DOLLARS / CS
        COMP:   LAW:   COST OF MATERIALS




G0002      MORE PAGES TO FOLLOW . . .
```

SCU000061

```
  THAYG              *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 004             *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:42:18

REGISTER NO: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 12-20-2018 1100 REPORT 3200752 CONTINUED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 90 DAYS / CS
                   FROM: 12-20-2018  THRU: 03-19-2019
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3182834 - SANCTIONED INCIDENT DATE/TIME: 10-19-2018 1420
DHO HEARING DATE/TIME: 11-08-2018 1037           DHO REPT DEL: 11-30-2018 1430
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M STATED HE WAS GOING TO CUT STAFF.
                       I/M WAIVED
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        LP COMM    / 90 DAYS / CS
                   FROM: 11-08-2018  THRU: 02-05-2019
        COMP:   LAW:
        LP PHONE   / 90 DAYS / CS
                   FROM: 11-08-2018  THRU: 02-05-2019
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2878080 - SANCTIONED INCIDENT DATE/TIME: 07-28-2016 1030
UDC HEARING DATE/TIME: 08-01-2016 1335
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: IM GUILTY
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2615972 - SANCTIONED INCIDENT DATE/TIME: 06-09-2014 0943
DHO HEARING DATE/TIME: 06-27-2016 1258           DHO REPT DEL: 07-13-2016 0630
FACL/CHAIRPERSON....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR
   100  KILLING - FREQ: 1 ATI: IC5
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:   FROM 6/27/16 TO 7/26/16
        DS         / 30 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:
        LP COMM    / 365 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 365 DAYS / CS
        COMP:   LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000062

```
  THAYG            *      INMATE DISCIPLINE DATA         *     07-15-2021
PAGE 005           *   CHRONOLOGICAL DISCIPLINARY RECORD  *     14:42:18

REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2856770 - SANCTIONED INCIDENT DATE/TIME: 05-30-2016 2030
DHO HEARING DATE/TIME: 06-13-2016 1215            DHO REPT DEL: 06-20-2016 0730
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR AT THE DHO HEARING
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
         DIS GCT   / 7 DAYS / CS
         COMP:010 LAW:P
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2856191 - SANCTIONED INCIDENT DATE/TIME: 05-28-2016 0935
DHO HEARING DATE/TIME: 06-07-2016 1047            DHO REPT DEL: 06-13-2016 0730
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR AT THE HEARING
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT   / 7 DAYS / CS
         COMP:010 LAW:P
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         DIS GCT   / 7 DAYS / CS
         COMP:010 LAW:P
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2856192 - SANCTIONED INCIDENT DATE/TIME: 05-28-2016 0938
DHO HEARING DATE/TIME: 06-06-2016 1047            DHO REPT DEL: 06-13-2016 0730
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: THE INMATE REFUSED TO APPEAR AT THE DHO HEARING
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 3 ATI: SN1 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
   307  REFUSING TO OBEY AN ORDER - FREQ: 3
         DIS GCT   / 7 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:     LAW:    FROM 11/17/16 TO 12/6/16
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         DIS GCT   / 7 DAYS / CS
         COMP:010 LAW:P
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2826236 - SANCTIONED INCIDENT DATE/TIME: 03-09-2016 2340
DHO HEARING DATE/TIME: 05-11-2016 1236            DHO REPT DEL: 05-16-2016 0830
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 4
         DIS GCT   / 41 DAYS / CS
         COMP:010 LAW:P
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DS        / 60 DAYS / CS
         COMP:     LAW:

G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 006           *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:42:18


REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-11-2016 1236 REPORT 2826236 CONTINUED
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SB1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
         LP VISIT   / 365 DAYS / CS
         COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2845731 - SANCTIONED INCIDENT DATE/TIME: 05-01-2016 1430
DHO HEARING DATE/TIME: 05-11-2016 1235          DHO REPT DEL: 05-16-2016 0830
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 3
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:    FROM 7/10/16 TO 9/7/16
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2699268 - SANCTIONED INCIDENT DATE/TIME: 03-29-2015 1900
DHO HEARING DATE/TIME: 06-01-2015 0810
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 820047
REPORT REMARKS.......: INMATE STATED CAN I PAY A PERCENTAGE OR SOMETHING
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:    BEGIN 4-13-15 END 6-11-15
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         MON REST   / 2,902.00 DOLLARS / CS
         COMP:    LAW:    TO DETER FURTHER BEHAVIOR
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP VISIT   / 180 DAYS / CS
         COMP:    LAW:    BEGIN 4-13-15 END 10-9-15
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2707346 - SANCTIONED INCIDENT DATE/TIME: 04-21-2015 1045
DHO HEARING DATE/TIME: 05-13-2015 1035
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITTED TO CHARGES
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 5
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG           *        INMATE DISCIPLINE DATA        *   07-15-2021
PAGE 007          *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:42:18

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 05-13-2015 1035 REPORT 2707346 CONTINUED
          LP COMM    / 1 YEARS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:    1 YR LPCOMM SUSPENDED FOR 180 DAYS PENDING CLEAR
                           CONDUCT; UPDATED 9/1/15; TO BE REASSESSED 3/1/16
          LP PHONE   / 1 YEARS / CS
          COMP:    LAW:
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
          DIS GCT    / 14 DAYS / CS
          COMP:010 LAW:P
          LP EMAIL   / 90 DAYS / CS
          COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER........: 2699268 (REHEARD 06-01-2015 0810)
DHO HEARING DATE/TIME: 04-13-2015 1030
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2674716 - SANCTIONED INCIDENT DATE/TIME: 01-22-2015 0400
DHO HEARING DATE/TIME: 02-05-2015 1455
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITTTED CHARGE.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:    3/12/15-4/10/15
   218  DESTROYING PROP OVER $100 - FREQ: 1
          LP COMM    / 180 DAYS / CS
          COMP:    LAW:    5/19/15-11/14/15
          LP VISIT   / 180 DAYS / CS
          COMP:    LAW:    2/5/15-8/3/15
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
          LP PHONE   / 180 DAYS / CS
          COMP:    LAW:    6/3/15-12/19/15
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2667500 - SANCTIONED INCIDENT DATE/TIME: 01-02-2015 1500
DHO HEARING DATE/TIME: 01-26-2015 1006
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATED STATE HE DID NOT GIVE A SHIT IF HE WAS IN THE
                       HEARING OR NOT STAFF REMOVED INMATE
   218  DESTROYING PROP OVER $100 - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:    BEGIN 01/26/15 ENDING 2/24/15
          MON REST   / 245.00 DOLLARS / CS
          COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *     INMATE DISCIPLINE DATA         *     07-15-2021
PAGE 008           *   CHRONOLOGICAL DISCIPLINARY RECORD *     14:42:18


REGISTER NO.: [(b)(6); (b)(7)(C)]  NAME..: FACKRELL, RICKY
FUNCTION...: PRT     FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2667498 - SANCTIONED INCIDENT DATE/TIME: 01-02-2015 1500
DHO HEARING DATE/TIME: 01-26-2015 1005
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMAGE REFUSED TO COOPERATE AND WAS REMOVED FROM THE
                       ROOM
   203   THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 45 DAYS / CS
         COMP:    LAW:    BEGIN 01/26/15 ENDING 3/11/15
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    BEGIN 02/18/15 ENDING 05/18/15
         LP EMAIL   / 90 DAYS / CS
         COMP:    LAW:    BEGIN  03/05/15 ENDING 6/02/15
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:    BEGIN 03-05-15 ENDING 06/02/15
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2641374 - SANCTIONED INCIDENT DATE/TIME: 10-18-2014 1758
DHO HEARING DATE/TIME: 11-20-2014 1237
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M DENIED THREATENING STAFF. STATED I ASKE WHY HE CUT
                       THE PHONE OFF I DIDNT SAY IMMA CUT YOUR HEAD OFF.
   203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:    11/20/14 TO 12/19/14
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    FROM 11/20/14 TO 2/17/15
         LP EMAIL   / 90 DAYS / CS
         COMP:    LAW:    12/5/14 - 3/4/15
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:    12/5/14 - 3/4/15
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2631741 - SANCTIONED INCIDENT DATE/TIME: 09-22-2014 0918
DHO HEARING DATE/TIME: 10-06-2014 1005
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M STATED "GUILTY"
   101   ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IN2 RFP: A
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:    FROM 10/6/14 TO 12/4/14



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000066

```
  THAYG           *      INMATE DISCIPLINE DATA         *    07-15-2021
PAGE 009         *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:42:18


REGISTER NO.: [REDACTED]  NAME..: [REDACTED]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 10-06-2014 1005 REPORT 2631741 CONTINUED
          LP COMM    / 365 DAYS / CS
          COMP:      LAW:   FROM 10/6/14 TO 10/5/15
          LP EMAIL   / 60 DAYS / CS
          COMP:      LAW:   FROM 10/6/14 TO 10/5/15
          LP PHONE   / 365 DAYS / CS
          COMP:      LAW:   FROM 10/6/14 TO 10/5/15
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2524247 - SANCTIONED INCIDENT DATE/TIME: 12-06-2013 1113
DHO HEARING DATE/TIME: 01-08-2014 0850
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: INMATE DECLINE TO MAKE A STATEMENT
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          LP EMAIL   / 2 MONTHS / CS
          COMP:      LAW:   FROM 1/8/14 TO 3/8/14
          LP PHONE   / 2 MONTHS / CS
          COMP:      LAW:   FROM 1/8/14 TO 3/8/14
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2500003 - SANCTIONED INCIDENT DATE/TIME: 10-04-2013 0832
UDC HEARING DATE/TIME: 10-09-2013 1300
FACL/UDC/CHAIRPERSON.: [REDACTED]
REPORT REMARKS.......: GUILTY DUE TO OWN ADMISSION
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:      LAW:   TO BEGIN ON 10-10-2013 TILL 11-09-2013
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2443808 - SANCTIONED INCIDENT DATE/TIME: 05-12-2013 0725
DHO HEARING DATE/TIME: 05-28-2013 0927
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: INMATE MADE NO STATEMENT
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: DAN
          DIS GCT    / 40 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:      LAW:   FROM 5/28/13 TO 6/26/13
          LP PHONE   / 4 MONTHS / CS
          COMP:      LAW:   FROM 7/19/13 TO 11/15/13
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
          DIS GCT    / 40 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
          COMP:      LAW:



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000067

```
  THAYG          *       INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 010         *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:42:18
```

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 05-28-2013 0927 REPORT 2443808 CONTINUED
          LP EMAIL  / 4 MONTHS / CS
          COMP:    LAW:   FROM 7/19/13 TO 11/15/13
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2421032 - SANCTIONED INCIDENT DATE/TIME: 03-14-2013 0643
DHO HEARING DATE/TIME: 03-20-2013 0855
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE STATED, "I TAKE RESPONSABILITY"
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IN2 RFP: D
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS        / 30 DAYS / CS
          COMP:    LAW:   FROM 3/20/13 TO 4/19/13
          LP EMAIL  / 4 MONTHS / CS
          COMP:    LAW:   FROM 3/20/13 TO 7/18/13
          LP PHONE  / 4 MONTHS / CS
          COMP:    LAW:   FROM 3/20/13 TO 7/18/13
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2158756 - SANCTIONED INCIDENT DATE/TIME: 05-04-2011 1732
DHO HEARING DATE/TIME: 07-20-2011 1455
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS FIGHTING WITH [(b)(6); (b)(7)(C)]
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS        / 30 DAYS / CS
          COMP:    LAW:
          LP COMM   / 90 DAYS / CS
          COMP:    LAW:
          LP PHONE  / 90 DAYS / CS
          COMP:    LAW:
          LP VISIT  / 90 DAYS / CS
          COMP:    LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2150526 - SANCTIONED INCIDENT DATE/TIME: 04-14-2011 0330
DHO HEARING DATE/TIME: 05-27-2011 1020
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DAMAGE TO CELL TO INCLUDE WINDOW TO OUTSIDE AND CELL
                       EMERGENCY DURESS.  TOLD SIA/FBI HE WOULD HAVE ESCAPED.
    102A ESCAPE - FREQ: 1 ATI: ??? RFP: ?
          DIS GCT   / 40 DAYS / CS
          COMP:010 LAW:P
          DS        / 60 DAYS / CS
          COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000068

```
  THAYG            *     INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 011           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:42:18


REGISTER NO.: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-27-2011 1020 REPORT 2150526 CONTINUED
          LP COMM    / 24 MONTHS / CS
          COMP:      LAW:    THROUGH 01-05-2015.
          LP PHONE   / 12 MONTHS / CS
          COMP:      LAW:    THROUGH 05-26-2012.
          LP VISIT   / 12 MONTHS / CS
          COMP:      LAW:    THROUGH 05-26-2012.
   218  DESTROYING PROP OVER $100 - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:      LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2144641 - SANCTIONED INCIDENT DATE/TIME: 03-30-2011 1726
DHO HEARING DATE/TIME: 04-19-2011 0905
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: REFUSED TO REMOVE FOOD TRAYS FROM FOOD SLOT "WHITE BOX"
                       AS ORDERED.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
          DS         / 15 DAYS / CS
          COMP:      LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2150854 - SANCTIONED INCIDENT DATE/TIME: 04-14-2011 0100
UDC HEARING DATE/TIME: 04-18-2011 1100
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: SANCTIONED TO 30 DAYS LOSS OF COMMISSARY.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP COMM    / 30 DAYS / CC
          COMP:      LAW:    30 DAYS LOSS OF COMMISSARY BEGINNING 4-19-2011
                            THRU 05-18-2011.
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
          LP COMM    / 30 DAYS / CC
          COMP:      LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2150114 - SANCTIONED INCIDENT DATE/TIME: 04-13-2011 1345
UDC HEARING DATE/TIME: 04-18-2011 1050
FACL/UDC/CHAIRPERSON.: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: SANCTIONED TO 30 DAYS LOSS OF COMMISSARY.
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
          LP COMM    / 30 DAYS / CC
          COMP:      LAW:    30 DAYS LOSS OF COMMISSARY BEGINNING 5-18-2011
                            THRU 06-17-2011.




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG          *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 012         *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:42:18

REGISTER NO.: [b)(6), (b)(7)(C)]   NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2059263 - SANCTIONED INCIDENT DATE/TIME: 08-27-2010 1130
DHO HEARING DATE/TIME: 09-21-2010 0900
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: PUNCHING/KICKING MULTIPLE ASSAILANT ASSAULT. RESPONSIBLE
                       FOR INJURY TO [b)(6), (b)(7)(C)]
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: A
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 45 DAYS / CS
        COMP:    LAW:
        LP COMM    / 12 MONTHS / CS
        COMP:    LAW:    THRU 1/6/13.
        LP VISIT   / 6 MONTHS / CS
        COMP:    LAW:    THRU 4/6/11.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2014403 - SANCTIONED INCIDENT DATE/TIME: 05-12-2010 0515
DHO HEARING DATE/TIME: 05-18-2010 0815
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: VERBAL REFUSAL.
   223 REFUSING TO TAKE ALCOHOL TEST - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 4 MONTHS / CS
        COMP:    LAW:    THRU 1/7/12.
        LP OTHER   / 4 MONTHS / CS
        COMP:    LAW:    THRU 9/17/10.
        LP PHONE   / 3 MONTHS / CS
        COMP:    LAW:    THRU 8/7/10.
        LP VISIT   / 4 MONTHS / CS
        COMP:    LAW:    THRU 10/7/10.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1962308 - SANCTIONED INCIDENT DATE/TIME: 01-03-2010 1655
DHO HEARING DATE/TIME: 01-11-2010 0845
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: POSSESSION MULTIPLE GALLONS.
   222 POSSESSING INTOXICANTS - FREQ: 5
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 45 DAYS / CS
        COMP:    LAW:
        FF NVGCT   / 13 DAYS / CS
        COMP:010 LAW:P


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000070

```
  THAYG            *     INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 013           *  CHRONOLOGICAL DISCIPLINARY RECORD   *    14:42:18

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-11-2010 0845 REPORT 1962308 CONTINUED
         LP COMM    / 3 MONTHS / CS
         COMP:    LAW:    THROUGH 09-08-2011.
         LP OTHER   / 3 MONTHS / CS
         COMP:    LAW:    NO E-MAIL THROUGH 04-10-2010.
         LP VISIT   / 6 MONTHS / CS
         COMP:    LAW:    THROUGH 06-08-2011.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1930885 - SANCTIONED INCIDENT DATE/TIME: 10-15-2009 1345
DHO HEARING DATE/TIME: 10-27-2009 1040
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: POSSESSION MASH, FRUIT, BREATHER BOTTLE.
    222A POSSESSING INTOXICANTS - FREQ: 2
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 45 DAYS / CS
         COMP:    LAW:
         LP COMM    / 4 MONTHS / CS
         COMP:    LAW:    THROUGH 06-09-2011.
         LP VISIT   / 4 MONTHS / CS
         COMP:    LAW:    THROUGH 12-09-2010.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1870464 - SANCTIONED INCIDENT DATE/TIME: 05-19-2009 1440
DHO HEARING DATE/TIME: 07-01-2009 0930
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: MULTIPLE ASSAILANT PUNCHING ASSAULT.  RESPONSIBLE FOR
                       INJURY TO [(b)(6); (b)(7)(C)]
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: IF2 RFP: D
         DIS GCT    / 32 DAYS / CS
         COMP:010 LAW:P
         DS         / 45 DAYS / CS
         COMP:    LAW:
         LP COMM    / 2 MONTHS / CS
         COMP:    LAW:    THROUGH 02-10-2011.
         LP PHONE   / 2 MONTHS / CS
         COMP:    LAW:    THROUGH 08-10-2010.
         LP VISIT   / 2 MONTHS / CS
         COMP:    LAW:    THROUGH 08-10-2010.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1735256 - SANCTIONED INCIDENT DATE/TIME: 05-21-2008 1310
DHO HEARING DATE/TIME: 03-26-2009 1330
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSE TO ATTEND HEARING
    101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IK3 RFP: A
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000071

```
  THAYG            *      INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 014           *    CHRONOLOGICAL DISCIPLINARY RECORD  *     14:42:18

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


        DS        / 60 DAYS / CS
        COMP:   LAW:
        LP COMM   / 180 DAYS / CS
        COMP:   LAW:
        LP PHONE  / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1801855 - SANCTIONED INCIDENT DATE/TIME: 11-18-2008 1921
DHO HEARING DATE/TIME: 03-18-2009 1303
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODES 218 & 307. SANCTION PER
                       5270.07. WAIVED DHO HEARING.
   218  DESTROYING PROP OVER $100 - FREQ: 2
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   PLRA INMATE DESTROYED CELL DOOR, CELL WINDOW, CELL
                         SPRINKLER, AND CELL LIGHTING FIXTURES.
        DS        / 30 DAYS / CS
        COMP:   LAW:   DS FROM 05-18-2009 THROUGH 06-16-2009.
        LP COMM   / 180 DAYS / CS
        COMP:   LAW:   LP COMM FROM 12-13-2009 THROUGH 06-11-2010.
        LP PHONE  / 180 DAYS / CS
        COMP:   LAW:   LP PHONE FROM 12-13-2009 THROUGH 06-11-2010.
        LP VISIT  / 180 DAYS / CS
        COMP:   LAW:   LP VISITS FROM 12-13-2009 THROUGH 06-11-2010.
        MON REST  / 2,333.46 DOLLARS / CS
        COMP:   LAW:   REIMBURSEMENT TO THE GOVERNMENT FOR FINANCIAL LOSS
                       DUE TO INMATE'S BEHAVIOR.
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        LP PHONE  / 60 DAYS / CC
        COMP:   LAW:   LP PHONE FROM 12-13-2009 THROUGH 02-11-2010.
                       RUNS CONCURRENT WITH EXISTING SANCTIONS.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1845032 - SANCTIONED INCIDENT DATE/TIME: 11-18-2008 2201
DHO HEARING DATE/TIME: 03-18-2009 1251
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODE 222. SANCTION PER 5270.07.
                       WAIVED DHO HEARING.
   222  POSSESSING INTOXICANTS - FREQ: 2
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   PLRA INMATE TESTS POSITIVE FOR INTOXICATION WITH
                         READINGS OF .024 AND .022 W/15 MIN BETWEEN TESTS.
        DS        / 30 DAYS / CS
        COMP:   LAW:   DS FROM 04-18-2009 THROUGH 05-17-2009.
        LP COMM   / 180 DAYS / CS
        COMP:   LAW:   LP COMM FROM 06-17-2009 THROUGH 12-13-2009.


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *     INMATE DISCIPLINE DATA           *   07-15-2021
PAGE 015           *  CHRONOLOGICAL DISCIPLINARY RECORD   *   14:42:18

REGISTER NO: [b)(6), (b)(7)(C)]    NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 03-18-2009 1251 REPORT 1845032 CONTINUED
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:  + READINGS OF .024 & .022 W/ 15 MIN. BETWEEN TESTS
                       . LP PHONE FROM 06-17-2009 THROUGH 12-13-2009
         LP VISIT   / 180 DAYS / CS
         COMP:   LAW:   LP VISITS FROM 06-17-2009 THROUGH 12-13-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1838946 - SANCTIONED INCIDENT DATE/TIME: 02-27-2009 1600
DHO HEARING DATE/TIME: 03-18-2009 1023
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODE 206. SANCTION PER 5270.07.
                       ADMITS TELLING OFFICER SHE HAD A PRETTY NECK.
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P  PLRA INMATE FOUND TO HAVE COMMITTED THE PROHIBITED
                         ACT.
         DS         / 30 DAYS / CS
         COMP:   LAW:   DS FFROM 03-18-2009 THROUGH 04-17-2009.
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:   LP COMM FROM 03-18-2009 THROUGH 06-16-2009.
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:   LP PHONE FROM 03-18-2009 THROUGH 06-16-2009.
         LP VISIT   / 90 DAYS / CS
         COMP:   LAW:   DS FROM 03-18-2009 THROUGH 06-16-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1780072 - SANCTIONED INCIDENT DATE/TIME: 09-19-2008 1630
DHO HEARING DATE/TIME: 10-07-2008 1410
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITTED CHARGE.  BROKE CELL WINDOW IN SHU
   218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         MON REST   / 55.00 DOLLARS / CS
         COMP:   LAW:   BP-199 EXECUTED AT HEARING
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:   LAW:
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   THAYG            *       INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 016            *    CHRONOLOGICAL DISCIPLINARY RECORD    *      14:42:18


REGISTER NO.: [b)(6); (b)(7)(C)]      NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1785024 - SANCTIONED INCIDENT DATE/TIME: 10-03-2008 0000
DHO HEARING DATE/TIME: 10-07-2008 1405
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITTED CHARGE.  BROKE CELL WINDOW IN SHU
    218  DESTROYING PROP OVER $100 - FREQ: 2
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         MON REST   / 55.00 DOLLARS / CS
         COMP:   LAW:   BOP-199 EXECUTED
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1679349 - SANCTIONED INCIDENT DATE/TIME: 12-18-2007 0904
DHO HEARING DATE/TIME: 02-19-2008 0915
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITS GUILTY
    101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IF3 RFP: D
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P
         DS         / 14 DAYS / CS
         COMP:   LAW:   TILL 3-4-08
         LP COMM    / 1 YEARS / CS
         COMP:   LAW:   FROM 6-7-09/6-6-10
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1685622 - SANCTIONED INCIDENT DATE/TIME: 01-07-2008 0930
DHO HEARING DATE/TIME: 01-15-2008 0845
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY.
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 3
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:   DS UNTIL 3-7-2008.
         LP COMM    / 1 YEARS / CS
         COMP:   LAW:   LP COMMISSRY UNTIL 6-7-2009.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1675567 - SANCTIONED INCIDENT DATE/TIME: 12-06-2007 1030
DHO HEARING DATE/TIME: 01-03-2008 1231
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS GUILT.
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 2
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000074

```
   THAYG            *        INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 017           *     CHRONOLOGICAL DISCIPLINARY RECORD     *     14:42:18

REGISTER NO: [b)(6), (b)(7)(C)]     NAME..; [b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-03-2008 1231 REPORT 1675567 CONTINUED
           DS          / 30 DAYS / CS
           COMP:    LAW:    DS UNTIL 2-6-2008.
           LP VISIT   / 1 YEARS / CS
           COMP:    LAW:    LP VISITS UNTIL 1-2-2009.
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1669947 - SANCTIONED INCIDENT DATE/TIME: 11-20-2007 1852
DHO HEARING DATE/TIME: 12-11-2007 0910
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS GUILTY.
HEARING IS ALSO BASIS FOR EXECUTION OF DS      SUSPENDED 09-04-2007 1055
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 3 ATI: IF1 RFP: D
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P
           DS          / 21 DAYS / CS
           COMP:    LAW:    DS UNTIL 1-8-08.
           LP COMM    / 180 DAYS / CS
           COMP:    LAW:    LP COMMISSARY 12-11-07/6-8-08.
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1634823 - SANCTIONED INCIDENT DATE/TIME: 08-21-2007 1110
DHO HEARING DATE/TIME: 09-04-2007 1055
FACL/CHAIRPERSON.....: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS GUILT.
   219A STEALING - FREQ: 1
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P    PRLA INMATE ADMITS GUILT.
           DS          / 7 DAYS / CS / SUSPENDED 180 DAYS
                       EXECUTED BASED ON HEARING OF 12-11-2007 0910
           COMP:    LAW:    DS 7 DAYS PENDING 180 DAYS CLEAR CONDUCT.
           LP PHONE   / 180 DAYS / CS
           COMP:    LAW:    LP PHONE 9-4-2007/2-29-2008.
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1600624 - SANCTIONED INCIDENT DATE/TIME: 05-17-2007 1100
UDC HEARING DATE/TIME: 05-23-2007 1625
FACL/UDC/CHAIRPERSON.: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT BUT STATED SEVERAL OTHER INMATES W
                       ERE LEAVING AT THE SAME TIME.
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
           LP VISIT   / 30 DAYS / CS
           COMP:    LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG           *        INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 018          *     CHRONOLOGICAL DISCIPLINARY RECORD    *     14:42:18


REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1508733 - SANCTIONED INCIDENT DATE/TIME: 09-02-2006 1712
DHO HEARING DATE/TIME.: 11-08-2006 0850
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M FOUND GUILTY
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:   PENDING CLEAR CONDUCT
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:   FROM 11-8/1-6-07
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1516834 - SANCTIONED INCIDENT DATE/TIME: 09-25-2006 0925
UDC HEARING DATE/TIME: 09-28-2006 1810
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE MADE NO COMMENT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:   TO BEGIN 09-29-2006
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP VISIT   / 60 DAYS / CS
        COMP:    LAW:   TO END 02-04-2007, CONSECUTIVE TO PREVIOUS LOSS OF
                       VISITING SANCTION.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1488332 - SANCTIONED INCIDENT DATE/TIME: 07-11-2006 0809
DHO HEARING DATE/TIME.: 07-19-2006 0910
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED PROHIBITED ACT CODE 224
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS GOOD CONDUCT TIME
        DS         / 30 DAYS / CS
        COMP:    LAW:   30 DAYS DISCIPLINARY SEGREGATION
                       08-03-2006 TO 09-02-2006
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:   120 DAYS LOSS OF COMMISSARY
                       08-28-2006 TO 12-06-2006
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:   120 DAYS LOSS OF PHONE
                       08-28-2006 TO 12-06-2006
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:   120 DAYS LOSS OF VISITS
                       08-28-2006 TO 12-06-2006



G0002       MORE PAGES TO FOLLOW . . .
```

SCU000076

```
   THAYG          *     INMATE DISCIPLINE DATA         *    07-15-2021
PAGE 019 OF 019 *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:42:18

REGISTER NO: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 07-19-2006 0910 REPORT 1488332 CONTINUED
        TRANSFER   / CS
        COMP:   LAW:   RECOMMEND DISCIPLINARY TRANSFER.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1479532 - SANCTIONED INCIDENT DATE/TIME: 06-16-2006 1735
DHO HEARING DATE/TIME: 06-28-2006 0910
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS COMMITTING PROHIBITED ACT CODE 222
   222  POSSESSING INTOXICANTS - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS GOOD CONDUCT TIME
        DS         / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
                       07-03-2006 TO 08-02-2006
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:   60 DAYS LOSS OF COMMISSARY
                       06-28-2006 TO 08-27-2006
        LP PHONE   / 60 DAYS / CS
        COMP:   LAW:   60 DAYS LOSS OF PHONE
                       06-28-2006 TO 08-27-2006
        LP VISIT   / 60 DAYS / CS
        COMP:   LAW:   60 DAYS LOSS OF VISITS
                       06-28-2006 TO 08-27-2006
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1453185 - SANCTIONED INCIDENT DATE/TIME: 04-06-2006 1315
DHO HEARING DATE/TIME: 05-03-2006 0840
FACL/CHAIRPERSON.....: [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED PROHIBITED ACT CODE 104
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOW 41 DAYS GOOD CONDUCT TIME.
        DS         / 60 DAYS / CS
        COMP:   LAW:   60 DAYS DISCIPLINARY SEGREGATION
                       05-03-2006 TO 07-02-2006
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:   30 DAYS LOSS OF COMMISSARY
                       05-03-2006 TO 06-02-2006
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:   30 DAYS LOSS OF PHONE
                       05-03-2006 TO 06-02-2006
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:   30 DAYS LOSS OF VISITS
                       05-03-2006 TO 06-02-2006




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000077

```
 THAYG              *      INMATE DISCIPLINE DATA         *    07-15-2021
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD      *    14:35:35

REGISTER NO: [b)(6), (b)(7)(C)]    NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021
```

```
G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
  THAYG           *         INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD     *    14:44:12
```

REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 3473327 - SANCTIONED INCIDENT DATE/TIME: 02-08-2021 1800
UDC HEARING DATE/TIME: 02-11-2021 1247
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATED ADVISED OF RIGHTS. NO COMMENT. THEN STATED HE WA
                       S ON A LOT OF MEDS.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 7 DAYS / CS
             FROM: 04-13-2021  THRU: 04-19-2021
        COMP:  LAW:   TO PROMOTE BETTER BEHAVIOR
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3432446 - SANCTIONED INCIDENT DATE/TIME: 09-11-2020 2030
DHO HEARING DATE/TIME: 10-15-2020 1150        DHO REPT DEL: 10-30-2020 1635
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 1058197
REPORT REMARKS.......: I/M REFUSED TO SUBMIT TO HAND RESTRAINTS
                       I/M ADMITS
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 180 DAYS / CS
             FROM: 10-15-2020  THRU: 04-12-2021
        COMP:  LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3402378 - NOT RESP   INCIDENT DATE/TIME: 05-25-2020 2105
MGT HEARING DATE/TIME: 06-25-2020 1309
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: PER MH STAFF I/M NOT RESPONSIBLE FOR HIS ACTIONS
   CHARGES: 228  TATTOOING OR SELF-MUTILATION
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2840929 - SANCTIONED INCIDENT DATE/TIME: 04-19-2016 1045
UDC HEARING DATE/TIME: 04-25-2016 1015
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACT.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:  LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2728335 - MENTAL F   INCIDENT DATE/TIME: 06-18-2015 1325
DHO HEARING DATE/TIME: 07-27-2015 0921
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DETERMINED TO BE A TREATMENT ISSUE, DUE TO LATER IN THAT
                       SAME DAY THE I/M MADE SERIOUS SUICIDE ATTEMPT.
   CHARGES: 203  THREATENING BODILY HARM


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG           *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 002          *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:44:12


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME...: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2720873 - SANCTIONED INCIDENT DATE/TIME: 05-29-2015 1925
UDC HEARING DATE/TIME: 06-03-2015 1235
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M FOUND TO HAVE COMMITTED PROHIBITED ACT AS CHARGED.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:   LAW:   LP TRULINCS FUNCTION EMAIL TO DETER FUTURE VIOLATI
                        ONS OF THIS NATURE.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1953492 - SANCTIONED INCIDENT DATE/TIME: 12-09-2009 1307
DHO HEARING DATE/TIME: 02-17-2010 1400
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO INTERFERRING WITH STAFF ABILITY TO
                       CLOSE THE FOOD SLOTS TO HIS CELL.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:   LAW:   60 DAYS LOSS PRIVILEGE COMMISSARY.
         LP VISIT   / 60 DAYS / CS
         COMP:   LAW:   60 DAYS LOSS PRIVILEGE VISITS, ALL.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1716938 - SANCTIONED INCIDENT DATE/TIME: 04-01-2008 1530
DHO HEARING DATE/TIME: 06-24-2008 1131
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 501581
REPORT REMARKS.......: INMATE DENIED GUILT. CLAIMED HE WAS ONLY DEFENDING
                       HIMSELF.
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 02-07-2008 1317
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         LP VISIT   / 180 DAYS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1638447 - SANCTIONED INCIDENT DATE/TIME: 08-30-2007 1545
DHO HEARING DATE/TIME: 02-07-2008 1317
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO MAKING THE STATEMENTS, BUT DENIED
                       ASSAULTING ANYONE.
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: IG1 RFP: D
         DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 06-24-2008 1131
         COMP:   LAW:
         LP COMM    / 15 DAYS / CS
         COMP:   LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:   LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 003           *   CHRONOLOGICAL DISCIPLINARY RECORD  *     14:44:12

REGISTER NO: [b)(6), (b)(7)(C)]   NAME..[b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1639385 - SANCTIONED INCIDENT DATE/TIME: 08-31-2007 1744
UDC HEARING DATE/TIME: 09-05-2007 0933
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE RECEIVED 100.00 DOLLARS FROM ANOTHER INMATE
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:     LAW:
         LP PHONE  / 30 DAYS / CS
         COMP:     LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1571383 - SANCTIONED INCIDENT DATE/TIME: 02-26-2007 1920
DHO HEARING DATE/TIME: 03-14-2007 1345
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES PROHIBITED ACT.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS        / 30 DAYS / CS
         COMP:     LAW:
         LP COMM   / 45 DAYS / CS
         COMP:     LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1553509 - SANCTIONED INCIDENT DATE/TIME: 01-09-2007 1517
DHO HEARING DATE/TIME: 03-14-2007 1342
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THE PROHIBITED ACT.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
         DS        / 30 DAYS / CS
         COMP:     LAW:
         LP COMM   / 90 DAYS / CS
         COMP:     LAW:
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         MON REST  / 13.50 DOLLARS / CS
         COMP:     LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1532927 - SANCTIONED INCIDENT DATE/TIME: 11-09-2006 1105
DHO HEARING DATE/TIME: 03-14-2007 1340
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THE PROHIBITED ACT.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS        / 30 DAYS / CS
         COMP:     LAW:
         LP PHONE  / 90 DAYS / CS
         COMP:     LAW:



G0002       MORE PAGES TO FOLLOW . . .
```

```
 THAYG              *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 004 OF 004 *      CHRONOLOGICAL DISCIPLINARY RECORD     *    14:44:12


REGISTER NO: [(b)(6); (b)(7)(C)]        NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1392441 - SANCTIONED INCIDENT DATE/TIME: 10-17-2005 1035
DHO HEARING DATE/TIME: 10-25-2005 1430
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SEXUAL ACT IN VISITING BOOTH WHILE ADULT VISITOR WATCHED
                        WITH HER CHILDREN PRESENT IN THE ROOM.
    205   ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: ON1
          DIS GCT    / 27 DAYS / CS
          COMP:050 LAW:P   DIS GCT
          DS         / 30 DAYS / CS
          COMP:     LAW:    DIS SEG
          LP VISIT   / 18 MONTHS / CS
          COMP:     LAW:    LOSS OF SOCIAL VISITS
```

```
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000082

```
  THAYG            *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 001           *   CHRONOLOGICAL DISCIPLINARY RECORD *      14:39:33

REGISTER NO.: [b)(6), (b)(7)(C)]    NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3473869 - SANCTIONED INCIDENT DATE/TIME: 02-10-2021 0910
UDC HEARING DATE/TIME: 02-18-2021 1145
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M ADVISED OF RIGHTS. STATED REQUESTD COMMISSARY TO NOT
                       BE TAKEN DUE TO HEALTH REASONS. FELT IR WAS PUNISHMENT
  312  BEING INSOLENT TO STAFF MEMBER — FREQ: 1
       LP EMAIL    / 7 DAYS / CS
                  FROM: 02-19-2021 THRU: 02-25-2021
       COMP:  LAW:   TO PROMOE BETTER BEHAVIOR
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2781746 - SANCTIONED INCIDENT DATE/TIME: 11-09-2015 1310
UDC HEARING DATE/TIME: 11-16-2015 1222
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6), (b)(7)(C)]
REPORT REMARKS.......: UDC FINDS INMATE COMMITTED PROHIBITED ACT & SANCTIONS
                       INMATE TO DETER FURTHER NEGATIVE BEHAVIOR
  334  CONDUCTING A BUSINESS W/O AUTH — FREQ: 1
       LP COMM    / 90 DAYS / CS
       COMP:  LAW:    UTILIZED PROGRESSIVE SANCTIONS TO DETER FUTURE
                      BEHAVIOR
       LP OTHER   / 30 DAYS / CS
       COMP:  LAW:    LOSS OF I/M TV FROM 11/17/2015 TO 12/17/2015
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2548090 - SANCTIONED INCIDENT DATE/TIME: 02-12-2014 1355
DHO HEARING DATE/TIME: 12-04-2014 1000
FACL/CHAIRPERSON.....: THP/[b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M DENIED THREATENING TO KILL STAFF
  203  THREATENING BODILY HARM — FREQ: 1 ATI: SM5
       DS         / 1 DAYS / CS
       COMP:  LAW:   FOR SENTRY ONLY
       LP COMM    / 60 DAYS / CS
       COMP:  LAW:
       LP EMAIL   / 60 DAYS / CS
       COMP:  LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2576136 - SANCTIONED INCIDENT DATE/TIME: 04-25-2014 1255
UDC HEARING DATE/TIME: 04-30-2014 1355
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6), (b)(7)(C)]
REPORT REMARKS.......: BASED ON REPORTING OFFICER'S STATEMENT AND ADMISSION BY
                       INMATE-INMATE ANSWERED LEGAL LINE W/O AUTHORIZATION
  318  USING UNAUTH EQUIP/MACHINERY — FREQ: 1
       LP COMM    / 90 DAYS / CS
       COMP:  LAW:    UTILIZED PROGRESSIVE SANCTIONS TO DETER FUTURE
                      BEHAVIOR


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000083

```
  THAYG              *     INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 002             *   CHRONOLOGICAL DISCIPLINARY RECORD  *     14:39:33

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..; [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 04-30-2014 1355 REPORT 2576136 CONTINUED
        LP OTHER    / 30 DAYS / CS
        COMP:   LAW:   LOSS OF I/M TV FROM 05-14-2014 TO 06-12-2014
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2565534 - SANCTIONED INCIDENT DATE/TIME: 03-31-2014 0800
UDC HEARING DATE/TIME: 04-14-2014 1415
FACL/UDC/CHAIRPERSON.: THP/SCU/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DHO REVIEWED.  RTND TO UDC FOR FINAL DISPOSITION.
                       I/M FOUND TO HAVE COMMITTED PROHIBITED ACT AS CHARGED.
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        LP COMM     / 60 DAYS / CS
        COMP:   LAW:   TO PROMOTE FUTURE POSITIVE BEHAVIOR.
        LP OTHER    / 30 DAYS / CS
        COMP:   LAW:   UTILIZING PROGRESSIVE SANCTIONS, LOSS OF I/M TV.
        LP PHONE    / 60 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2520289 - SANCTIONED INCIDENT DATE/TIME: 11-25-2013 1630
UDC HEARING DATE/TIME: 11-26-2013 1445
FACL/UDC/CHAIRPERSON.: THP/SCU/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACTS AS CHARGED.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP COMM     / 30 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM     / 30 DAYS / CS
        COMP:   LAW:   TO PROMOTE BETTER SELF AND CELL SANITATION.  RUNS
                       CONSECUTIVE.
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        LP COMM     / 30 DAYS / CS
        COMP:   LAW:   TO PROMOTE POSITIVE BEHAVIOR.  RUNS CONSECUTIVE.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2464467 - SANCTIONED INCIDENT DATE/TIME: 07-04-2013 0700
UDC HEARING DATE/TIME: 07-08-2013 1420
FACL/UDC/CHAIRPERSON.: THP/SCU/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: FOUND TO HAVE ALTERED ISSUED COAT, ADMITTED TO MAKING
                       HIS COAT SLEEVES MORE SHORT THAN WHEN IT WAS ISSUED HIM.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP COMM     / 90 DAYS / CS
        COMP:   LAW:   TO PROMOTE FUTURE POSITIVE BEHAVIOR.
        LP PHONE    / 90 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.




G0002      MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 003         *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:39:33
```

REGISTER NO: [REDACTED]    NAME..: [REDACTED]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2414440 - SANCTIONED INCIDENT DATE/TIME: 02-26-2013 1220
UDC HEARING DATE/TIME: 02-27-2013 1445
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: I/M ADMITTED.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM   / 30 DAYS / CS
        COMP:   LAW:   LP COMM 30 DAYS TO DETER FUTURE VIOLATIONS OF THIS
                       NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2399467 - SANCTIONED INCIDENT DATE/TIME: 01-19-2013 1930
UDC HEARING DATE/TIME: 01-24-2013 0930
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: INMATE DENIED THE CHARGES.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP PHONE  / 30 DAYS / CS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2267901 - SANCTIONED INCIDENT DATE/TIME: 02-14-2012 1430
DHO HEARING DATE/TIME: 02-28-2012 1230
FACL/CHAIRPERSON.....: THP [REDACTED]
REPORT REMARKS.......: INMATE CLAIMS STAFF OPENED MAIL WITHOUT AUTHORIZATION
                       HE TOLD HER SHE WAS GOING TO JAIL.CLAIMS DIDN'T THREAT.
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        LP EMAIL  / 30 DAYS / CS
        COMP:   LAW:   299/ML/203, THREATENING.
        LP OTHER  / 30 DAYS / CS
        COMP:   LAW:   LOSS OF T.V. FOR 30 DAYS
        LP PHONE  / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2106630 - SANCTIONED INCIDENT DATE/TIME: 12-30-2010 0815
UDC HEARING DATE/TIME: 01-04-2011 1305
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: BASED ON INCIDENT REPORT UDC FINDS INMATE GUILTY OF 312
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER  / 30 DAYS / CS
        COMP:   LAW:   LOSE OF TELEVISION
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2010317 - SANCTIONED INCIDENT DATE/TIME: 05-02-2010 1120
DHO HEARING DATE/TIME: 06-30-2010 1330
FACL/CHAIRPERSON.....: THP [REDACTED]
REPORT REMARKS.......: INMATE DENIES THREATENING THE OFFICER


G0002       MORE PAGES TO FOLLOW . . .

SCU000085

```
  THAYG              *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 004             *   CHRONOLOGICAL DISCIPLINARY RECORD *      14:39:33

REGISTER NO: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 06-30-2010 1330 REPORT 2010317 CONTINUED
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DS          / 15 DAYS / CS
         COMP:   LAW:    15 DAYS DISCIPLINARY SEG
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:    90 DAYS LP COMM
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:    90 DAYS LP PHONE
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1931600 - SANCTIONED INCIDENT DATE/TIME: 10-17-2009 1049
DHO HEARING DATE/TIME: 12-08-2009 1500
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED THREATENING A MEMBER OF THE COMMUNITY VIA
                        AN UNAUTHORIZED PHONE CALL.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: OB1
         DS          / 5 DAYS / CS
         COMP:   LAW:    5 DAYS DISCIPLINARY SEGREGATION.
         LP COMM    / 90 DAYS / CS
         COMP:   LAW:    90 DAYS LOSS PRIVILEGE COMMISSARY.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS          / 5 DAYS / CS
         COMP:   LAW:    5 DAYS DISCIPLINARY SEGREGATION.
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:    90 DAYS LOSS PRIVILEGE TELEPHONE.
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1876768 - SANCTIONED INCIDENT DATE/TIME: 06-04-2009 0815
DHO HEARING DATE/TIME: 07-28-2009 1537
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE TOOK A PEN AND SCRATCHED HIS NAME OLN A
                        TYPEWRITER.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM    / 1 MONTHS / CS
         COMP:   LAW:
         LP VISIT   / 1 MONTHS / CS
         COMP:   LAW:
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1872628 - SANCTIONED INCIDENT DATE/TIME: 05-25-2009 0920
DHO HEARING DATE/TIME: 07-28-2009 1535
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ASSAULTED A STAFF MEMBER BY A STABBING MOTION
                        WITH AN INK PEN.
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SC2 RFP: D
         DIS GCT    / 41 DAYS / CS
         COMP:040 LAW:P
         DS          / 60 DAYS / CS
         COMP:   LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *     INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 005             *  CHRONOLOGICAL DISCIPLINARY RECORD    *     14:39:33

REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


          LP COMM    / 6 MONTHS / CS
          COMP:     LAW:
          LP PHONE   / 6 MONTHS / CS
          COMP:     LAW:
          LP VISIT   / 6 MONTHS / CS
          COMP:     LAW:
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:040 LAW:P
          DS         / 60 DAYS / CS
          COMP:     LAW:
          LP COMM    / 6 MONTHS / CS
          COMP:     LAW:
          LP PHONE   / 6 MONTHS / CS
          COMP:     LAW:
          LP VISIT   / 6 MONTHS / CS
          COMP:     LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1618168 - SANCTIONED INCIDENT DATE/TIME: 07-09-2007 1030
UDC HEARING DATE/TIME: 07-10-2007 1115
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FORGED FORMER WARDEN SIGNATURE ON CORRESPONDENCE
                       REQUEST
    314  COUNTRFTNG OR FORGING DOCUMENT - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:     LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1225569 - SANCTIONED INCIDENT DATE/TIME: 05-26-2004 1035
DHO HEARING DATE/TIME: 06-04-2004 0745
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: SUBJ. SPIT ON AN OFFICER AND CURSED HIM.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:040 LAW:P   DIS GCT
          DS         / 30 DAYS / CS
          COMP:     LAW:   DIS SEG
          LP OTHER   / 6 MONTHS / CS
          COMP:     LAW:   LOSS OF INSTITUTION TELEVISON FOR A PERIOD OF
                          SIX MONTHS
          LP PHONE   / 6 MONTHS / CS
          COMP:     LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
          DIS GCT    / 13 DAYS / CS
          COMP:040 LAW:P   DIS GCT




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000087

```
   THAYG              *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 006              *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:39:33

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 06-04-2004 0745 REPORT 1225569 CONTINUED
         DS          / 21 DAYS / CS
         COMP:   LAW:   DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1196325 - SANCTIONED INCIDENT DATE/TIME: 02-27-2004 2030
DHO HEARING DATE/TIME: 03-08-2004 1430
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE STUFFED ITEMS DOWN HIS TOILET, FLOODED.
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         DS          / 15 DAYS / CS
         COMP:   LAW:   DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1192991 - SANCTIONED INCIDENT DATE/TIME: 02-19-2004 0830
UDC HEARING DATE/TIME: 02-26-2004 1540
FACL/UDC/CHAIRPERSON.: THA/1[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMMITTED THE PROHIBITED ACT.
                       LOSS OF TELEVISION FOR 30 DAYS
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER    / 30 DAYS / CS
         COMP:   LAW:   LOSS OF USE OF INSTITUTION TELEVISION FOR 30 DAYS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1059641 - SANCTIONED INCIDENT DATE/TIME: 12-27-2002 1033
DHO HEARING DATE/TIME: 10-10-2003 1430
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 293446
REPORT REMARKS.......: RE-HEARING, UPHOLD PREVIOUS SANCTIONS
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:040 LAW:P   DIS GCT
         LP PHONE    / 6 MONTHS / CS
         COMP:   LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES,
------------------------------------------------------------------------------
REPORT NUMBER........: 1059641 (REHEARD 10-10-2003 1430)
DHO HEARING DATE/TIME: 12-31-2002 0800
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1014168 - SANCTIONED INCIDENT DATE/TIME: 07-26-2002 1530
UDC HEARING DATE/TIME: 07-31-2002 1445
FACL/UDC/CHAIRPERSON.: THA/4[b)(6); (b)(7)(C)]
REPORT REMARKS.......: HE FLUSHED A TOWEL DOWN HIS TOILET CAUSING FLOODING IN T
                       HE UNIT.
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
         LP OTHER    / 15 DAYS / CS
         COMP:   LAW:   LOSE TELEVISION PRIVILEGE FOR 15 DAYS.


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *        INMATE DISCIPLINE DATA        *        07-15-2021
PAGE 007           *     CHRONOLOGICAL DISCIPLINARY RECORD  *        14:39:33


REGISTER NO.: [redacted]    NAME..: [redacted]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 07-31-2002 1445 REPORT 1014168 CONTINUED
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP OTHER   / 15 DAYS / CS
         COMP:   LAW:   LOSE TELEVISION PRIVILEGE FOR 15 DAYS.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 992889 - SANCTIONED  INCIDENT DATE/TIME: 05-17-2002 0959
DHO HEARING DATE/TIME: 06-20-2002 1315
FACL/CHAIRPERSON.....: THA[redacted]
REPORT REMARKS.......: SENT THREATENING LETTERS TO THE DALLAS MAVRICKS NBA
                       BASKETBALL TEAM
   203  THREATENING BODILY HARM - FREQ: 1 ATI: ON1
         DIS GCT    / 27 DAYS / CS
         COMP:040 LAW:P  DIS GCT
         LP OTHER   / 30 DAYS / CS
         COMP:   LAW:   LOSS OF TELEVISION PRIVLEGES
         LP OTHER   / 90 DAYS / CS / SUSPENDED 90 DAYS
         COMP:   LAW:   LOSS OF TELEVISION PRIVLEGES, SUSPENDED, PENDING
                       CLEAR CONDUCT
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 919206 - SANCTIONED  INCIDENT DATE/TIME: 09-13-2001 0910
UDC HEARING DATE/TIME: 10-17-2001 1902
FACL/UDC/CHAIRPERSON.: [redacted]
REPORT REMARKS.......: UDC FINDS INMATE GUILTY & SANCITONS 15 DAYS LOSS OF
                       TELEPHONE.
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
         LP PHONE   / 15 DAYS / CC
         COMP:   LAW:   LOSS OF TELEPHONE FROM 10-19-01 THRU 11-02-01.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 911307 - SANCTIONED  INCIDENT DATE/TIME: 08-16-2001 1040
UDC HEARING DATE/TIME: 10-17-2001 1855
FACL/UDC/CHAIRPERSON.: [redacted]
REPORT REMARKS.......: UDC FINDS INMATE GUILTY & SANCITONS 30 DAYS LOSS OF
                       COMMISSARY.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 30 DAYS / CC
         COMP:   LAW:   LOSS OF COMMISARY FROM 10-19-01 THRU 11-17-01.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 901516 - SANCTIONED  INCIDENT DATE/TIME: 07-15-2001 1250
UDC HEARING DATE/TIME: 07-18-2001 1240
FACL/UDC/CHAIRPERSON.: [redacted]
REPORT REMARKS.......: STATEMENTS OF STAFF AND GREATER WEIGHT OF EVIDENCE WERE
                       CONSIDERED MORE THAN THE STATEMENTS OF THE INMATE
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:   LOSS OF STORE SHOPPING EFFECTIVE THROUGH 8-18-01



G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *       INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 008           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:39:33
```

REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 773988 – SANCTIONED  INCIDENT DATE/TIME: 04-19-2000 1500
UDC HEARING DATE/TIME: 04-21-2000 1415
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: FOUND GUILTY BY UDC AND SANCTIONED TO THREE WEEKS
                       LOSS OF TELEPHONE.
   307  REFUSING TO OBEY AN ORDER – FREQ: 1
        LP PHONE   / 3 WEEKS / CS
        COMP:   LAW:   LOSS OF TELEPHONE RESTRICTIONS
                       EFFECTIVE 4-21-2000 THRU 5-12-2000
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 772003 – SANCTIONED  INCIDENT DATE/TIME: 04-12-2000 0630
UDC HEARING DATE/TIME: 04-18-2000 1545
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: FOUND GUILTY AND SANCTION TO 3 WEEKS LOSS OF COMMISSARY.
   307  REFUSING TO OBEY AN ORDER – FREQ: 1
        LP COMM   / 3 WEEKS / CS
        COMP:   LAW:   LOSS OF COMMISSARY
                       EFFECTIVE: 4-22-2000 THRU 05-08-2000
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 751546 – SANCTIONED  INCIDENT DATE/TIME: 02-01-2000 0730
DHO HEARING DATE/TIME: 02-24-2000 1315
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 210005
REPORT REMARKS.......: INMATE MADE THREATENING STATEMENTS TO STAFF
   203  THREATENING BODILY HARM – FREQ: 1 ATI: SN1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 688660 – SANCTIONED  INCIDENT DATE/TIME: 06-12-1999 0935
UDC HEARING DATE/TIME: 06-16-1999 0945
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 189954
REPORT REMARKS.......: INMATE FOUND GUILTY
   305  POSSESSING UNAUTHORIZED ITEM – FREQ: 1
        EXTRA DUTY / 10 HOURS / CS
        COMP:   LAW:   TO BE PERFORMED IN G UNIT WITHIN TWO WEEKS OF
                       BEING RELEASED FROM SHU



G0002      MORE PAGES TO FOLLOW . . .
```

```
   THAYG           *          INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 009 OF 009 *      CHRONOLOGICAL DISCIPLINARY RECORD        *    14:39:33


REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 685621 - SANCTIONED  INCIDENT DATE/TIME: 05-31-1999 1400
UDC HEARING DATE/TIME: 06-01-1999 1400
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: GUILTY
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         EXTRA DUTY / 5 HOURS / CS
         COMP:    LAW:    EXTRA DUTY IS TO BE PERFORMED IN G UNIT WITHIN
                          2 WEEKS AFTER RETURNING TO THE UNIT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 685618 - SANCTIONED  INCIDENT DATE/TIME: 05-31-1999 1020
UDC HEARING DATE/TIME: 06-01-1999 1345
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: GUILTY
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:    LAW:    EXTRA DUTY IS TO BE PERFORMED IN G UNIT WITHIN
                          2 WEEKS AFTER RETURNING TO THE UNIT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         EXTRA DUTY / 10 HOURS / CC
         COMP:    LAW:    EXTRA DUTY IS TO BE PERFORMED IN G UNIT WITHIN
                          2 WEEKS AFTER RETURNING TO THE UNIT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 615524 - SANCTIONED  INCIDENT DATE/TIME: 09-03-1998 0830
UDC HEARING DATE/TIME: 09-04-1998 1145
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 169690
REPORT REMARKS.......: INMATE STATED THE PLACE WAS CLOSED SO I WENT TO MY UNIT.
                       .
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         EXTRA DUTY / 20 HOURS / CS
         COMP:    LAW:    TO BE COMPLETED IN B UNIT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 611197 - SANCTIONED  INCIDENT DATE/TIME: 08-19-1998 1100
UDC HEARING DATE/TIME: 08-24-1998 1510
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE STATED MY CUBE WAS BAD BUT MY BED HAD A COLLAR ON
                       IT....
    330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:    LAW:    UDC FINDS I.M. COMMITTED THE ACT...




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000091

```
  THAYG           *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:49:14

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1593230 - SANCTIONED INCIDENT DATE/TIME: 04-27-2007 1025
DHO HEARING DATE/TIME: 05-02-2007 1315
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: WEAPON FOUND IN MATTRESS IN SHU/NO COMMENT AT HEARING.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   DISALLOW 40 DAYS OF GCT.
        DS         / 30 DAYS / CS
        COMP:    LAW:    30 DAYS D/S(CPT'S DISCRETION) FROM 5-2-07 TO
                         6-2-07.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1553846 - SANCTIONED INCIDENT DATE/TIME: 08-26-2006 1755
DHO HEARING DATE/TIME: 03-05-2007 0830
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE IN POSSESSION OF WPN AND ASSAULTED ANOTHER/
                       DENIED INVOLVEMENT.
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IB2 RFP: A
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   DISALLOW 40 DAYS OF GCT.
        DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    60 DAYS D/S SUSPENDED PENDING 6 MONTHS CLEAR
                         CONDUCT.
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    90 DAYS LOSS OF COMMISSARY FROM 3-7-07 TO
                         6-7-07.
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:    90 DAYS RESTRICTED TO QUARTERS FROM
                         3-7-07 TO 6-7-07.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   DISALLOW 40 DAYS OF GCT.
        DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    60 DAYS DS SUSPENDED PENDING 6 MONTHS CLEAR
                         CONDUCT.
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF PERSONAL PROPERTY FROM 3-7-07.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1535188 - SANCTIONED INCIDENT DATE/TIME: 11-15-2006 1828
DHO HEARING DATE/TIME: 01-09-2007 0937
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO APPEAR AT THE DHO HEARING
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P


G0002       MORE PAGES TO FOLLOW . . .
```

```
THAYG            *      INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 002         *   CHRONOLOGICAL DISCIPLINARY RECORD  *     14:49:14

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 01-09-2007 0937 REPORT 1535188 CONTINUED
         DS        / 30 DAYS / CS
         COMP:  LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1295252 - SANCTIONED INCIDENT DATE/TIME: 12-20-2004 0912
DHO HEARING DATE/TIME: 09-16-2005 0903
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE COMMITTED PROHIBITED ACT. INMATE ASSAULTED INMATE
                       [b)(6); (b)(7)(C)]            WHILE AT USP [b)(6); (b)(7)(C)]
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOW 27 DAYS GOOD CONDUCT TIME.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1305865 - SANCTIONED INCIDENT DATE/TIME: 01-26-2005 1552
DHO HEARING DATE/TIME: 09-16-2005 0902
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE COMMITTED PROHIBITED ACT. INMATE WAS FIGHTING
                       WITH INMATE [b)(6); (b)(7)(C)]      AT USP [b)(6); (b)(7)(C)]
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOW 27 DAYS GOOD CONDUCT TIME.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1303206 - SANCTIONED INCIDENT DATE/TIME: 01-19-2005 1032
DHO HEARING DATE/TIME: 01-28-2005 1400
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE (224).
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:  LAW:
         LP COMM   / 60 DAYS / CS
         COMP:  LAW:
         LP PHONE  / 30 DAYS / CS
         COMP:  LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1298682 - SANCTIONED INCIDENT DATE/TIME: 01-05-2005 1340
DHO HEARING DATE/TIME: 01-19-2005 1100
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ELECTED NOT TO COMMENT. FOUND GUILTY OF CHARGE
                       (201).
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:  LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

SCU000093

```
  THAYG          *       INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 003         *    CHRONOLOGICAL DISCIPLINARY RECORD    *     14:49:14

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

          LP COMM   / 30 DAYS / CS
          COMP:   LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1261218 - SANCTIONED INCIDENT DATE/TIME: 09-12-2004 2018
DHO HEARING DATE/TIME: 09-24-2004 1435
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED PROHIBITTED ACTS
    212  ENGAGING IN GROUP DEMONSTRATON - FREQ: 1
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS        / 30 DAYS / CS
          COMP:   LAW:
    218  DESTROYING PROP OVER $100 - FREQ: 1
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          LP COMM   / 60 DAYS / CS
          COMP:   LAW:
          MON REST  / 37.50 DOLLARS / CS
          COMP:   LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1228690 - SANCTIONED INCIDENT DATE/TIME: 06-06-2004 1052
DHO HEARING DATE/TIME: 08-26-2004 1015
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE BROKE FREE FROM STAFF ESCORT AND ENTERED
                       ANOTHER INMATE'S CELL AND BEGAN PUNCHING HIM (ADMITS)
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS        / 30 DAYS / CS
          COMP:   LAW:
          FF NVGCT  / 27 DAYS / CS
          COMP:010 LAW:P
          TRANSFER  / CS
          COMP:   LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1216233 - SANCTIONED INCIDENT DATE/TIME: 07-15-2003 1305
DHO HEARING DATE/TIME: 05-25-2004 0820
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE POSSESSED A WEAPON AND TRIED TO KILL ANOTHER
                       INMATE (ADMITS - [b)(6); (b)(7)(C)] RELATED)
    100A KILLING - FREQ: 1 ATI: IC3
          DIS GCT   / 41 DAYS / CS
          COMP:010 LAW:P
          DS        / 45 DAYS / CS
          COMP:   LAW:


G0002          MORE PAGES TO FOLLOW . . .
```

SCU000094

```
     THAYG           *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 004 OF 004 *       CHRONOLOGICAL DISCIPLINARY RECORD    *     14:49:14


REGISTER NO.: [b)(6),(b)(7)(C)]     NAME..: [b)(6),(b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-25-2004 0820 REPORT 1216233 CONTINUED
          TRANSFER   / CS
          COMP:    LAW:
   104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT   / 41 DAYS / CS
          COMP:010 LAW:P
          DS        / 45 DAYS / CS
          COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1192452 - SANCTIONED INCIDENT DATE/TIME: 02-16-2004 1920
DHO HEARING DATE/TIME: 03-18-2004 0845
FACL/CHAIRPERSON.....: [b)(6),(b)(7)(C)]
REPORT REMARKS.......: INMATE POSSESSED RAZOR BLADES IN SHU (ADMITS)
   104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT   / 41 DAYS / CS
          COMP:010 LAW:P
          DS        / 30 DAYS / CS
          COMP:    LAW:
          LP COMM   / 60 DAYS / CS
          COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1176129 - SANCTIONED INCIDENT DATE/TIME: 12-30-2003 0900
DHO HEARING DATE/TIME: 01-07-2004 0850
FACL/CHAIRPERSON.....: [b)(6),(b)(7)(C)]
REPORT REMARKS.......: INMATE POSSESSED INTOXICANTS (ADMITS)
   222  POSSESSING INTOXICANTS - FREQ: 1
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS        / 15 DAYS / CS
          COMP:    LAW:
          DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1133485 - SANCTIONED INCIDENT DATE/TIME: 08-15-2003 1330
UDC HEARING DATE/TIME: 08-19-2003 0820
FACL/UDC/CHAIRPERSON.: [b)(6),(b)(7)(C)]
REPORT REMARKS.......: FOUND GUILTY BASED ON OFFICER'S STATEMENT
   307   REFUSING TO OBEY AN ORDER - FREQ: 1
          LP COMM   / 30 DAYS / CS
          COMP:    LAW:




  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000095

```
  THAYG              *      INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 001            *    CHRONOLOGICAL DISCIPLINARY RECORD    *    14:37:58
```

REGISTER NO: ▮▮▮▮   NAME..: ▮▮▮▮
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3477009 - SANCTIONED INCIDENT DATE/TIME: 02-02-2021 0708
UDC HEARING DATE/TIME: 02-26-2021 1000
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮
REPORT REMARKS.......: I/M ADVISED OF RIGHTS. PREVIOUSLY STATED IT WAS A 328. D
                       IDNT DENY CHARGE.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 30 DAYS / CS
                   FROM: 02-27-2021 THRU: 03-28-2021
        COMP:    LAW:    TO PROMOTE BETTER BEHAVIOR
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2989303 - SANCTIONED INCIDENT DATE/TIME: 05-19-2017 1130
DHO HEARING DATE/TIME: 06-14-2017 1440          DHO REPT DEL: 07-18-2017 1032
FACL/CHAIRPERSON.....: THP▮▮▮▮
APPEAL CASE NUMBER(S): 910337
REPORT REMARKS.......: SUBOXONE, STAMPS, DESTORYED SHEETS FOUND IN CELL
                       I/M DENIES
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISON
        LP PHONE   / 180 DAYS / CS
        COMP:    LAW:
        MON FINE   / 50.00 DOLLARS / CS
        COMP:    LAW:    TO DETER MISCONDUCT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2825991 - SANCTIONED INCIDENT DATE/TIME: 03-10-2016 1830
UDC HEARING DATE/TIME: 03-15-2016 1230
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮
REPORT REMARKS.......: I/M FOUND GUILTY AS CHARGED.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    SANCTIONED TO DETER FUTURE AND OTHER VIOLATIONS OF
                        THIS NATURE.
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2247714 - SANCTIONED INCIDENT DATE/TIME: 12-21-2011 1530
UDC HEARING DATE/TIME: 12-23-2011 1240
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮
REPORT REMARKS.......: INMATE DENIED THE CHARGES.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .

```
  THAYG            *        INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 002           *     CHRONOLOGICAL DISCIPLINARY RECORD   *      14:37:58


REGISTER NO.: [REDACTED]       NAME..: [REDACTED]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2052475 - SANCTIONED INCIDENT DATE/TIME: 08-11-2010 1045
UDC HEARING DATE/TIME: 08-17-2010 0825
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
APPEAL CASE NUMBER(S): 604829
REPORT REMARKS.......: INMATE STATED, "THE SHOT IS WRONG."
   404  USING ABUSIVE/OBSCENE LANGUAGE - FREQ: 1
         LP OTHER   / 60 DAYS / CS
         COMP:   LAW:   LOSS OF TV UNTIL 10-16-2010.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2005477 - SANCTIONED INCIDENT DATE/TIME: 04-20-2010 1545
UDC HEARING DATE/TIME: 04-22-2010 0917
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: INMATE MADE THREE WAY PHONE CALL TO HELP AN INMATE IN
                       THE SHU
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE   / 90 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1373442 - SANCTIONED INCIDENT DATE/TIME: 08-19-2005 1356
UDC HEARING DATE/TIME: 08-22-2005 0825
FACL/UDC/CHAIRPERSON.: [REDACTED]
REPORT REMARKS.......: 7 DAYS QUARTERS RESTRICTION WHICH END ON 08-29-05
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER   / 7 DAYS / CS
         COMP:   LAW:   7 DAYS QUARTERS RESTRICTRION ENDS 08-29-05
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1252741 - SANCTIONED INCIDENT DATE/TIME: 06-29-2004 1915
DHO HEARING DATE/TIME: 09-23-2004 1327
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: "I ACCEPT RESPONSIBILITY" WHEN CHARGED WITH DISRUPTIVE
                       CONDUCT RESULTING IN LOCKDOWN WHEN [REDACTED]
   199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
         DS         / 60 DAYS / CS
         COMP:   LAW:   CONSIDERATION OF TIME IN AD
                       199 MOST LIKE 105-RIOTING
         LP COMM    / 1 YEARS / CS
         COMP:   LAW:   LOSS OF COMMISSARY THRU 9-23-2005
         LP VISIT   / 1 YEARS / CS
         COMP:   LAW:   LOSS OF VISITS THRU 9-23-2005
         TRANSFER   / CS
         COMP:   LAW:   RECOMMEND DISCIPLINARY TRANSFER




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000097

```
  THAYG          *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 003         *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:37:58


REGISTER NO.: [b(6); (b)(7)(C)]     NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1234017 - SANCTIONED INCIDENT DATE/TIME: 06-23-2004 1235
UDC HEARING DATE/TIME: 06-24-2004 0900
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE CHOOSE TO MAKE NO COMMENT.
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        LP PHONE   / 30 DAYS / CS / SUSPENDED 45 DAYS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1216102 - SANCTIONED INCIDENT DATE/TIME: 04-27-2004 1350
DHO HEARING DATE/TIME: 05-04-2004 1530
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: "THAT'S MY KNIFE" WHEN CHARGED WITH POSSESSING SHARPENED
                       STRIKER PLATE TAKEN FROM DOOR THRESHOLD
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 14 DAYS / CS
        COMP:   LAW:   CONSIDERAITON OF SOME TIME IN AD
                       DS COMPLETED 5-10-2004
        DS         / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
        LP COMM    / 3 MONTHS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
        LP PHONE   / 3 MONTHS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
        LP VISIT   / 3 MONTHS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1211373 - SANCTIONED INCIDENT DATE/TIME: 04-13-2004 1335
UDC HEARING DATE/TIME: 04-16-2004 1645
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE MADE NO COMMENT.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:   RESTRICTION STARTING 04-19-2004 AND ENDING AFTER
                       05-18-2004.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1208686 - SANCTIONED INCIDENT DATE/TIME: 04-05-2004 1400
UDC HEARING DATE/TIME: 04-06-2004 1550
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE HAD NO COMMENT
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 2
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:   LP COMM 04-09-2004 THUR 04-23-2004




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 004           *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:37:58

REGISTER NO.: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1192421 - SANCTIONED INCIDENT DATE/TIME: 02-17-2004 1710
DHO HEARING DATE/TIME: 03-02-2004 1345
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: NO COMMENT WHEN CHARGED WITH PENIS "HANGING OUT" OF
                       PANTS WHILE IN FOOD SERVICE
HEARING IS ALSO BASIS FOR EXECUTION OF DS       SUSPENDED 12-23-2003 1355
                                     LP PHONE   SUSPENDED 01-21-2004 0921
   300  INDECENT EXPOSURE - FREQ: 1
        DS       / 15 DAYS / CS
        COMP:   LAW:
        LOSE JOB  / CS
        COMP:   LAW:   LOSS OF JOB IN FOOD SERVICE
        LP VISIT  / 1 MONTHS / CS
        COMP:   LAW:   LOSS THRU 4-2-2004
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1179304 - SANCTIONED INCIDENT DATE/TIME: 01-08-2004 1300
DHO HEARING DATE/TIME: 01-21-2004 0921
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED BEING 10 MINUTES LATE FOR F/S JOB
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM   SUSPENDED 12-23-2003 1355
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        LP PHONE  / 30 DAYS / CS / SUSPENDED 180 DAYS
                  EXECUTED BASED ON HEARING OF 03-02-2004 1345
        COMP:   LAW:   SUSPENDED SANCTION EXECUTED BASED UPON IR #1192421
                       LOSS OF PHONE THRU 4-2-2004
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1169117 - SANCTIONED INCIDENT DATE/TIME: 11-30-2003 1915
DHO HEARING DATE/TIME: 12-23-2003 1355
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ACCEPTED RESPONSIBILITY FOR MASTURBATING IN VIEW
                       OF FEMALE STAFF IN A UNIT NOT HIS OWN
   205  ENGAGING IN SEXUAL ACTS - FREQ: 2 ATI: SN1
        DS       / 30 DAYS / CS
        COMP:   LAW:   RECOMMEND DSOP
        DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
                  EXECUTED BASED ON HEARING OF 03-02-2004 1345
        COMP:   LAW:   SUSPENDED DS EXECUTED BASED UPON IR #1192421
        LP COMM   / 180 DAYS / CS / SUSPENDED 180 DAYS
                  EXECUTED BASED ON HEARING OF 01-21-2004 0921
        COMP:   LAW:   SUSPENDED SANCTION EXECUTED BASED UPON IR #1179304
                       LOSS OF COMMISSARY THRU 7-18-2004
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS       / 15 DAYS / CS
        COMP:   LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *       INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 005 OF 005 *       CHRONOLOGICAL DISCIPLINARY RECORD  *      14:37:58


REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1132005 - SANCTIONED INCIDENT DATE/TIME: 08-11-2003 1815
UDC HEARING DATE/TIME: 08-18-2003 1930
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED GUILT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM   / 15 DAYS / CS
         COMP:   LAW:   COMMISSARY RESTRICTION ENDING 09-01-2003
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM   / 15 DAYS / CS
         COMP:   LAW:   COMMISSARY RESTRICTION ENDING 09-16-2003
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1098153 - SANCTIONED INCIDENT DATE/TIME: 03-15-2003 1750
DHO HEARING DATE/TIME: 05-07-2003 1335
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS INVOLVEMENT IN INCIDENT WITH 10 INMATES
                       CLASHING AGAINST RIVAL GROUP [(b)(6); (b)(7)(C)]      LOCKDOWN
    199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
         DS        / 60 DAYS / CS
         COMP:   LAW:   CONSIDERATION OF SOME TIME IN AD
                       SHU RELEASE 6-6-2003
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1094808 - SANCTIONED INCIDENT DATE/TIME: 04-15-2003 1305
DHO HEARING DATE/TIME: 05-07-2003 1335
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS INVOLVEMENT IN REFUSING TO COME OFF SHU
                       REC YARD REQUIRING FORCE AND USE OF GAS
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 12-27-2002 1126
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1051369 - SANCTIONED INCIDENT DATE/TIME: 11-27-2002 1300
DHO HEARING DATE/TIME: 12-27-2002 1126
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED MASTURBATION IN UNIT WHEN THERE ON WORK
                       PASS
    205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
         DS        / 15 DAYS / CS
         COMP:   LAW:
         DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 05-07-2003 1330
         COMP:   LAW:   SUSPENDED DS EXECUTED BASED UPON IR # 1098153



G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000100

```
  THAYG            *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD  *     14:34:12


REGISTER NO: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2025639 - SANCTIONED INCIDENT DATE/TIME: 01-26-2010 1835
DHO HEARING DATE/TIME: 01-29-2015 0800
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M ADMITTED TO KILLING ANOTHER I/M BY TYING HIM UP &
                       STANDING ON HIS NECK UNTIL HE STOPPED BREATHING.
   100  KILLING - FREQ: 1 ATI: IG5
        DIS GCT    / 41 DAYS / CS
        COMP:020 LAW:P
        DS         / 180 DAYS / CS
        COMP:    LAW:
        DS         / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        FF NVGCT   / 263 DAYS / CS
        COMP:020 LAW:P
        LP PHONE   / 365 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 365 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1946890 - SANCTIONED INCIDENT DATE/TIME: 11-22-2009 1730
DHO HEARING DATE/TIME: 12-15-2009 0840
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS
   405  TATTOOING OR SELF-MUTILATING - FREQ: 2
        DIS GCT    / 7 DAYS / CS
        COMP:020 LAW:P   DISALLOW 7 DAYS GOOD CONDUCT TIME
        DS         / 7 DAYS / CS
        COMP:    LAW:    7 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES FOR 90 DAYS
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 90 DAYS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1944393 - SANCTIONED INCIDENT DATE/TIME: 11-16-2009 1325
UDC HEARING DATE/TIME: 11-24-2009 0934
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO GUILT. NOTIFIED ON HIS FIFTEEN DAY'S
                       RIGHT TO APPEAL.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP PHONE   / 2 MONTHS / CS
        COMP:    LAW:    LOSS OF TELEPHONE PRIVILEGE'S FOR TWO MONTH'S.
                        START: 11-24-2009   END: 01-24-2010




G0002      MORE PAGES TO FOLLOW . . .
```

SCU000101

```
   THAYG          *        INMATE DISCIPLINE DATA              *      07-15-2021
PAGE 002          *    CHRONOLOGICAL DISCIPLINARY RECORD        *      14:34:12


REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 11-24-2009 0934 REPORT 1944393 CONTINUED
   405  TATTOOING OR SELF-MUTILATING - FREQ: 2
        LP COMM    / 2 MONTHS / CS
        COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGE'S FOR TWO MONTH'S.
                       START: 11-24-2009  END: 01-24-2010
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1839628 - SANCTIONED INCIDENT DATE/TIME: 03-01-2009 2015
UDC HEARING DATE/TIME: 03-04-2009 1244
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: UDC IMPOSES 90 DAYS LOSS OF COMMISSARY STARTING 3/5/09
                       ENDING 6/4/09
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 90 DAYS / CS
        COMP:   LAW:   LOSS OF COMMISSARY
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1777363 - SANCTIONED INCIDENT DATE/TIME: 09-12-2008 0220
UDC HEARING DATE/TIME: 09-19-2008 1230
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: THE UDC FOUND INMATE GUILTY.  THE UDC WAS DELAYED DUE TO
                       INMATE BEING AT THE OSH.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:   ADMITTED TO THE CHARGE
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:   SAME AS ABOVE
   332  SMOKING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:   SAME AS ABOVE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1748992 - SANCTIONED INCIDENT DATE/TIME: 06-27-2008 1105
UDC HEARING DATE/TIME: 07-01-2008 1415
FACL/UDC/CHAIRPERSON.: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: UDC SANCTIONS 20/20/20, VISIT,PHONE, COMMISSARY ALL
                       SUSPENDED PENDING 120 DAYS CLEAR CONDUCT
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP COMM    / 20 DAYS / CS / SUSPENDED 20 DAYS
        COMP:   LAW:   SUSPENDED PENDING 120 DAYS CLEAR CONDUCT
        LP PHONE   / 20 DAYS / CS / SUSPENDED 20 DAYS
        COMP:   LAW:   SUSPENDED PENDING 120 DAYS CLEAR CONDUCT
        LP VISIT   / 20 DAYS / CS / SUSPENDED 20 DAYS
        COMP:   LAW:   SUSPENDED PENDING 120 DAYS CLEAR CONDUCT




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000102

```
  THAYG          *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 003         *   CHRONOLOGICAL DISCIPLINARY RECORD *      14:34:12


REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6);(b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1690868 - SANCTIONED INCIDENT DATE/TIME: 01-21-2008 1825
DHO HEARING DATE/TIME: 03-04-2008 1005
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS THE CHARGE
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:020 LAW:P
         DS        / 30 DAYS / CS
         COMP:    LAW:
         IMPOUND   / 30 DAYS / CS
         COMP:    LAW:    IMPOUND PROPERTY RETURN AT STAFF DISCRETION
         LP COMM   / 1 MONTHS / CS
         COMP:    LAW:
         LP PHONE  / 1 MONTHS / CS
         COMP:    LAW:
         LP VISIT  / 1 MONTHS / CS
         COMP:    LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1598038 - SANCTIONED INCIDENT DATE/TIME: 05-11-2007 1315
DHO HEARING DATE/TIME: 06-19-2007 0916
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS THE CHARGE
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ??? RFP: ?
         DIS GCT   / 40 DAYS / CS
         COMP:020 LAW:P
         DS        / 60 DAYS / CS
         COMP:    LAW:
         LP COMM   / 180 DAYS / CS
         COMP:    LAW:
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         DIS GCT   / 13 DAYS / CS
         COMP:020 LAW:P
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1598046 - SANCTIONED INCIDENT DATE/TIME: 05-11-2007 1300
DHO HEARING DATE/TIME: 05-24-2007 1305
FACL/CHAIRPERSON.....: [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS THE CHARGE
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT   / 13 DAYS / CS
         COMP:020 LAW:P
         DS        / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP COMM   / 60 DAYS / CS
         COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

SCU000103

```
 THAYG              *     INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 004 OF 004 *     CHRONOLOGICAL DISCIPLINARY RECORD   *    14:34:12

REGISTER NO.: [  ]    NAME..: [  ]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1513632 - SANCTIONED INCIDENT DATE/TIME: 09-15-2006 2100
UDC HEARING DATE/TIME: 09-19-2006 0955
FACL/UDC/CHAIRPERSON.: [  ]
REPORT REMARKS.......: ADMITTED TO HAVING EXCESS PLAYING CARDS WAS ALSO FOUND
                       TO HAVE DEBT SLIPS STATES HE OWED FOR BORROWING COMMISSA
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 1 MONTHS / CS
        COMP:     LAW:    PLACED ON COMMISSARY RESTRICTION THRU 10-19-06
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 1 MONTHS / CS
        COMP:     LAW:    PLACED ON COMMISSARY RESTRICTION THRU 11-19-06
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1371246 - SANCTIONED INCIDENT DATE/TIME: 08-12-2005 0400
UDC HEARING DATE/TIME: 09-22-2005 1435
FACL/UDC/CHAIRPERSON.: [  ]
REPORT REMARKS.......: INMATE ADMISSION; COMMITTED PROHIBITED ACT
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 180 DAYS / CS
        COMP:     LAW:    LOSS OF PHONE FOR 180 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1368567 - SANCTIONED INCIDENT DATE/TIME: 08-05-2005 1245
DHO HEARING DATE/TIME: 08-16-2005 1030
FACL/CHAIRPERSON.....: [  ]
REPORT REMARKS.......: ADMITS ALTERCATION BUT DENIES STRIKING OTHER INMATE
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:020 LAW:P   IMPOSED TO MEET REPORTING REQUIREMENT OF SENTENCE




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000104

```
  THAYG                *     INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD  *    14:48:48


REGISTER NO: (b)(6); (b)(7)(C)    NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2133151 - SANCTIONED INCIDENT DATE/TIME: 03-04-2011 0950
UDC HEARING DATE/TIME: 03-07-2011 1350
FACL/UDC/CHAIRPERSON.: THP/SCU (b)(6); (b)(7)(C)
APPEAL CASE NUMBER(S): 630857
REPORT REMARKS.......: INMATE STATED HE WAS MISUNDERSTOOD AND DID AS HE WAS
                       INSTRUCTED.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM     / 15 DAYS / CS
         COMP:   LAW:   SANCTION IS IN EFFECT THROUGH 03-23-2011
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1802756 - SANCTIONED INCIDENT DATE/TIME: 11-20-2008 2250
UDC HEARING DATE/TIME: 11-25-2008 1530
FACL/UDC/CHAIRPERSON.: THP/SCU (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE EXPOSED HIMSELF TO STAFF
    300  INDECENT EXPOSURE - FREQ: 1
         LP COMM     / 30 DAYS / CS / SUSPENDED 30 DAYS
         COMP:   LAW:   SUSPENDED PENDING CLEAR CONDUCT
         LP PHONE    / 15 DAYS / CS
         COMP:   LAW:


  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000105

```
THAYG              *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD  *      14:44:39

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021
```

```
G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
  THAYG            *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD     *    14:45:42

REGISTER NO.: [b)(6); (b)(7)(C)]      NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1809988 - SANCTIONED INCIDENT DATE/TIME: 12-10-2008 1815
UDC HEARING DATE/TIME: 12-12-2008 1005
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAS IN POSSESSION OF A STINGER
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1799289 - SANCTIONED INCIDENT DATE/TIME: 11-11-2008 1800
UDC HEARING DATE/TIME: 11-14-2008 1310
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMMITTED THE PROHIBITED ACT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:   LOSS OF COMMISSARY FOR 30 DAYS. MAY PURCHASE STAMP
                       AND HYGEINE ITEMS.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1109924 - SANCTIONED INCIDENT DATE/TIME: 03-07-2003 1615
DHO HEARING DATE/TIME: 07-18-2003 1200
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIED KNOWLEGDE OF ESCAPE ATTEMPT - HEARING
                       COMPLETED WITH [b)(6); (b)(7)(C)]
   102A ESCAPE - FREQ: 1 ATI: ??? RFP: ?
        DIS GCT    / 40 DAYS / CS
        COMP:000 LAW:   DISALLOW 40 DAYS IF CONVICTED OF FEDERAL SENTENCE
        DS         / 60 DAYS / CS
        COMP:   LAW:   CREDIT FOR TIME SERVED - WILL NOT RELEASE FROM
                       SHU
        LP PHONE   / 1 YEARS / CS
        COMP:   LAW:   LOSS OF PHONE FROM 07-18-03 TO 07-17-04
        LP VISIT   / 1 YEARS / CS
        COMP:   LAW:   LOSS OF VISITING FROM 07-18-03 TO 07-17-04
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 990038 - SANCTIONED  INCIDENT DATE/TIME: 05-03-2002 0800
UDC HEARING DATE/TIME: 05-08-2002 1300
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMMITTED THE PROHIBITED ACT
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        EXTRA DUTY / 20 HOURS / CC
        COMP:   LAW:   INMATE WAS GIVEN 20 HOURS OF EXTRA DUTY


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000107

```
  THAYG              *      INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD   *     14:53:56

REGISTER NO: [b)(6),(b)(7)(C)]   NAME..: [b)(6),(b)(7)(C)]
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021
```

```
G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

SCU000108

```
  THAYG              *      INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 001            *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:52:12


REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3233055 – SANCTIONED INCIDENT DATE/TIME: 02-26-2019 0835
DHO HEARING DATE/TIME: 03-22-2019 0900            DHO REPT DEL: 04-18-2019 1710
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M INTRO SUBOXONE INTO THP VIA MAIL
                       I/M MADE NO COMMENT
   111  INTRODUCTION DRUGS/ALCOHOL – FREQ: 1 ATI: DDA
        DS          / 30 DAYS / CS
                    FROM: 03-22-2019  THRU: 04-20-2019
        COMP:   LAW:
        LP COMM     / 365 DAYS / CS
                    FROM: 03-22-2019  THRU: 03-20-2020
        COMP:   LAW:
        LP EMAIL    / 365 DAYS / CS
                    FROM: 03-22-2019  THRU: 03-20-2020
        COMP:   LAW:
        LP OTHER    / 30 DAYS / CS
                    FROM: 03-22-2019  THRU: 04-20-2019
        COMP:   LAW:   LOSS OF TV
        MON FINE    / 500.00 DOLLARS / CS
        COMP:   LAW:   BAL $6,135.71
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2964486 – SANCTIONED INCIDENT DATE/TIME: 03-20-2017 1000
DHO HEARING DATE/TIME: 04-19-2017 1100            DHO REPT DEL: 05-25-2017 1200
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 904913
REPORT REMARKS.......: 6.5 IN SHANK,22 BOOKS OF STAMPS, BROWN LEAFY SUB,
                       STINGER FOUND IN SINGLE CELL. I/M DENIES
   104  POSSESSING A DANGEROUS WEAPON – FREQ: 1
        DS          / 30 DAYS / CS
        COMP:   LAW:
        LP COMM     / 180 DAYS / CS
        COMP:   LAW:
        LP EMAIL    / 180 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE MISCONDUCT
        LP VISIT    / 180 DAYS / CS
        COMP:   LAW:
        MON FINE    / 500.00 DOLLARS / CS
        COMP:   LAW:   TO DETER FUTURE MISCONDUCT
   305  POSSESSING UNAUTHORIZED ITEM – FREQ: 1
        LP PHONE    / 90 DAYS / CS
        COMP:   LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000109

```
  THAYG           *      INMATE DISCIPLINE DATA             *      07-15-2021
PAGE 002          *    CHRONOLOGICAL DISCIPLINARY RECORD    *      14:52:12


REGISTER NO.: (b)(6); (b)(7)(C)      NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2872802 - SANCTIONED INCIDENT DATE/TIME: 07-14-2016 0730
DHO HEARING DATE/TIME: 01-19-2017 1400              DHO REPT DEL: 03-14-2017 1300
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: I/M REMAINED SILENT. OFFICER FOUND IN I/M'S CELL
                       HOMEMADE WEAPON AND 1,600 STAMPS
  104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
       DS         / 30 DAYS / CS
       COMP:    LAW:
       LP PHONE   / 90 DAYS / CS
       COMP:    LAW:
  305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
       LP COMM    / 90 DAYS / CS
       COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2437785 - SANCTIONED INCIDENT DATE/TIME: 04-26-2013 1845
DHO HEARING DATE/TIME: 07-12-2013 1201
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: POSSESSION OF HOMEMADE ALCOHAL
  113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
       DS         / 30 DAYS / CS
       COMP:    LAW:
       LP COMM    / 60 DAYS / CS
       COMP:    LAW:
       LP VISIT   / 60 DAYS / CS
       COMP:    LAW:    ALL VISITS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2443757 - SANCTIONED INCIDENT DATE/TIME: 05-11-2013 1430
DHO HEARING DATE/TIME: 07-12-2013 1200
FACL/CHAIRPERSON.....: THP (b)(6); (b)(7)(C)
REPORT REMARKS.......: FOUGHT WITH ANOTHER INMATE USING HOMEMADE WEAPONS AND
                       HIS FIST
  104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
       DS         / 60 DAYS / CS
       COMP:    LAW:
       LP COMM    / 120 DAYS / CS
       COMP:    LAW:
  201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
       DS         / 30 DAYS / CS
       COMP:    LAW:
       LP VISIT   / 120 DAYS / CS
       COMP:    LAW:    ALL VISITS




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000110

```
  THAYG              *      INMATE DISCIPLINE DATA            *      07-15-2021
PAGE 003 OF 003 *      CHRONOLOGICAL DISCIPLINARY RECORD      *      14:52:12


REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2209657 - SANCTIONED INCIDENT DATE/TIME: 09-12-2011 1530
UDC HEARING DATE/TIME: 09-14-2011 1310
FACL/UDC/CHAIRPERSON.: THP/SCU/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE MADE NO COMMENT TO THE UDC.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM   / 15 DAYS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1995840 - SANCTIONED INCIDENT DATE/TIME: 03-27-2010 1828
UDC HEARING DATE/TIME: 03-30-2010 0905
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO REFUSING TO GIVE THE TYPEWRITER TO
                       STAFF WHEN REQUESTED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1585214 - SANCTIONED INCIDENT DATE/TIME: 04-05-2007 1700
DHO HEARING DATE/TIME: 07-09-2007 0830
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITED GUILT.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         LP COMM   / 1 MONTHS / CS
         COMP:   LAW:
         LP PHONE  / 1 MONTHS / CS
         COMP:   LAW:
         LP VISIT  / 1 MONTHS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1553566 - SANCTIONED INCIDENT DATE/TIME: 01-08-2007 2022
DHO HEARING DATE/TIME: 03-14-2007 1407
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES THE CHARGE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS        / 21 DAYS / CS
         COMP:   LAW:
         LP COMM   / 90 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 90 DAYS / CS
         COMP:   LAW:




  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000111

```
  THAYG              *        INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD      *    14:46:39


REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1833285 - SANCTIONED INCIDENT DATE/TIME: 02-13-2009 1040
DHO HEARING DATE/TIME: 03-05-2009 1545
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO REFUSING TO TAKE THE URINANLYSIS.
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 12-31-2008 0930
   110   REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: ???
         DS        / 30 DAYS / CS
         COMP:     LAW:
         LP COMM   / 90 DAYS / CS
         COMP:     LAW:
         LP OTHER  / 30 DAYS / CS
         COMP:     LAW:    TELEVISION RESTRICTION
         LP PHONE  / 90 DAYS / CS
         COMP:     LAW:
         LP VISIT  / 90 DAYS / CS
         COMP:     LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1811767 - SANCTIONED INCIDENT DATE/TIME: 12-16-2008 0908
DHO HEARING DATE/TIME: 12-31-2008 0930
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO ATTEND DHO HEARING
   110   REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: ???
         DS        / 1 DAYS / CS
         COMP:     LAW:
         DS        / 30 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 03-05-2009 1545
         COMP:     LAW:
         LP PHONE  / 90 DAYS / CS
         COMP:     LAW:
         LP VISIT  / 90 DAYS / CS
         COMP:     LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1082720 - SANCTIONED INCIDENT DATE/TIME: 03-07-2003 1920
DHO HEARING DATE/TIME: 03-13-2003 1015
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSION OF MARIJUANA
   113   POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: ???
         DIS GCT   / 40 DAYS / CS
         COMP:000  LAW:    DISALLOW 40 DAYS IF CONVICTED OF FEDERAL SENTENCE
         DS        / 30 DAYS / CS
         COMP:     LAW:
         LP VISIT  / 6 MONTHS / CS
         COMP:     LAW:    LOSS OF VISITING FROM 03-13-03 TO 09-12-03



G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000112

```
  THAYG            *        INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD     *      14:45:04

REGISTER NO.: [b)(6); (b)(7)(C)]      NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2681512 - SANCTIONED INCIDENT DATE/TIME: 02-10-2015 1220
UDC HEARING DATE/TIME: 02-13-2015 1000
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 811370
REPORT REMARKS.......: I/M STATED HE MAY HAVE MUMBLED TO HIMSELF, BUT HE DIDN'T
                       REFUSE TO OBEY AN ORDER.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        CHG QTRS    / CS
        COMP:    LAW:   CHANGE OF QUARTER IMPOSED TO DETER FUTURE VIOLATIO
                        NS OF THIS NATURE.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2129010 - SANCTIONED INCIDENT DATE/TIME: 02-23-2011 1430
UDC HEARING DATE/TIME: 02-24-2011 1235
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 630856
REPORT REMARKS.......: INMATE GAVE A REASON FOR EACH EXAMPLE IN THE REPORT AND
                       ATTEMPTED TO JUSTIFY THE REASON FOR HIS UNTIDINESS.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 2 WEEKS / CS
        COMP:    LAW:   LOSS OF TELEVISION SET
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1184169 - SANCTIONED INCIDENT DATE/TIME: 01-23-2004 0710
UDC HEARING DATE/TIME: 01-26-2004 1423
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: BASED ON THE REPORT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 2 WEEKS / CS
        COMP:    LAW:   LOSS COMMISSARY 01-27-04 THRU 02-10-04
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1157350 - SANCTIONED INCIDENT DATE/TIME: 10-30-2003 1030
UDC HEARING DATE/TIME: 11-03-2003 1824
FACL/UDC/CHAIRPERSON.: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: BASED ON THE REPORT.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM    / 2 WEEKS / CS
        COMP:    LAW:   LOSE COMMISSARY 11-04-03 THRU 11-18-03
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM    / 2 WEEKS / CS
        COMP:    LAW:   LOSS COMMISSARY 11-19-03 THRU 12-04-03




  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000113

```
   THAYG            *      INMATE DISCIPLINE DATA         *      07-15-2021
PAGE 001           *   CHRONOLOGICAL DISCIPLINARY RECORD  *      14:40:36


REGISTER NO.: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3390865 - SANCTIONED INCIDENT DATE/TIME: 04-21-2020 0800
DHO HEARING DATE/TIME: 07-24-2020 1110           DHO REPT DEL: 08-04-2020 1435
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M WROTE A LETTER OFFERING TO IMPREGNATE A STAFF
                       I/M DENIES
  206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
       LP OTHER   / 30 DAYS / CS
                  FROM: 07-24-2020  THRU: 08-22-2020
       COMP:  LAW:   LOSS OF TV
       LP PHONE   / 30 DAYS / CS
                  FROM: 07-24-2020  THRU: 08-22-2020
       COMP:  LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2624682 - SANCTIONED INCIDENT DATE/TIME: 09-03-2014 1510
UDC HEARING DATE/TIME: 09-05-2014 1240
FACL/UDC/CHAIRPERSON.: THP/SCU[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 793776
REPORT REMARKS.......: I/M FOUND GUILTY AS CHARGED OF POSSESSING PORNOGRAPHIC
                       MATERIALS.  CONSIDERED BEST MANAGED AT UDC LEVEL.
  305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
       LP COMM   / 30 DAYS / CS
       COMP:  LAW:   SANCTIONED TO DETER FUTURE VIOLATIONS OF THIS SAME
                     NATURE.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2588256 - SANCTIONED INCIDENT DATE/TIME: 05-28-2014 0915
DHO HEARING DATE/TIME: 06-25-2014 1400
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DENIED THREATENING AND BEING INSOLENT TOWARDS STAFF
  203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
       LP COMM   / 90 DAYS / CS
       COMP:  LAW:
       LP EMAIL   / 90 DAYS / CS
       COMP:  LAW:
       LP MPLAYER / 45 DAYS / CS
       COMP:  LAW:
       LP PHONE   / 90 DAYS / CS
       COMP:  LAW:
  312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
       LP VISIT   / 45 DAYS / CS
       COMP:  LAW:   ALL VISITS




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000114

```
  THAYG          *        INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 002         *     CHRONOLOGICAL DISCIPLINARY RECORD    *     14:40:36


REGISTER NO.: [b)(6), (b)(7)(C)]     NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2519278 - SANCTIONED INCIDENT DATE/TIME: 11-04-2013 0914
UDC HEARING DATE/TIME: 11-26-2013 1230
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL, USING PROGRESSIVE SANCTIONS.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:   LAW:   TO RUN CONSECUTIVE TO I/R2519287.
                       TO PROMOTE FUTURE POSITIVE BEHAVIOR.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2519287 - SANCTIONED INCIDENT DATE/TIME: 10-22-2013 1216
UDC HEARING DATE/TIME: 11-26-2013 1225
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL, USING PROGRESSIVE SANCTIONS.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 10 DAYS / CS
        COMP:   LAW:   TO RUN CONSECUTIVE TO I/R2519288.  TO DETER FUTURE
                       VIOLATIONS OF SAME NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2519288 - SANCTIONED INCIDENT DATE/TIME: 10-11-2013 1039
UDC HEARING DATE/TIME: 11-26-2013 1220
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 5 DAYS / CS
        COMP:   LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2282997 - SANCTIONED INCIDENT DATE/TIME: 03-22-2012 0915
DHO HEARING DATE/TIME: 04-25-2012 0930
FACL/CHAIRPERSON.....: THP [b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M FOUND GUILTY OF DISPOSING OF HOMEMADE INTOXICANTS,
                       AND REFUSING TO OBEY AN ORDER FROM STAFF.
   115  DESTROY/DISPOSE ITEM-SEARCH - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 60 DAYS / CS
        COMP:   LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS         / 7 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 60 DAYS / CS
        COMP:   LAW:   ALL VISITS




G0002        MORE PAGES TO FOLLOW . . .
```

SCU000115

```
   THAYG          *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 003           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:40:36


REGISTER NO.: [b)(6), (b)(7)(C)]   NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2231650 - SANCTIONED INCIDENT DATE/TIME: 11-09-2011 1045
UDC HEARING DATE/TIME: 11-14-2011 1340
FACL/UDC/CHAIRPERSON.: THP/SCU/[b)(6), (b)(7)(C)]
REPORT REMARKS.......: UDC FINDS INMATE COMMITTED PROHIBITED ACT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 30 DAYS / CS
        COMP:   LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM   / 30 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2197258 - SANCTIONED INCIDENT DATE/TIME: 08-10-2011 0900
UDC HEARING DATE/TIME: 08-15-2011 1255
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE STATED HE USED THE WORD RACIST, NOT LAZY.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER  / 15 DAYS / CS
        COMP:   LAW:   LOSS OF TV
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2008154 - SANCTIONED INCIDENT DATE/TIME: 04-27-2010 1000
DHO HEARING DATE/TIME: 06-14-2010 1530
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED HEARING.  HE REFUSED TO CUFF UP IN SCU
                       AND THEN THREATENED TO STAB STAFF IF THEY ENTERED CELL.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DS        / 15 DAYS / CS
        COMP:   LAW:
        LP OTHER  / 90 DAYS / CS
        COMP:   LAW:   LOSS OF EMAIL FOR 90 DAYS.
        LP VISIT  / 90 DAYS / CS
        COMP:   LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        LP PHONE  / 90 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2008158 - SANCTIONED INCIDENT DATE/TIME: 04-27-2010 1120
DHO HEARING DATE/TIME: 05-13-2010 1130
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE DENIES POSSESSION OF INTOXICANTS STATES, I DON'T
                       HAVE AN ALCOHOL SENSOR, I DIDN'T SMELL LIKE IT TO ME.
   222  POSSESSING INTOXICANTS - FREQ: 1
        DS        / 7 DAYS / CS
        COMP:   LAW:   7 DAYS DISCIPLINARY SEGREGATION



G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG           *       INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 004          *    CHRONOLOGICAL DISCIPLINARY RECORD *      14:40:36


REGISTER NO.: [redacted]   NAME..: [redacted]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-13-2010 1130 REPORT 2008158 CONTINUED
        LP COMM   / 60 DAYS / CS
        COMP:    LAW:   60 DAYS LP COMM
        LP PHONE  / 60 DAYS / CS
        COMP:    LAW:   60 DAYS LP PHONE
        LP VISIT  / 60 DAYS / CS
        COMP:    LAW:   60 DAYS LP VISIT, ALL
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1924947 - SANCTIONED INCIDENT DATE/TIME: 09-30-2009 1000
UDC HEARING DATE/TIME: 10-06-2009 1345
FACL/UDC/CHAIRPERSON.: THP/SCU [redacted]
REPORT REMARKS.......: INMATE COVERED CELL DOOR WINDOW AND WAS INSOLENT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 15 DAYS / CS
        COMP:    LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE  / 15 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1811768 - SANCTIONED INCIDENT DATE/TIME: 12-16-2008 1540
DHO HEARING DATE/TIME: 12-31-2008 0915
FACL/CHAIRPERSON.....: THP/ [redacted]
REPORT REMARKS.......: INMATE REFUSED TO ATTEND DHO HEARING
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SM2
        DS        / 30 DAYS / CS
        COMP:    LAW:
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM   / 30 DAYS / CS
        COMP:    LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE  / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1810947 - SANCTIONED INCIDENT DATE/TIME: 12-14-2008 0910
DHO HEARING DATE/TIME: 12-31-2008 0910
FACL/CHAIRPERSON.....: THP [redacted]
REPORT REMARKS.......: INMATE REFUSED TO ATTEND DHO HEARING
   222  POSSESSING INTOXICANTS - FREQ: 1
        DS        / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP COMM   / 90 DAYS / CS
        COMP:    LAW:
        LP PHONE  / 90 DAYS / CS
        COMP:    LAW:



  G0002       MORE PAGES TO FOLLOW . . .
```

SCU000117

```
  THAYG            *     INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 005           *  CHRONOLOGICAL DISCIPLINARY RECORD  *     14:40:36


REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1356568 - SANCTIONED INCIDENT DATE/TIME: 06-29-2005 0937
DHO HEARING DATE/TIME: 07-08-2005 0930
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
     312  BEING INSOLENT TO STAFF MEMBER - FREQ: 3
          DIS GCT   / 13 DAYS / CS
          COMP:020 LAW:V  DIS GCT
          DS        / 15 DAYS / CS
          COMP:    LAW:   DIS SEG
          LP COMM   / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF COMMISSARY, EXCEPT STAMPS
          LP OTHER  / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF TELEVISION PRIVILEGES
          LP PHONE  / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVILEGES
          LP VISIT  / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF SOCIAL VISITS
     329  DESTROY PROP $100 OR LESS - FREQ: 1
          DIS GCT   / 13 DAYS / CS
          COMP:020 LAW:V  DIS GCT
          DS        / 15 DAYS / CS
          COMP:    LAW:   DIS SEG
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1289571 - SANCTIONED INCIDENT DATE/TIME: 12-07-2004 0615
DHO HEARING DATE/TIME: 12-30-2004 0920
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
     203  THREATENING BODILY HARM - FREQ: 4 ATI: SN1
          DIS GCT   / 27 DAYS / CS
          COMP:020 LAW:V  DIS GCT
          DS        / 60 DAYS / CS
          COMP:    LAW:   DIS SEG
          LP COMM   / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF COMMISSARY, EXCEPT STAMPS
          LP PHONE  / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
          LP VISIT  / 6 MONTHS / CS
          COMP:    LAW:   LOSS OF SOCIAL VISITS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1284948 - SANCTIONED INCIDENT DATE/TIME: 11-22-2004 2350
DHO HEARING DATE/TIME: 12-01-2004 1440
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000118

```
   THAYG              *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 006            *    CHRONOLOGICAL DISCIPLINARY RECORD    *      14:40:36


REGISTER NO.: [redacted]   NAME..: [redacted]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 12-01-2004 1440 REPORT 1284948 CONTINUED
   203  THREATENING BODILY HARM - FREQ: 3 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP COMM    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF COMMISSARY, EXCEPT STAMPS
         LP PHONE   / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
         LP VISIT   / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF SOCIAL VISITS
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 3
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 15 DAYS / CS
         COMP:    LAW:    DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1269350 - SANCTIONED INCIDENT DATE/TIME: 10-06-2004 1930
DHO HEARING DATE/TIME: 12-01-2004 1435
FACL/CHAIRPERSON.....: THA[redacted]
REPORT REMARKS.......: N/A
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 15 DAYS / CS
         COMP:    LAW:    DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1262715 - SANCTIONED INCIDENT DATE/TIME: 09-17-2004 1025
DHO HEARING DATE/TIME: 09-30-2004 1005
FACL/CHAIRPERSON.....: THA[redacted]
REPORT REMARKS.......: SUBJ. SPIT ON A STAFF MEMBER THEN THREATENED TO KILL
                       HIM.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP COMM    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE
                         CREDITS
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:V   DIS GCT



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000119

```
  THAYG            *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 007           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:40:36

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 09-30-2004 1005 REPORT 1262715 CONTINUED
          DS          / 30 DAYS / CS
          COMP:      LAW:    DIS SEG
          LP VISIT   / 6 MONTHS / CS
          COMP:      LAW:   LOSS OF SOCIAL VISITS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1262182 - SANCTIONED INCIDENT DATE/TIME: 09-15-2004 1900
DHO HEARING DATE/TIME: 09-27-2004 1000
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
    203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:020 LAW:V   DIS GCT
          DS         / 30 DAYS / CS
          COMP:      LAW:    DIS SEG
    305   POSSESSING UNAUTHORIZED ITEM - FREQ: 2
          DIS GCT    / 13 DAYS / CS
          COMP:020 LAW:V   DIS GCT
          LP COMM    / 90 DAYS / CS
          COMP:      LAW:   LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE
                            CREDITS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243127 - SANCTIONED INCIDENT DATE/TIME: 07-22-2004 0845
DHO HEARING DATE/TIME: 08-17-2004 1550
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
    312   BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          DIS GCT    / 13 DAYS / CS
          COMP:020 LAW:V   DIS GCT
          DS         / 15 DAYS / CS
          COMP:      LAW:    DIS SEG
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1243124 - SANCTIONED INCIDENT DATE/TIME: 07-22-2004 0820
DHO HEARING DATE/TIME: 08-17-2004 1545
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: HAD POSSESSION OF TOBACCO IN UNAUTHORIZED AREA
    305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
          DIS GCT    / 13 DAYS / CS
          COMP:020 LAW:V   DIS GCT
          DS         / 15 DAYS / CS
          COMP:      LAW:    DIS SEG
          LP COMM    / 30 DAYS / CS
          COMP:      LAW:   LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE
                            CREDITS



G0002      MORE PAGES TO FOLLOW . . .
```

```
  THAYG          *       INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 008          *    CHRONOLOGICAL DISCIPLINARY RECORD    *     14:40:36

REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1236915 - SANCTIONED INCIDENT DATE/TIME: 07-01-2004 2130
DHO HEARING DATE/TIME: 08-17-2004 1540
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SET TOILET PAPER ON FIRE IN HIS CELL
    103  SETTING A FIRE - FREQ: 1
         DIS GCT    / 40 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:   DIS SEG
         LP VISIT   / 120 DAYS / CS
         COMP:    LAW:   LOSS OF SOCIAL VISITS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1232758 - SANCTIONED INCIDENT DATE/TIME: 06-18-2004 1420
DHO HEARING DATE/TIME: 07-02-2004 1050
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SUBJ. PUNCHED HIS WINDOW, BREAKING THE GLASS
    329  DESTROY PROP $100 OR LESS - FREQ: 4
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:   DIS SEG
         LP VISIT   / 120 DAYS / CS
         COMP:    LAW:   LOSS OF SOCIAL VISITS
         MON REST   / 6.00 DOLLARS / CS
         COMP:    LAW:   RESTITUTIONS FOR BROKEN GLASS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1225659 - SANCTIONED INCIDENT DATE/TIME: 05-26-2004 1555
DHO HEARING DATE/TIME: 06-04-2004 0805
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SUBJ. BROKE OUT HIS CELL WINDOW
    329  DESTROY PROP $100 OR LESS - FREQ: 3
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 30 DAYS / CS
         COMP:    LAW:   DIS SEG
         LP COMM    / 120 DAYS / CS
         COMP:    LAW:   LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE
                            CREDITS
         MON REST   / 6.00 DOLLARS / CS
         COMP:    LAW:   REPLACEMENT COST FOR BROKEN WINDOW




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000121

```
  THAYG              *        INMATE DISCIPLINE DATA              *     07-15-2021
PAGE 009             *     CHRONOLOGICAL DISCIPLINARY RECORD      *     14:40:36

REGISTER NO.: [(b)(6); (b)(7)(C)]     NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT           FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1176968 - SANCTIONED INCIDENT DATE/TIME: 12-30-2003 1730
DHO HEARING DATE/TIME: 01-15-2004 0950
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: SUBJ. BROKE A CELL WINDOW
HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 12-18-2003 1045
   329  DESTROY PROP $100 OR LESS - FREQ: 2
        DIS GCT   / 13 DAYS / CS
        COMP:020 LAW:V   DIS GCT
        MON REST  / 4.00 DOLLARS / CS
        COMP:    LAW:    RESTITUTION FOR BROKEN WINDOW
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1166248 - SANCTIONED INCIDENT DATE/TIME: 11-21-2003 1843
DHO HEARING DATE/TIME: 12-18-2003 1045
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: BROKE WINDOW IN CELL THEN CUT HIMSELF
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        DIS GCT   / 13 DAYS / CS
        COMP:020 LAW:V   DIS GCT
        DS        / 15 DAYS / CS / SUSPENDED 90 DAYS
                    EXECUTED BASED ON HEARING OF 01-15-2004 0950
        COMP:    LAW:    PENDING CLEAR CONDUCT
        MON REST  / 6.00 DOLLARS / CS
        COMP:    LAW:    RESTITUTION FOR WINDOW
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP VISIT  / 30 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL VISITS
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1166246 - SANCTIONED INCIDENT DATE/TIME: 11-21-2003 1743
UDC HEARING DATE/TIME: 11-26-2003 1250
FACL/UDC/CHAIRPERSON.: THA/1/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ATTEMPTED TO HANG HIMSELF.
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP COMM   / 14 DAYS / CS
        COMP:    LAW:    FROM 12/1/03 THROUGH 12/14/03.
        LP PHONE  / 14 DAYS / CS
        COMP:    LAW:    FROM 12/1/03 THROUGH 12/14/03.
        LP VISIT  / 14 DAYS / CS
        COMP:    LAW:    FROM 12/1/03 THROUGH 12/14/03.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1164114 - SANCTIONED INCIDENT DATE/TIME: 11-19-2003 0140
UDC HEARING DATE/TIME: 11-24-2003 1315
FACL/UDC/CHAIRPERSON.: THA/1/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ATTEMPTED TO HANG HIMSELF.



G0002        MORE PAGES TO FOLLOW . . .
```

SCU000122

```
  THAYG            *       INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 010           *    CHRONOLOGICAL DISCIPLINARY RECORD  *      14:40:36

REGISTER NO.: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


UDC HEARING DATE/TIME: 11-24-2003 1315 REPORT 1164114 CONTINUED
   405A TATTOOING OR SELF-MUTILATING - FREQ: 1
        LP COMM    / 7 DAYS / CC
        COMP:   LAW:   FROM 11/24/03 THROUGH 11/30/03
        LP PHONE   / 7 DAYS / CC
        COMP:   LAW:   FROM 11/24/03 THROUGH 11/30/03
        LP VISIT   / 7 DAYS / CC
        COMP:   LAW:   FROM 11/24/03 THROUGH 11/30/03
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 940488 - SANCTIONED  INCIDENT DATE/TIME: 11-23-2001 1215
UDC HEARING DATE/TIME: 11-27-2001 1410
FACL/UDC/CHAIRPERSON.: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: BASED ON DOCUMENTATION BY THE OFFICER AND OTHER SUPPORTI
                       NG DOCUMENTATION BY ADDITIONAL STAFF.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP OTHER   / 30 DAYS / CS
        COMP:   LAW:   30 DAYS COMMISSARY RESTRICTION SUSPENDED PENDING
                       90 DAYS CLEAR CONDUCT.
   399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
        LP OTHER   / 365 DAYS / CS
        COMP:   LAW:   REOMOVE FROM PHRASE I BACK TO PHASE II.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 713537 - SANCTIONED  INCIDENT DATE/TIME: 09-13-1999 0835
UDC HEARING DATE/TIME: 09-15-1999 0930
FACL/UDC/CHAIRPERSON.: THA/SCU/[b)(6); (b)(7)(C)]
REPORT REMARKS.......: TWO WEEKS COMM. RESTRICTION BEGINNING 03-15-1999 AND
                       7 DAYS T.V. RESTRICTION SUSPENDED FOR 90 DAYS CLEAR CON
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP OTHER   / 1 WEEKS / CC / SUSPENDED 90 DAYS
        COMP:   LAW:   TV RESTRICTION SUSPENDED FOR 90 DAYS CLEAR CONDUCT
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM    / 2 WEEKS / CC
        COMP:   LAW:   LOSE OF COMMISSARY FOR TWO WEEKS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 476260 - SANCTIONED  INCIDENT DATE/TIME: 03-03-1997 2155
DHO HEARING DATE/TIME: 03-05-1997 1030
FACL/CHAIRPERSON.....: [b)(6); (b)(7)(C)]
REPORT REMARKS.......: NO STAFF REP OR WITNESSES
   102A ESCAPE - FREQ: 1 ATI: ??? RFP: ?
        DS         / 30 DAYS / CS
        COMP:   LAW:
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DS         / 7 DAYS / CS
        COMP:   LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 011 OF 011 *      CHRONOLOGICAL DISCIPLINARY RECORD    *    14:40:36


REGISTER NO: (b)(6), (b)(7)(C)    NAME..: (b)(6), (b)(7)(C)
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 03-05-1997 1030 REPORT 476260 CONTINUED
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
          DS        / 7 DAYS / CS
          COMP:    LAW:
```

```
 G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  THAYG           *      INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 001 OF 001 *   CHRONOLOGICAL DISCIPLINARY RECORD     *    14:51:01


REGISTER NO.: [b)(6), (b)(7)(C)]   NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2813427 - SANCTIONED INCIDENT DATE/TIME: 02-06-2016 1410
UDC HEARING DATE/TIME: 02-09-2016 1212
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
APPEAL CASE NUMBER(S): 851946
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACT, BEST MANAGED AT
                       UDC LEVEL UTILIZING PROGRESSIVE SANCTIONS.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 30 DAYS / CS
        COMP:    LAW:   LP TV TO PROMOTE FUTURE POSITIVE BEHAVIOR.
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:   TO DETER FUTURE VIOLATIONS.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2812263 - SANCTIONED INCIDENT DATE/TIME: 02-03-2016 1040
UDC HEARING DATE/TIME: 02-05-2016 0920
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
APPEAL CASE NUMBER(S): 851944
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACTS AS CHARGED.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:   TO DETER FUTURE VIOLATIONS OF THIS NATURE.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 15 DAYS / CS
        COMP:    LAW:   LP TV TO PROMOT FUTURE POSITIVE BEHAVIOR.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2097336 - SANCTIONED INCIDENT DATE/TIME: 12-03-2010 1710
UDC HEARING DATE/TIME: 12-10-2010 0940
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6), (b)(7)(C)]
APPEAL CASE NUMBER(S): 620924
REPORT REMARKS.......: WRITTEN REPORT AND SUPPORTING MEMORANDUMS SUPPORTED THE
                       CHARGE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 7 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1643912 - SANCTIONED INCIDENT DATE/TIME: 08-17-2007 1231
DHO HEARING DATE/TIME: 10-09-2007 1034
FACL/CHAIRPERSON.....: THP [b)(6), (b)(7)(C)]
APPEAL CASE NUMBER(S): 471631
REPORT REMARKS.......: INMATE ADMITTED GUILT. INMATE WAIVED STAFF REP.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 1 YEARS / CS
        COMP:    LAW:


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000125

```
 THAYG             *        INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD  *      14:47:55

REGISTER NO: [REDACTED]    NAME..: [REDACTED]
FUNCTION...: PRT           FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021
```

```
G5401       DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

SCU000126

```
  THAYG              *      INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD        *     14:38:54

REGISTER NO: [(b)(6);(b)(7)(C)]    NAME..: [(b)(6);(b)(7)(C)]
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021




G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

SCU000127

```
  THAYG              *    INMATE DISCIPLINE DATA           *    07-15-2021
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:49:35


REGISTER NO.:  [b)(6); (b)(7)(C)]     NAME..:  [b)(6); (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3363387 - SANCTIONED INCIDENT DATE/TIME: 02-10-2020 0906
DHO HEARING DATE/TIME: 02-14-2020 1030              DHO REPT DEL: 03-03-2020 1230
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 1009578
REPORT REMARKS.......: STAFF FOUND HM KNIFE INSIDE I/M'S PROPERTY
                       I/M MADE NO COMMENT
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         IMPOUND     / 90 DAYS / CS
                     FROM: 02-14-2020  THRU: 05-13-2020
         COMP:       LAW:    PERSONAL PROPERTY **NO LEGAL WORK**
         LP OTHER    / 90 DAYS / CS
                     FROM: 04-22-2020  THRU: 07-20-2020
         COMP:       LAW:    LOSS OF TV
         LP PHONE    / 180 DAYS / CS
                     FROM: 02-14-2020  THRU: 08-11-2020
         COMP:       LAW:
         MON FINE    / 500.00 DOLLARS / CS
         COMP:       LAW:    BAL $1,500.14
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3354339 - SANCTIONED INCIDENT DATE/TIME: 01-18-2020 2015
DHO HEARING DATE/TIME: 01-23-2020 1250              DHO REPT DEL: 03-03-2020 1232
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 1009577
REPORT REMARKS.......: WHILE RESTRAINED I/M PHYSICALLY PULLED AWAY FROM STAFF
                       ANDS LUNGED WAY. I/M ADMITS
    298  INTERFERING W/STAFF-HIGH - FREQ: 1
         LP EMAIL    / 180 DAYS / CS
                     FROM: 01-23-2020  THRU: 07-20-2020
         COMP:       LAW:    ML 224A
         LP OTHER    / 90 DAYS / CS
                     FROM: 01-23-2020  THRU: 04-21-2020
         COMP:       LAW:    TV
         MON FINE    / 200.00 DOLLARS / CS
         COMP:       LAW:    BAL $1,403.53
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3277030 - SANCTIONED INCIDENT DATE/TIME: 07-09-2019 1750
UDC HEARING DATE/TIME: 07-11-2019 1400
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M FOUND GUILTY OF CONDUCT CODE VIOLATION AS CHARGED.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER    / 45 DAYS / CS
                     FROM: 07-11-2019  THRU: 08-24-2019
         COMP:       LAW:    LP TV TO PROMOTE FUTURE POSITIVE BEHAVIOR.


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000128

```
  THAYG              *       INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD      *      14:53:01


REGISTER NO: [b)(6); (b)(7)(C)]    NAME...: [b)(6); (b)(7)(C)]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2407114 - SANCTIONED INCIDENT DATE/TIME: 02-07-2013 0930
DHO HEARING DATE/TIME: 03-08-2013 1330
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: POSSESSION OF HOMEMADE INTOXICANTS AND DESTROYED GOV
                       PROPERTY
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
        DS         / 30 DAYS / CS
        COMP:   LAW:
        LP COMM    / 90 DAYS / CS
        COMP:   LAW:
        LP EMAIL   / 90 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 90 DAYS / CS
        COMP:   LAW:
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        DS         / 15 DAYS / CC
        COMP:   LAW:
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:
        LP EMAIL   / 30 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2384459 - SANCTIONED INCIDENT DATE/TIME: 12-09-2012 1835
UDC HEARING DATE/TIME: 12-11-2012 1350
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE REFUSED TO BE HEARD OR SEEN BY THE UDC.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP OTHER   / 14 DAYS / CS
        COMP:   LAW:   LOSS OF TV FOR 14 DAYS




  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000129

```
  THAYG            *        INMATE DISCIPLINE DATA            *      07-15-2021
PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD     *      14:54:35

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___  MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3523708 - SANCTIONED INCIDENT DATE/TIME: 07-12-2021 1730
DHO HEARING DATE/TIME: 07-15-2021 1055
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: STAFF FOUND HM CUFF KEY AND TOBACCO INSIDE CELL
                       I/M MADE NO COMMENT
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ENN
        DS          / 1 DAYS / CS
                    FROM: 07-15-2021  THRU: 07-15-2021
        COMP:   LAW:   ADMIN ENTRY
        LP COMM     / 180 DAYS / CS
                    FROM: 07-15-2021  THRU: 01-10-2022
        COMP:   LAW:
        LP OTHER    / 60 DAYS / CS
                    FROM: 07-15-2021  THRU: 09-12-2021
        COMP:   LAW:   LOSS OF TV
        LP PHONE    / 180 DAYS / CS
                    FROM: 07-15-2021  THRU: 01-10-2022
        COMP:   LAW:
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        LP EMAIL    / 90 DAYS / CS
                    FROM: 07-15-2021  THRU: 10-12-2021
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3332805 - SANCTIONED INCIDENT DATE/TIME: 11-25-2019 1230
DHO HEARING DATE/TIME: 01-16-2020 1044          DHO REPT DEL: 03-30-2020 1725
FACL/CHAIRPERSON.....: THP[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 1014338
REPORT REMARKS.......: I/M HAD A HM KNIFE INSIDE HIS LOCKER
                       I/M ADMITS
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS          / 15 DAYS / CS
                    FROM: 01-16-2020  THRU: 01-30-2020
        COMP:   LAW:
        LP COMM     / 180 DAYS / CS
                    FROM: 01-16-2020  THRU: 07-13-2020
        COMP:   LAW:
        LP OTHER    / 30 DAYS / CS
                    FROM: 01-16-2020  THRU: 02-14-2020
        COMP:   LAW:   TV
        LP PHONE    / 180 DAYS / CS
                    FROM: 01-16-2020  THRU: 07-13-2020
        COMP:   LAW:
        MON FINE    / 140.00 DOLLARS / CS
        COMP:   LAW:   BAL $191.14


G0002        MORE PAGES TO FOLLOW . . .
```

```
   THAYG            *       INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 002           *   CHRONOLOGICAL DISCIPLINARY RECORD    *      14:54:35

REGISTER NO: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2894172 - SANCTIONED INCIDENT DATE/TIME: 09-09-2016 1520
UDC HEARING DATE/TIME: 09-13-2016 1255
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADVISED OF HIS RIGHTS. ADMITTED "STINGER" WAS HIS
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM   / 45 DAYS / CS
         COMP:    LAW:    TO PROMOTE BETTER INSTUTIONAL BEHAVIOR.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER  / 6 MONTHS / CS
         COMP:    LAW:    LOSS JOB POSSIBILITY 6 MONTHS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2796957 - SANCTIONED INCIDENT DATE/TIME: 12-22-2015 0730
DHO HEARING DATE/TIME: 05-04-2016 0905         DHO REPT DEL: 07-22-2016 0800
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE MADE NO STATEMENT
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         LP COMM   / 90 DAYS / CS
         COMP:    LAW:
         LP MPLAYER / 90 DAYS / CS
         COMP:    LAW:
         MON FINE  / 40.00 DOLLARS / CS
         COMP:    LAW:    SEVERITY OF THE CHARGE
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI; DAC
         LP PHONE  / 90 DAYS / CS
         COMP:    LAW:
         LP VISIT  / 90 DAYS / CS
         COMP:    LAW:
         MON FINE  / 40.00 DOLLARS / CS
         COMP:    LAW:    SEVERITY OF THE CHARGE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2817714 - SANCTIONED INCIDENT DATE/TIME: 02-18-2016 2050
UDC HEARING DATE/TIME: 02-24-2016 0820
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LVL. I/M FOUND GUILTY AS CHARGED.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER  / 30 DAYS / CS
         COMP:    LAW:    LOSS OF TV TO PROMOTE FUTURE POSITIVE BEHAVIOR.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2655724 - SANCTIONED INCIDENT DATE/TIME: 11-28-2014 1235
DHO HEARING DATE/TIME: 12-02-2014 1300
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ACCEPTED RESPONSIBILITY




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *         INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 003 OF 003 *         CHRONOLOGICAL DISCIPLINARY RECORD   *      14:54:35

REGISTER NO.: [b)(6), (b)(7)(C)]   NAME...: [b)(6), (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 12-02-2014 1300 REPORT 2655724 CONTINUED
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
         DS          / 1 DAYS / CS
         COMP:    LAW:    FOR SENTRY ONLY
         LP COMM   / 90 DAYS / CS
         COMP:    LAW:
         LP EMAIL  / 90 DAYS / CS
         COMP:    LAW:
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP PHONE  / 30 DAYS / CS
         COMP:    LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1751753 - SANCTIONED INCIDENT DATE/TIME: 07-07-2008 1115
UDC HEARING DATE/TIME: 07-08-2008 1230
FACL/UDC/CHAIRPERSON.: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: ADMITTED TO CHARGES
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE  / 60 DAYS / CS / SUSPENDED 60 DAYS
         COMP:    LAW:    PHONE SUSPENDED 90-DAYS PENDING CLEAR CONDUCT
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1722759 - SANCTIONED INCIDENT DATE/TIME: 04-16-2008 1100
UDC HEARING DATE/TIME: 04-17-2008 1310
FACL/UDC/CHAIRPERSON.: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE DECLINED TO GIVE ANY STATEMENTS.
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         LP COMM   / 30 DAYS / CS
         COMP:    LAW:    STARTING ON 04-18-2008
         LP PHONE  / 30 DAYS / CS
         COMP:    LAW:    STARTING ON 04-18-2008
         LP VISIT  / 30 DAYS / CS
         COMP:    LAW:    STARTING ON 04-18-2008
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1721472 - SANCTIONED INCIDENT DATE/TIME: 04-13-2008 1000
UDC HEARING DATE/TIME: 04-15-2008 1442
FACL/UDC/CHAIRPERSON.: [b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE SANCHEZ ADMITTED TO NOT STANDING UP FOR COUNT.
   320  FAILING TO STAND COUNT - FREQ: 1
         LP COMM   / 15 DAYS / CS
         COMP:    LAW:    15 DAYS LOSS OF COMMISSARY FROM 04-16-2008 TO
                         04-30-2008.




  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000132

```
 THAYG              *       INMATE DISCIPLINE DATA      *    07-15-2021
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD    *    14:43:17

REGISTER NO: [b)(6),(b)(7)(C)]    NAME..: [b)(6),(b)(7)(C)]
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021




G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

SCU000133

```
  THAYG           *      INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD   *    14:41:27
```

REGISTER NO: [redacted]    NAME..: [redacted]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2812619 - SANCTIONED INCIDENT DATE/TIME: 02-04-2016 1626
DHO HEARING DATE/TIME: 05-04-2016 0845           DHO REPT DEL: 07-22-2016 1600
FACL/CHAIRPERSON.....: THP[redacted]
REPORT REMARKS.......: INMATE MADE NO STATEMENT
    101   ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IC3 RFP: D
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P
          FF NVGCT   / 90 DAYS / CS
          COMP:010 LAW:P
          LP PHONE   / 120 DAYS / CS
          COMP:    LAW:
          LP VISIT   / 120 DAYS / CS
          COMP:    LAW:
          MON FINE   / 70.00 DOLLARS / CS
          COMP:    LAW:    SEVERITY OF CHARGE
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 5
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P
          FF NVGCT   / 30 DAYS / CS
          COMP:010 LAW:P
          LP COMM    / 90 DAYS / CS
          COMP:    LAW:
          LP MPLAYER / 90 DAYS / CS
          COMP:    LAW:
          MON FINE   / 70.00 DOLLARS / CS
          COMP:    LAW:    SEVERITY OF CHARGE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2289865 - SANCTIONED INCIDENT DATE/TIME: 04-09-2012 1535
UDC HEARING DATE/TIME: 04-13-2012 1100
FACL/UDC/CHAIRPERSON.: THP/SCU[redacted]
REPORT REMARKS.......: INMATE STATED NO COMMENT
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          LP OTHER   / 30 DAYS / CS
          COMP:    LAW:    LOSS OF TV 30 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1806053 - SANCTIONED INCIDENT DATE/TIME: 12-01-2008 0950
UDC HEARING DATE/TIME: 12-03-2008 1400
FACL/UDC/CHAIRPERSON.: [redacted]
REPORT REMARKS.......: INMATE HAD NOT COMMENT/WAS IN POSSESSION OF PRISONMADE
                       DEVICE TO ALTER TV FROM BLACK AND WHITE TO COLOR
    305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
          LP COMM    / 45 DAYS / CS
          COMP:    LAW:    LOSS OF COMMISSARY FROM 12-04-2008 TO 01-18-2009


G0002       MORE PAGES TO FOLLOW . . .

SCU000134

```
   THAYG            *        INMATE DISCIPLINE DATA           *     07-15-2021
PAGE 002            *    CHRONOLOGICAL DISCIPLINARY RECORD    *     14:41:27


REGISTER NO.: (b)(6); (b)(7)(C)    NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1709127 - SANCTIONED INCIDENT DATE/TIME: 03-11-2008 1155
DHO HEARING DATE/TIME: 04-16-2008 1445
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
APPEAL CASE NUMBER(S): 499019
REPORT REMARKS.......: SAYS IT WAS IN HIS PROPERTY FROM (b)(6); (b)(7)(C)  BUT IT WAS NOT
                       HIS
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 4
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOW 41 DAYS GCT
        DS         / 60 DAYS / CS
        COMP:    LAW:   60 DAYS DISC SEG
        FF NVGCT   / 27 DAYS / CS
        COMP:010 LAW:P   FORFEIT 27 DAYS NON VESTED GCT
        LP COMM    / 1 YEARS / CS
        COMP:    LAW:   LOOSE COMMISSARY 1 YEAR
        LP OTHER   / 1 YEARS / CS
        COMP:    LAW:   LOOSE TV AND RADIO AND PROPERTY 1 YEAR
        LP PHONE   / 1 YEARS / CS
        COMP:    LAW:   LOOSE PHONE 1 YEAR
        LP VISIT   / 1 YEARS / CS
        COMP:    LAW:   LOOSE VISITING 1 YEAR
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1576019 - SANCTIONED INCIDENT DATE/TIME: 03-11-2007 1125
DHO HEARING DATE/TIME: 03-19-2007 1100
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITTED TO ASSAULTING ANOTHER.
HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 03-05-2007 0835
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IN1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS OF GCT.
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:   90 DAYS LOSS OF COMMISSARY FROM 3-19-07 TO 6-19-07
                       .
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1568840 - SANCTIONED INCIDENT DATE/TIME: 02-19-2007 2100
DHO HEARING DATE/TIME: 03-05-2007 0835
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE IN POSSESSION OF WPN AND WAS FIGHTING. ADMITTED
                       AT HEARING.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISQLLOW 41 DAYS OF GCT.




G0002       MORE PAGES TO FOLLOW . . .
```

```
   THAYG          *        INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 003          *     CHRONOLOGICAL DISCIPLINARY RECORD    *     14:41:27

REGISTER NO: (b)(6); (b)(7)(C)     NAME..: (b)(6); (b)(7)(C)
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 03-05-2007 0835 REPORT 1568840 CONTINUED
          DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 03-19-2007 1100
          COMP:   LAW:   60 DAYS D/S SUSPENDED PENDING 6 MONTHS CLEAR
                         CONDUCT.
          LP OTHER  / 30 DAYS / CS
          COMP:   LAW:   30 DAYS RESTRICTED TO QUARTERS C/S WITH CODE 201
                         FROM 3-7-07 TO 5-7-07.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P  DISALLOW 27 DAYS OF GCT.
          DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
          COMP:   LAW:   30 DAYS D/S SUSPENDED PENDING 6 MONTHS CLEAR
                         CONDUCT.
          IMPOUND   / 60 DAYS / CS
          COMP:   LAW:   60 DAYS IMPOUND PERSONAL PROPERTY FROM 3-7-07 TO
                         5-7-07.
          RESTR QTRS / 30 DAYS / CS
          COMP:   LAW:   30 DAYS RESTRICTED TO QUARTERS C/S WITH CODE 201
                         FROM 3-7-07 TO 5-7-07.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1546360 - SANCTIONED INCIDENT DATE/TIME: 06-21-2006 1450
DHO HEARING DATE/TIME: 01-24-2007 1312
FACL/CHAIRPERSON.....: (b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE NEITHER ADMITTED OR DENIED CHARGE
   100A KILLING - FREQ: 1 ATI: IC4
          DIS GCT   / 41 DAYS / CS
          COMP:010 LAW:P
          DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
          COMP:   LAW:   DS SUSPENDED SINCE INMATE WILL REMAIN IN SHU
                         PENDING TRANSFER
          LP COMM   / 365 DAYS / CS
          COMP:   LAW:   LOSE COMMISSARY FOR 365 DAYS FROM 1/24/07 TO
                         1/24/08
          LP PHONE  / 365 DAYS / CS / SUSPENDED 180 DAYS
          COMP:   LAW:
          LP VISIT  / 365 DAYS / CS / SUSPENDED 180 DAYS
          COMP:   LAW:
          TRANSFER  / CS
          COMP:   LAW:   DISCIPLINARY TRANSFER




   G0002       MORE PAGES TO FOLLOW . . .
```

SCU000136

```
  THAYG              *      INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 004 OF 004 *       CHRONOLOGICAL DISCIPLINARY RECORD      *      14:41:27

REGISTER NO:  [(b)(6), (b)(7)(C)]    NAME..:  [(b)(6), (b)(7)(C)]
FUNCTION...:  PRT       FORMAT:  CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1495963 - SANCTIONED INCIDENT DATE/TIME: 07-31-2006 0900
DHO HEARING DATE/TIME: 08-17-2006 0919
FACL/CHAIRPERSON.....:  [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED CHARGE
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 365 DAYS / CS
         COMP:    LAW:    LOSE VISITING FOR 365 DAYS CONSECUTIVE WITH I.R.#
                         1442222 FROM 9/10/06 TO 9/10/07
         TRANSFER   / CS
         COMP:    LAW:    DISCIPLINARY TRANSFER
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1465451 - SANCTIONED INCIDENT DATE/TIME: 05-09-2006 1900
DHO HEARING DATE/TIME: 06-01-2006 1120
FACL/CHAIRPERSON.....:  [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED CHARGE
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:    RELEASE AT CAPTAIN'S DISCRETION
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1442222 - SANCTIONED INCIDENT DATE/TIME: 01-28-2006 1800
DHO HEARING DATE/TIME: 03-10-2006 1449
FACL/CHAIRPERSON.....:  [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED CHARGE
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP COMM    / 180 DAYS / CS
         COMP:    LAW:    LOSE COMMISSARY FOR 180 DAYS FROM 3/10/06 TO
                         9/10/06
         LP PHONE   / 180 DAYS / CS
         COMP:    LAW:    LOSE TELEPHONE FOR 180 DAYS FROM 3/10/06 TO
                         9/10/06
         LP VISIT   / 180 DAYS / CS
         COMP:    LAW:    LOSE VISITING FOR 180 DAYS FROM 3/10/06 TO 9/10/06




  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 THAYG              *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD   *      14:52:35

REGISTER NO: [(b)(6), (b)(7)(C)]  NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021
```

```
 G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

SCU000138

```
  THAYG           *     INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 001          *  CHRONOLOGICAL DISCIPLINARY RECORD   *      14:50:34
```

REGISTER NO: ▮(b)(6), (b)(7)(C)▮    NAME..: ▮(b)(6),(b)(7)(C)▮
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 07-15-2021

```
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3430936 - SANCTIONED INCIDENT DATE/TIME: 09-06-2020 1515
UDC HEARING DATE/TIME: 09-10-2020 1030
FACL/UDC/CHAIRPERSON.: THP/SCU/▮(b)(6), (b)(7)(C)▮
REPORT REMARKS.......: I/M WRITTEN STATEMNT CONSIDERED,FOUND GUILTY OF 312&305
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 30 DAYS / CS
               FROM: 09-10-2020  THRU: 10-09-2020
         COMP:     LAW:    TO DETER FURTHER VIOLATIONS OF THIS NATURE
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         CHG QTRS   / CS
         COMP:     LAW:    TO PROMOTE FUTURE POSITIVE BEHAVIOR
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2794446 - SANCTIONED INCIDENT DATE/TIME: 12-15-2015 1125
DHO HEARING DATE/TIME: 05-04-2016 0920          DHO REPT DEL: 07-22-2016 0800
FACL/CHAIRPERSON.....: THP▮(b)(6), (b)(7)(C)▮
REPORT REMARKS.......: INMATE DENIED CHARGE
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
         LP COMM    / 45 DAYS / CS
         COMP:     LAW:    299 ML 206
         LP PHONE   / 60 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2813424 - SANCTIONED INCIDENT DATE/TIME: 02-06-2016 1820
UDC HEARING DATE/TIME: 02-09-2016 1150
FACL/UDC/CHAIRPERSON.: THP/SCU▮(b)(6), (b)(7)(C)▮
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACT.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP OTHER   / 15 DAYS / CS
         COMP:     LAW:    LP TRULINCS EMAIL TO DETER FUTURE VIOLATIONS.
                          02/09-23/2016.
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2682809 - SANCTIONED INCIDENT DATE/TIME: 02-13-2015 1335
DHO HEARING DATE/TIME: 04-15-2015 1125          DHO REPT DEL: 04-24-2015 1443
FACL/CHAIRPERSON.....: THP▮(b)(6), (b)(7)(C)▮
REPORT REMARKS.......: INMATE ADMITTED THE THE CHARGE
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS         / 1 DAYS / CS
         COMP:     LAW:    FOR SENTRY PURPOSE ONLY
         LP COMM    / 45 DAYS / CS
         COMP:     LAW:
         LP EMAIL   / 45 DAYS / CS
         COMP:     LAW:
         LP VISIT   / 45 DAYS / CS
         COMP:     LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

SCU000139

```
  THAYG            *       INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 002           *     CHRONOLOGICAL DISCIPLINARY RECORD *    14:50:34


REGISTER NO.: [(b)(6); (b)(7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2581171 - SANCTIONED INCIDENT DATE/TIME: 05-09-2014 0734
UDC HEARING DATE/TIME: 06-06-2014 1450
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 780587
REPORT REMARKS.......: ON REMAND, UDC FINDS GUILTY OF CHARGE AS BEING MOST LIKE
                       DUE TO VIOLATION BEING WRITTEN RATHER THAN SPOKEN.
    399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
         LP PHONE   / 15 DAYS / CS
         COMP:   LAW:   PREVIOUSLY IMPOSED SANCTION FROM 5/16/2014 STAND.
                        SANCTION TIME SERVED.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2589582 - SANCTIONED INCIDENT DATE/TIME: 06-02-2014 0733
UDC HEARING DATE/TIME: 06-03-2014 1335
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL.  I/M FOUND GUILTY OF 307 CHRG
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:   UTILIZING PROGRESSIVE SANCTIONS TO DETER CONTINUED
                        VIOLATIONS OF THIS NATURE.
--------------------------------------------------------------------------
REPORT NUMBER........: 2581171 (REHEARD 06-06-2014 1450)
UDC HEARING DATE/TIME: 05-16-2014 0920
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2554251 - SANCTIONED INCIDENT DATE/TIME: 02-28-2014 1640
DHO HEARING DATE/TIME: 04-24-2014 0831
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DENIED BREAKING THE SPRINKLER HEAD AND THREATENING STAFF
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         LP EMAIL   / 45 DAYS / CS
         COMP:   LAW:
    218  DESTROYING PROP OVER $100 - FREQ: 1
         LP COMM    / 45 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 45 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         MON REST   / 100.00 DOLLARS / CS
         COMP:   LAW:   COST OF COMPUTER EQUIP
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2546618 - SANCTIONED INCIDENT DATE/TIME: 02-07-2014 1730
DHO HEARING DATE/TIME: 04-24-2014 0830
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DENIED ALTERING GOV ISSUED CLOTHING & ABUSING THE DURESS
                       ALARM



G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *      INMATE DISCIPLINE DATA        *    07-15-2021
PAGE 003             *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:50:34

REGISTER NO: [(b)(6); (b)(7)(C)]    NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 04-24-2014 0830 REPORT 2546618 CONTINUED
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        LP MPLAYER / 30 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:   ALL VISITS
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP MPLAYER / 30 DAYS / CS
        COMP:   LAW:
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2509420 - SANCTIONED INCIDENT DATE/TIME: 10-28-2013 1519
UDC HEARING DATE/TIME: 11-01-2013 1350
FACL/UDC/CHAIRPERSON.: THP/SCU [(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 756745
REPORT REMARKS.......: UDC CONSIDERED I/M, WITNESS, STAFF STATEMENTS, REVIEWED
                       VIDEO.  I/M DENIED.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        CHG QTRS   / CS
        COMP:   LAW:    I/M FOUND GUILTY OF PROHIBITED ACT AND IS RETURNED
                       TO PHASE I QTRS TO DETER FUTURE VIOLATIONS OF SAME
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2104347 - SANCTIONED INCIDENT DATE/TIME: 12-22-2010 1945
DHO HEARING DATE/TIME: 01-20-2011 0945
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO COVERING CAMERA IN CELL, STATES I AM
                       NOT ON A STATUS WHICH REQUIRES CONSTANT MONITORING.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 2
        LP OTHER   / 15 DAYS / CS
        COMP:   LAW:   15 DAYS LP OTHER (E-MAIL)
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   15 DAYS LP VISITORS, ALL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 7 DAYS / CS
        COMP:   LAW:   7 DAYS LP PHONE
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2103918 - SANCTIONED INCIDENT DATE/TIME: 12-21-2010 1510
DHO HEARING DATE/TIME: 01-20-2011 0930
FACL/CHAIRPERSON.....: THP [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO COVERING CAMERA IN CELL, STATES I AM
                       NOT ON A STATUS WHICH REQUIRES CONSTANT MONITORING.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        LP OTHER   / 15 DAYS / CS
        COMP:   LAW:   15 DAYS LP OTHER (E-MAIL)
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   15 DAYS LP VISITORS, ALL


G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *    INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 004           *  CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:34
```

REGISTER NO.: ▮▮▮▮▮   NAME..: ▮▮▮▮▮
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2015512 - SANCTIONED INCIDENT DATE/TIME: 05-13-2010 1500
UDC HEARING DATE/TIME: 05-19-2010 1020
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮▮
REPORT REMARKS.......: INMATE ADMITTED TO NOT GIVING THE PHONE TO STAFF
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 15 DAYS / CS / SUSPENDED 90 DAYS
         COMP:   LAW:
    398  INTERFERING W/STAFF-MODERATE - FREQ: 1
         LP PHONE   / 15 DAYS / CS / SUSPENDED 90 DAYS
         COMP:   LAW:   30 DAYS TOTAL IF FOUND GUILTY ANOTHER I/R WITHIN
                        90 DAYS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1969038 - SANCTIONED INCIDENT DATE/TIME: 01-20-2010 1005
DHO HEARING DATE/TIME: 02-17-2010 1420
FACL/CHAIRPERSON.....: THP▮▮▮▮▮
REPORT REMARKS.......: INMATE ADMITTED POSSESSION OF RAZOR BLADE, I USE THEM TO
                       SHARPEN MY PENCILS, IT WAS AN ACCIDENT.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP OTHER   / 30 DAYS / CS
         COMP:   LAW:   30 DAYS LOSS PRIVILEGE OTHER (E-MAIL)
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:   30 DAYS LOSS PRIVILEGE TELEPHONE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1814554 - SANCTIONED INCIDENT DATE/TIME: 12-25-2008 0820
DHO HEARING DATE/TIME: 08-04-2009 1445
FACL/CHAIRPERSON.....: THP▮▮▮▮▮
REPORT REMARKS.......: INMATE WAS UPSET AND BUMPED ONE OFFICER IN THE CHEST AND
                       STRUCK ANOTHER OFFICER IN THE CHEST WITH HIS SHOULDER.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
         DS         / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         LP VISIT   / 15 DAYS / CS
         COMP:   LAW:   LOSS OF VISITING PRIVILEGE 15 DAYS.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1812025 - SANCTIONED INCIDENT DATE/TIME: 12-17-2008 1815
DHO HEARING DATE/TIME: 08-04-2009 1430
FACL/CHAIRPERSON.....: THP▮▮▮▮▮
REPORT REMARKS.......: INMATE ADMITS MAKING THREATENING COMMENT BUT SAID IT WAS
                       JUST TO ASSIST HIM IN GETTING MOVED TO DIFFERENT CELL.
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS         / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         LP PHONE   / 15 DAYS / CS
         COMP:   LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

```
 THAYG              *      INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 005           *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:50:34


REGISTER NO: [b)(6); (b)(7)(C)]     NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 08-04-2009 1430 REPORT 1812025 CONTINUED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP VISIT    / 15 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1836405 - SANCTIONED INCIDENT DATE/TIME: 02-22-2009 1145
DHO HEARING DATE/TIME: 08-04-2009 1400
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS HE PROVIDED LIST OF NEGATIVE TERMS TO
                        THE REPORTING EMPLOYEE BUT SAID IT WAS MISINTERPRETED.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
         LP PHONE   / 15 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1797416 - SANCTIONED INCIDENT DATE/TIME: 11-06-2008 1215
UDC HEARING DATE/TIME: 11-12-2008 1330
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE MICONDUCT TOWARDS STAFF.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP PHONE   / 15 DAYS / CS
         COMP:   LAW:   INMATE ADMITTED GUILT.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1796469 - SANCTIONED INCIDENT DATE/TIME: 11-03-2008 1440
UDC HEARING DATE/TIME: 11-06-2008 0840
FACL/UDC/CHAIRPERSON.: THP/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITTED TO MAKING THE COMMENTS ABOUT STAFF
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1469622 - SANCTIONED INCIDENT DATE/TIME: 05-20-2006 1048
DHO HEARING DATE/TIME: 06-01-2006 1400
FACL/CHAIRPERSON.....: THP[b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: ???
         DS         / 1 DAYS / CS
         COMP:   LAW:   DIS SEG
         LP VISIT   / 6 MONTHS / CS
         COMP:   LAW:   LOSS OF SOCIAL VISITS
         LP VISITRS / 6 MONTHS / CS
         COMP:   LAW:   RESTRICTED VISITING....




G0002      MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *     INMATE DISCIPLINE DATA            *    07-15-2021
PAGE 006           *   CHRONOLOGICAL DISCIPLINARY RECORD   *    14:50:34

REGISTER NO: [b)(6); (b)7)(C)]   NAME..: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1297011 - SANCTIONED INCIDENT DATE/TIME: 12-30-2004 0935
DHO HEARING DATE/TIME: 01-24-2005 1110
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS TO CHARGES AND STILL REMAINS DISRESPECTFUL
                       TOWARDS DHO
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:    LAW:    DS
         LP COMM     / 6 MONTHS / CS
         COMP:    LAW:
         LP OTHER    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF PROPERTY
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF PHONE FOR SIX MONTHS
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:    LAW:    DS CONSECUTIVE WITH 15 DAYS FOR 307
         LP COMM     / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF COMMISSARY FOR SIX MONTHS CS WITH 6 MONTHS
                         FOR CODE 307
         LP OTHER    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF PROPERTY FOR SIX MONTHS CONSECUTIVE WITH
                         6 MONTHS FOR CODE 307
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF PHONE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1289892 - SANCTIONED INCIDENT DATE/TIME: 12-07-2004 1540
DHO HEARING DATE/TIME: 12-30-2004 0930
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS          / 30 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1217659 - SANCTIONED INCIDENT DATE/TIME: 05-01-2004 2134
DHO HEARING DATE/TIME: 05-10-2004 1455
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 336249
REPORT REMARKS.......: SUBJ. INSTRUCTED ANOTHER INDIVIDUAL TO USE PHYSICAL
                       FORCE ON A WITNESS TO INFLUENCE STATEMENT.




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000144

```
  THAYG            *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 007           *    CHRONOLOGICAL DISCIPLINARY RECORD  *      14:50:34

REGISTER NO: [(b)(6); (b)(7)(C)]  NAME...: [(b)(6); (b)(7)(C)]
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 05-10-2004 1455 REPORT 1217659 CONTINUED
   197  PHONE ABUSE, CRIMINAL - FREQ: 1 RFP: ?
         DS          / 30 DAYS / CS
         COMP:    LAW:    DIS SEG
         LP PHONE    / 18 MONTHS / CS
         COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1117298 - SANCTIONED INCIDENT DATE/TIME: 06-25-2003 2139
DHO HEARING DATE/TIME: 07-24-2003 1450
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 308492
REPORT REMARKS.......: SUBJECT BECAME DISRUPTIVE IN THE HEARING, AND WAS
                       REMOVED
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:    LAW:    DIS GCT
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 987573 - SANCTIONED  INCIDENT DATE/TIME: 04-30-2002 1025
DHO HEARING DATE/TIME: 07-02-2002 1330
FACL/CHAIRPERSON.....: THA[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 277474
REPORT REMARKS.......: N/A
   203  THREATENING BODILY HARM - FREQ: 1 ATI: IN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:S   DIS GCT
         DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    PENDING CLEAR CONDUCT
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 935698 - SANCTIONED  INCIDENT DATE/TIME: 11-06-2001 1910
UDC HEARING DATE/TIME: 11-13-2001 1530
FACL/UDC/CHAIRPERSON.: THA/SCU[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 257026
REPORT REMARKS.......: BASED ON THE EVIDENCE IN THE REPORT AND THE INMATE'S OWN
                       ADMISSION.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE    / 30 DAYS / CS
         COMP:    LAW:    30 DAYS LOSS OF TELEPHONE PRIVILEGES BEGINNING
                         11-13 TO 12-13.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP OTHER    / 15 DAYS / CS
         COMP:    LAW:    15 DAYS LOSS OF TELEVISION BEGINNING 11-13 TO 11-2
                         8.



G0002       MORE PAGES TO FOLLOW . . .
```

```
  THAYG              *      INMATE DISCIPLINE DATA          *      07-15-2021
PAGE 008             *    CHRONOLOGICAL DISCIPLINARY RECORD  *      14:50:34


REGISTER NO: [REDACTED]   NAME..: [REDACTED]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 911546 - SANCTIONED  INCIDENT DATE/TIME: 08-17-2001 1000
UDC HEARING DATE/TIME: 08-21-2001 1420
FACL/UDC/CHAIRPERSON.: THA/SCU [REDACTED]
APPEAL CASE NUMBER(S): 248641
REPORT REMARKS.......: BASED ON THE UNDENIABEL EVIDENCE FOUND IN THE CELL OF
                       THE INMATE.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:   30 DAYS COMMISSARY RESTRICTION BEGINNING 8-23-01.
   329  DESTROY PROP $100 OR LESS - FREQ: 2
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:   30 DAYS COMMISSARY RESTRICTION RUNNING CONCURRENT
                       WITH THE CHARGE 305.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 911540 - SANCTIONED  INCIDENT DATE/TIME: 08-17-2001 1000
UDC HEARING DATE/TIME: 08-21-2001 1414
FACL/UDC/CHAIRPERSON.: THA/SCU [REDACTED]
REPORT REMARKS.......: BASED ON THE SPECIFIC STATEMENTS AS HEARD BY THE OFFICER
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP OTHER   / 7 DAYS / CS
        COMP:    LAW:   CONFISCATE TELEVISION FOR 7 DAYS BEGINNING 8-21-01
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 837001 - SANCTIONED  INCIDENT DATE/TIME: 11-30-2000 1245
UDC HEARING DATE/TIME: 12-04-2000 1401
FACL/UDC/CHAIRPERSON.: THA [REDACTED]
REPORT REMARKS.......: INMATE WAS FOUND TO HAVE COMMITTED THE PROHIBITED ACT.
                       SANCTION IMPOSE TO IMPROVE BEHAVIOR.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:   LOSS OF COMMISSARY FOR 30 DAYS. MAY PURCHASE STAMP
                       AND PHONE CREDITS.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:   LOSS OF COMMISSARY FOR 30 DAYS. MAT PURCHASE STAMP
                       AND PHONE CREDITS.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 741511 - SANCTIONED  INCIDENT DATE/TIME: 12-24-1999 1445
DHO HEARING DATE/TIME: 01-13-2000 1405
FACL/CHAIRPERSON.....: THA [REDACTED]
REPORT REMARKS.......: N/A
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
        DS         / 30 DAYS / CS
        COMP:    LAW:   DIS SEG




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000146

```
 THAYG              *     INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 009 OF 009 *     CHRONOLOGICAL DISCIPLINARY RECORD    *     14:50:34


REGISTER NO: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


DHO HEARING DATE/TIME: 01-13-2000 1405 REPORT 741511 CONTINUED
        LP OTHER   / 60 DAYS / CS
        COMP:   LAW:   LOSS OF TELEVISION PRIVLEGES
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 710972 - SANCTIONED  INCIDENT DATE/TIME: 09-03-1999 0715
DHO HEARING DATE/TIME: 09-13-1999 1315
FACL/CHAIRPERSON.....: THA[b)(6); (b)(7)(C)]
REPORT REMARKS.......: N/A
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:   SUSPENDED, PENDING CLEAR CONDUCT
        LP OTHER   / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:   LOSS OF TELEVISION PRIVLEGES
        MON REST   / 15.00 DOLLARS / CS
        COMP:   LAW:   RESTITUTION FOR A SPRINKLER HEAD.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 707967 - SANCTIONED  INCIDENT DATE/TIME: 08-24-1999 1730
UDC HEARING DATE/TIME: 08-27-1999 0915
FACL/UDC/CHAIRPERSON.: THA/SCU[b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATED ADMITTED TO CHARGE
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:   LOSS OF COMMISSARY PRIVILEGES FOR 15 DAYS.
        LP OTHER   / 7 DAYS / CS
        COMP:   LAW:   LOSS OF TELEVISION PRIVILEGES FOR 7 DAYS BEGINING
                       08-27-99 ENDING 09-02-99.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 703438 - SANCTIONED  INCIDENT DATE/TIME: 08-09-1999 1435
UDC HEARING DATE/TIME: 08-12-1999 1300
FACL/UDC/CHAIRPERSON.: THA/[b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 193342
REPORT REMARKS.......: REFUSE WRK/PRGM ASSGN  AND REFUSE OBEY AN ORDER
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:   LAW:   EXCEPT STAMPS AND PHONE CREDITS
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:   LAW:




 G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000147

```
 THAYG              *    INMATE DISCIPLINE DATA       *    07-15-2021
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD *    14:43:42


REGISTER NO: [(b)(6), (b)(7)(C)]    NAME..: [(b)(6), (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3509488 - SANCTIONED INCIDENT DATE/TIME: 05-31-2021 0545
DHO HEARING DATE/TIME: 06-17-2021 1030            DHO REPT DEL: 07-08-2021 1020
FACL/CHAIRPERSON.....: THP [(b)(6), (b)(7)(C)]
REPORT REMARKS.......: I/M WAS IN POSSESSION OF TWO STINGERS
                       I/M ADMITS
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ENN
         DS        / 1 DAYS / CS
                   FROM: 06-17-2021  THRU: 06-17-2021
         COMP:   LAW:   ADMIN ENTRY
         LP COMM   / 180 DAYS / CS
                   FROM: 06-17-2021  THRU: 12-13-2021
         COMP:   LAW:
         LP EMAIL  / 180 DAYS / CS
                   FROM: 06-17-2021  THRU: 12-13-2021
         COMP:   LAW:
         LP PHONE  / 180 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
```

```
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000148

```
  THAYG            *     INMATE DISCIPLINE DATA          *    07-15-2021
PAGE 001           *   CHRONOLOGICAL DISCIPLINARY RECORD  *    14:54:18


REGISTER NO:  [REDACTED]   NAME..:  [REDACTED]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2962693 - SANCTIONED INCIDENT DATE/TIME: 02-17-2017 1140
DHO HEARING DATE/TIME: 06-14-2017 1430            DHO REPT DEL: 07-18-2017 1035
FACL/CHAIRPERSON.....: THP [REDACTED]
APPEAL CASE NUMBER(S): 910648
REPORT REMARKS.......: I/M ATTEMPTED TO GET SUBOXONE SENT INTO THP
                       I/M DENIES
   111A INTRODUCTION DRUGS/ALCOHOL - FREQ: 1 ATI: DDA
        DS        / 30 DAYS / CS
        COMP:   LAW:
        LP EMAIL  / 180 DAYS / CS
        COMP:   LAW:
        LP OTHER  / 90 DAYS / CS
        COMP:   LAW:   LOSS OF TV
        LP PHONE  / 180 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2655752 - SANCTIONED INCIDENT DATE/TIME: 11-28-2014 1140
UDC HEARING DATE/TIME: 12-01-2014 1300
FACL/UDC/CHAIRPERSON.: THP/SCU [REDACTED]
REPORT REMARKS.......: I/M DENIED.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP PHONE  / 30 DAYS / CS
        COMP:   LAW:   LP PHONE TO DETER FUTURE VIOLATIONS OF SAME NATURE
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP OTHER  / 30 DAYS / CS
        COMP:   LAW:   LP TRULINCS FUNCTION EMAIL TO PROMOTE FUTURE POSIT
                       IVE BEHAVIOR.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1730009 - SANCTIONED INCIDENT DATE/TIME: 05-06-2008 2205
UDC HEARING DATE/TIME: 05-08-2008 1610
FACL/UDC/CHAIRPERSON.: [REDACTED]
REPORT REMARKS.......: 30 DAYS LOSS OF VISITING, SUSPENDED FOR 30 DAYS
   300  INDECENT EXPOSURE - FREQ: 1
        LP VISIT  / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1710618 - SANCTIONED INCIDENT DATE/TIME: 03-14-2008 2130
DHO HEARING DATE/TIME: 04-18-2008 0850
FACL/CHAIRPERSON.....: [REDACTED]
REPORT REMARKS.......: ADMITTED CONTESTING CELL MATE PLACEMENT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT   / 10 DAYS / CS
        COMP:000 LAW:
        DS        / 10 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

SCU000149

```
  THAYG            *      INMATE DISCIPLINE DATA        *      07-15-2021
PAGE 002 OF 002 *      CHRONOLOGICAL DISCIPLINARY RECORD  *      14:54:18

REGISTER NO: [b(6), (b)(7)(C)]      NAME..: [b(6), (b)(7)(C)]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1643892 - SANCTIONED INCIDENT DATE/TIME: 09-13-2007 0755
DHO HEARING DATE/TIME: 09-27-2007 1125
FACL/CHAIRPERSON.....: [b(6), (b)(7)(C)]
REPORT REMARKS.......: ADMITS THE OFFENSE
   222  POSSESSING INTOXICANTS - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 2 MONTHS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:



 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000150

```
    THAYG             *      INMATE DISCIPLINE DATA            *    07-15-2021
  PAGE 001            *   CHRONOLOGICAL DISCIPLINARY RECORD     *    14:46:16
```

REGISTER NO.: ▮▮▮▮   NAME..: ▮▮▮▮
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2720165 - SANCTIONED INCIDENT DATE/TIME: 05-22-2015 0736
DHO HEARING DATE/TIME: 06-04-2015 1235             DHO REPT DEL: 07-07-2015 0915
FACL/CHAIRPERSON.....: THP▮▮▮▮
REPORT REMARKS.......: I/M ADMITS TO USING ANOTHER I/M TRULINCS PAC NUMBER.
     296  MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
          LP EMAIL   / 90 DAYS / CS
          COMP:    LAW:
          LP MPLAYER / 90 DAYS / CS
          COMP:    LAW:
          LP PHONE   / 90 DAYS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:    90 DAYS LP PHONE
          MON FINE   / 100.00 DOLLARS / CS
          COMP:    LAW:    DUE TO SEVERITY OF PROHIBITED ACT.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2620112 - SANCTIONED INCIDENT DATE/TIME: 08-21-2014 1320
UDC HEARING DATE/TIME: 08-22-2014 1335
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮
REPORT REMARKS.......: I/M MADE NO COMMENT, REFUSED TO PARTICIPATE IN UDC, BEST
                       MANAGED AT UDC LEVEL USING PROGRESSIVE SANCTIONS.
     329  DESTROY PROP $100 OR LESS - FREQ: 1
          LP COMM   / 90 DAYS / CS
          COMP:    LAW:    SANCTION RUNS CONSECUTIVE TO I/R2589032, TO DETER
                          FUTURE VIOLATIONS OF SAME NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2589032 - SANCTIONED INCIDENT DATE/TIME: 05-30-2014 1720
UDC HEARING DATE/TIME: 06-03-2014 1320
FACL/UDC/CHAIRPERSON.: THP/SCU▮▮▮▮
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL.  I/M FOUND GUILTY AS CHARGED.
     329  DESTROY PROP $100 OR LESS - FREQ: 1
          LP COMM   / 60 DAYS / CS
          COMP:    LAW:    TO PROMOTE FUTURE POSITIVE BEHAVIOR.
     331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
          LP COMM   / 60 DAYS / CS
          COMP:    LAW:    RUNNING CONSECUTIVE, TO DETER FUTURE VIOLATIONS OF
                          SAME NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2443758 - SANCTIONED INCIDENT DATE/TIME: 05-11-2013 1430
DHO HEARING DATE/TIME: 07-12-2013 1200
FACL/CHAIRPERSON.....: THP▮▮▮▮
REPORT REMARKS.......: PLEAD GUILTY TO FIGHTING WITH ANOTHER INMATE USING
                       HOMEMADE WEAPON AND HIS FIST
     104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DS        / 45 DAYS / CS
          COMP:    LAW:


  G0002       MORE PAGES TO FOLLOW . . .
```

```
   THAYG             *      INMATE DISCIPLINE DATA        *     07-15-2021
PAGE 002 OF 002 *     CHRONOLOGICAL DISCIPLINARY RECORD    *     14:46:16

REGISTER NO: [b)(6), (b)(7)(C)]     NAME..: [b)(6), (b)(7)(C)]
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 07-12-2013 1200 REPORT 2443758 CONTINUED
          LP COMM    / 90 DAYS / CS
          COMP:    LAW:
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP COMM    / 60 DAYS / CS
          COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2146519 - SANCTIONED INCIDENT DATE/TIME: 04-04-2011 2030
DHO HEARING DATE/TIME: 05-06-2011 1230
FACL/CHAIRPERSON.....: THP[b)(6), (b)(7)(C)]
REPORT REMARKS.......: INMATE WALKED OUT OF DHO HEARING, I/M ADMITTED TO 3-WAY
                        CALLING.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
          DS         / 15 DAYS / CS
          COMP:    LAW:   15 DAYS DISCIPLINARY SEG
          LP COMM    / 90 DAYS / CS
          COMP:    LAW:   90 DAYS LP COMM
          LP OTHER   / 90 DAYS / CS
          COMP:    LAW:   90 DAYS LP OTHER (E-MAIL)
          LP PHONE   / 90 DAYS / CS
          COMP:    LAW:   90 DAYS LP PHONE




   G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000152

```
  THAYG              *      INMATE DISCIPLINE DATA           *      07-15-2021
PAGE 001             *    CHRONOLOGICAL DISCIPLINARY RECORD  *      14:47:29

REGISTER NO: [b)(6); (b)(7)(C)]    NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 07-15-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1788658 - SANCTIONED INCIDENT DATE/TIME: 10-11-2008 1700
DHO HEARING DATE/TIME: 05-19-2010 1430
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: I/M FOUND TO HAVE THREATENED THE OFFICER, BY ATTEMPTING
                       TO INTIMIDATE HER WITH INFORMATION HE SAID HE HAD.
   203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DS        / 7 DAYS / CS
         COMP:   LAW:
         LP COMM   / 30 DAYS / CS
         COMP:   LAW:   30 DAYS LOSS OF COMMISSARY.
         LP OTHER  / 30 DAYS / CS
         COMP:   LAW:   30 DAYS LOSS OF EMAIL.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1945001 - SANCTIONED INCIDENT DATE/TIME: 11-17-2009 2055
DHO HEARING DATE/TIME: 12-08-2009 1530
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 587654
REPORT REMARKS.......: INMATE DENIES SENDING AN EMAIL FROM ANOTHER INMATES
                       ACCOUNT WHO WAS STILL LOGGED ONTO THE SYSTEM. [b)(6); (b)(7)(C)]
   299   DISRUPTIVE CONDUCT-HIGH - FREQ: 1
         DS        / 5 DAYS / CS
         COMP:   LAW:   5 DAYS DISCIPLINARY SEGREGATION.
                       299 MOST LIKE A 297
         LP COMM   / 60 DAYS / CS
         COMP:   LAW:   60 DAYS LOSS PRIVILEGE COMMISSARY.
                       299 MOST LIKE A 297
         LP OTHER  / 180 DAYS / CS
         COMP:   LAW:   180 DAYS LOSS PRIVILEGE EMAIL.
                       299 MOST LIKE A 297
         LP VISIT  / 60 DAYS / CS
         COMP:   LAW:   60 DAYS LOSS PRIVILEGE VISITS, ALL.
                       299 MOST LIKE A 297
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1816430 - SANCTIONED INCIDENT DATE/TIME: 12-30-2008 1840
DHO HEARING DATE/TIME: 07-28-2009 1539
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE HIT HIS DURESS ALARM WHEN IT WAS NOT AN
                       EMERGENCY SITUATION.
   208   INTERFERING WITH SECRY DEVICES - FREQ: 1
         LP VISIT  / 1 MONTHS / CS
         COMP:   LAW:




G0002        MORE PAGES TO FOLLOW . . .
```

```
  THAYG            *       INMATE DISCIPLINE DATA          *     07-15-2021
PAGE 002           *    CHRONOLOGICAL DISCIPLINARY RECORD   *     14:47:29


REGISTER NO.: [b)(6); (b)(7)(C)]   NAME..: [b)(6); (b)(7)(C)]
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021


---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1742561 - SANCTIONED INCIDENT DATE/TIME: 06-10-2008 1755
UDC HEARING DATE/TIME: 10-28-2008 0820
FACL/UDC/CHAIRPERSON.: THP/SCU [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 499701
REPORT REMARKS.......: (REHEARING) INMATE REFUSED A STAFF MEMBERS ORDER
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:   INMATE HAS ALREADY COMPLETED THE SANCTIONS
---------------------------------------------------------------------------
REPORT NUMBER........: 1742561 (REHEARD 10-28-2008 0820)
UDC HEARING DATE/TIME: 06-13-2008 0910
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1643670 - SANCTIONED INCIDENT DATE/TIME: 08-16-2007 1619
DHO HEARING DATE/TIME: 10-09-2007 1043
FACL/CHAIRPERSON.....: THP [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 472695
REPORT REMARKS.......: INMATE DENIED GUILT.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 1 YEARS / CS
         COMP:   LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1177518 - SANCTIONED INCIDENT DATE/TIME: 01-03-2004 1440
DHO HEARING DATE/TIME: 01-22-2004 1510
FACL/CHAIRPERSON.....: THA [b)(6); (b)(7)(C)]
REPORT REMARKS.......: WROTE A INAPPROPIATE LETTER TO A STAFF MEMBER
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:V   DIS GCT
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         DS         / 15 DAYS / CS
         COMP:   LAW:   DIS SEG
         LP PHONE   / 60 DAYS / CS
         COMP:   LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1069601 - SANCTIONED INCIDENT DATE/TIME: 01-27-2003 1921
DHO HEARING DATE/TIME: 03-03-2003 0940
FACL/CHAIRPERSON.....: THA [b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 294728
REPORT REMARKS.......: 3 WAY CALL




G0002       MORE PAGES TO FOLLOW . . .
```

SCU000154

```
  THAYG              *       INMATE DISCIPLINE DATA             *    07-15-2021
PAGE 003 OF 003 *       CHRONOLOGICAL DISCIPLINARY RECORD       *    14:47:29

REGISTER NO: [redacted]  NAME...: [redacted]
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-15-2021

DHO HEARING DATE/TIME: 03-03-2003 0940 REPORT 1069601 CONTINUED
    397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:010 LAW:V   DIS GCT
         DIS GCT     / 13 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         LP PHONE    / 6 MONTHS / CS
         COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 979844 - SANCTIONED  INCIDENT DATE/TIME: 04-04-2002 1110
DHO HEARING DATE/TIME: 04-09-2002 0930
FACL/CHAIRPERSON.....: THA[redacted]
APPEAL CASE NUMBER(S): 268434
REPORT REMARKS.......: VERBALLY THREATENED AN OFFICER
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:V   DIS GCT
         DIS GCT     / 27 DAYS / CS
         COMP:020 LAW:V   DIS GCT
         LP PHONE    / 60 DAYS / CS
         COMP:    LAW:   LOSS OF SOCIAL TELEPHONE PRIVLEGES.




  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SCU000155