# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-cr-00160-JBA-3 |
| ) | |
| ) | |
| AZIBO AQUART, ) | |
| ) | |
| Defendant. ) | |

## SUBMISSION OF LETTER OF SUPPORT

TO: CLERK OF COURT

    Comes now Defendant, Azibo Aquart, by counsel, Monica Foster, Indiana Federal Community Defenders, Inc. and submits the attached correspondence for the Court's consideration in sentencing.

Dated: October 19, 2021

                                         */s/ Monica Foster*
                                         Monica Foster
                                         Indiana Federal Community Defenders, Inc.
                                         111 Monument Circle, Ste. 3200
                                         Indianapolis, IN. 46204-5172
                                         (317) 383-3520
                                         Attorney for Defendant

## CERTIFICATE OF SERVICE

    I certify that on October 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

                                           */s/ Monica Foster*
                                           Monica Foster