Hon. Janet Bond Arterton
Senior United States District Court Judge

It has been a little while since I last saw you. To simply say a lot has happened since then seems like quite the understatement. I sincerely hope you are well & have been over time. When I was told I would be coming before you again, I found it fitting because only the person who presided over my case all those years ago could really understand where it is I came from, went to, & truly be able to assess me by taking the full measure of the man I return claiming to be.

It doesn't seem right for me to dwell on how hard it has been because it was meant to be hard. I wasn't meant to return. I also don't think it would be too appropriate for me to go on about things I have managed to do with myself in that time, given that I wasn't sent anywhere to work on myself or change. However, work on myself & change I have, & the reasons for that change are something I thought was worthy of a letter to your Honor.

Having to grow up in the shadows as I did, you learn you never truly know someone until you've seen what they'll do, in the dark when they think no one is looking. Your Honor, when no one was looking, everyday, even while questioning my own sanity, I continuously tried to scrape myself together, & with every fiber of my being, pull away from what began to seem like, the most intoxicating, normal, unavoidable, overwhelming negativity, constantly drawing me in, for which there appeared to be no incentive to avoid. But there was though. The subject in the portrait of United States v. Aquart was devastating to gaze upon. I had a problem looking myself in the mirror for quite some time afterwards. The hard truth was, it didn't matter then what was true or lies, what I did or didn't do, things that I knew for a fact that I'd done that were wrong or

or harmed others, cumulatively struck me to my core.

People said they hoped that while I suffered in my cell, I would think about Tina, Basil, & James. I promise them that wish has been more than granted. It is because of what happened that I needed to take as many steps as I could to get as far opposite of who I was & who people thought of me as. I maintain that my conviction for their murders was wrongful & in no way did I or could I have benefitted from such loss (no one truly could have), nevertheless, I know I bear some responsibility. I carry that burden with me every day on top of everything else. Tina's, Basil's, & James's deaths are a large part of what makes it a must that my energy, my existence remain geared towards improving lives & being a source of light, rather than some other kind of element, which would have to hide in, be a part of, & or profit from the dark. It's incumbent on me to try to make some good come from all this bad.

You have got to be ten times as sick of hearing about me as I am. & for the most part, you probably know more or have access to more information about me, by now, than any other defendant. But I want you to know a truth about me that I'm certain you haven't heard or read. While I was free, I was ashamed of myself. And still am. I was ashamed of myself, & hid what I was doing even from other drug dealers I knew. At times, I would disguise myself. Not because I was taking the extra mile to avoid getting caught, but because I didn't want anyone I knew, who knew how hard I had it growing up, to know that Azibo, who appeared to be doing a little better for himself, was still selling drugs.

When I was 12, I misjudged the kindness of the seasons. I didn't realize how little time I had to get warm clothes & a safe place to sleep. That was the first time I almost froze to death. It was well before snow was even going to hit the ground, the year my mother died. No one was looking for me. Elenor Cooper, the matriarch to one of the most beloved families in our community wanted to give me & my brothers a place to stay. Shortly after we arrived in Hartford, some money went missing. I was accused of the theft & asked to leave. My older brothers, one who would be soon named my guardian who knew I hadn't stolen anything, watched their little brother disappear down the street. No one followed me. No one thought about where I'd find myself sleeping the next night. [You may remember Your Honor, Mrs. Cooper testified at my sentencing trial that she'd found out that it was in fact her ex-husband who'd stolen the money & apologized. & despite the hardship that the banishment had caused me, I accepted it years later.]

There are only so many stores you can stop in to warm up without buying anything. No candy, bags of chips, or delicious little junk food treats. I learned not to even look in the direction of someone near me eating McDonald's. As a kid, I use to warm two for -.76¢ Chunky Soup cans on a window sill, with a cigarette lighter, in an abandoned house. In the hardest way possible, I had to resist the urge to run & learn how to injure or stop grown men so that when they jumped on me to take what little I had, even though they knew I needed it more than any of them, it seemed less & less worth it. At 21, as a so-called free person, I was expected to find work. But from 8am to 4pm, the most critical hours needed for that search, my Parole Officer had directed me to pick-up garbage on the side of Route 8, as cars whizzed by dangerously, for no pay, in the cold, while wearing the same exact orange jumpsuit I have on right now over my donated clothes. My point in saying all this is: At these times in my life, I've begged, I've prayed, I've pleaded, I've cried, while wishing that there would come a time when I didn't have to go through these things or be involved in drug dealing in any capacity. You just can't imagine, you don't know

how many times that was ALL I asked for, not to be rich with millions of dollars, the ask was literally just to NOT have to deal drugs & go through these things

There is a look you never forget. You get it at night, alone, & it's terrifying. The look is unique in that when you got it, you knew almost no one you know had ever stooped so low to wind up on the receiving end of it. It's the wild-eye, vacant stare of a man who has been sleeping outside in the elements too long, his eyes flashing. I once received this look from a man when I stumbled into a hallway that had some level of heat escaping into it, that he was claiming as his own. Despite spending much of his day asking others if they could spare some change, recognizing I was in need, he jumped at what had to be a rare opportunity to deny someone else something.

While trying to earn some money, waiting for my turn to be called to serve as a lookout, I fell asleep by the window in the nearby abandon house. People shooting dope & smoking crack had what was to them a minor mishap. No prostitute or drug-dealer bothered to call up to me & say "Hey, Kid.". I only woke up when I realized that finally, I was warm for once. My eyes opened to black smoke billowing right above my head, to see the reflection of flames engulfing what was around me, in the glass of a fire truck that had pulled up outside below.

There were people who knew my story & knew my wish. Some, they couldn't have helped, but genuinely wanted it for me. They knew I despised what I was doing & the people who did it that didn't have to. People who didn't have to be in the street, who could go sit down somewhere & get high all day, play video games all day & their world not change around them. They could sell drugs & run to the jewelry store, sneaker & clothing store & go out to clubs drinking every other night because no matter what there was someone, some form of family to fall back on, there'd be some type of check assistance, or they could get or in some cases already had jobs — none of which I had or could. I came from the lowest of the low & did nothing to find myself there. But after all the promises I made myself & all the child-like negotiations I'd conducted with God, when my life finally showed a glimmer of hope, I wanted to forget the things you know about me, forget the things in this letter, forget that that was where I came from. Forget me. I wanted to be

like everybody else, that didn't come with the baggage that I had. I didn't change. How? How could I've EVER actually tried to forget these things I'd lived, that when some of it was told to others, they couldn't forget them?! The amount of shame I feel for this TO THIS DAY, is why the change in me now couldn't be based on any hopes, promises, child-like negotiations with God about what I'd do or never do in exchange for "this" — it just needed to be & was long overdue.

My mother broke the law, but she NEVER endorsed me doing the same. The code was, as long as you don't rob, steal, or kill, what you have to do to feed your family & get on your feet was necessary. Her philosophy was one common to many immigrants who came to this country: You do what you have to do to make ends meet, until you don't have to anymore & then you do something else. & she lived that. & in that respect, she was definitely braver than I. I very much put myself in this current situation.

It takes a certain kind of person to have endured some of what I've endured (having never touched my child & forfeiting my life to prison officials), seen what I've seen (men who've lossed their minds, experiencing madness myself, witnessing or listening to a prisoner with valid claims pending that thought the "stay" received from the court that got them returned to their cell, meant something, be ripped from it to be executed hours later in no legally justifiable order) to not experience remorse & harbor profound regret. Please do not mistake me for some such person because even amongst the so-called "worse of the worse", that person is nearly non-existant. I was sent to die in Indiana but I did not. I was sent to die in Indiana & became determined to die a better man than I had lived. I was sent to die in Indiana, but instead I watched 15 of my neighbors die in quick succession in my last years there. Two by medical neglect, all the rest executed. One man I knew, Brandon Bernard, NEVER said an unkind word to a person in his life. My days are haunted by self-reflection.

There was a time when I was in this weird fog-state of bewilderment on Death Row. I was barely functioning, going through moments I wasn't sure how much time had passed or where I was, I definitely no longer knew who I was. I use to practice reciting

to myself a difficult Soliloquy from Hamlet, where he is pretending to be insane, in order to keep myself sane. It was so challenging, it began to make my mind work again. I understand if that probably sounds like a small thing, but from the perspective of a person that has lossed EVERYTHING, literally doesn't even have his own life, the ability to at least be able to think about that, meant EVERYTHING. It was the ONLY thing I had. I'd given up on ever having any semblance of the support that I have now. My life was one of having no one to complain to, no one to hear your side of the story, give you the benefit of the doubt. You have to have been protected by someone, at some point, in order for pleading your case to be a part of your psyche. Never receiving a break or a chance, or even mercy, this was something others were worthy of or received. Not me. Sadly & ironically, I've never been loved the way I am now. I've never been supported the way I am now. & I've never had more promise & opportunity than I have now. If given access to the world again, this love & support would weigh so heavily on me, that there would never be a day that that wasn't now first & foremost in my mind; causing my need to stay headed in the right direction to be more than my path — it would be MY MANDATE.

  The philosopher Marcus Aurelius took a few moments every day to contemplate the manner in which he would die. He surmised that those who were forced to think about their own impending deaths daily, in the event they managed to survive & be granted life anew, were best at helping others understand life's preciousness & worked harder to accomplish more with THE GIFT. I think back to that kid who prayed for a way out, but couldn't even imagine one. Now, not only can I imagine one, others have encouraged me to live & plan for one, even going so far to help nurture my ideas, designs & offer me meaningful employment that free persons would covet.

  If I may, Your Honor, I'd like to draw the Court's attention to the plight of my half-sister, Alicea Jones. When we were little, Alicea took beatings from a man who wasn't even related to her (a step-grandfather) for sneaking me into her house sometimes to make sure I got clean, fed, was warm & got a proper lesson in what was going on in all the shows on T.V. everyone was watching

Despite being a child herself, she often said her wish was, that she could be my mother. She would do things like force us to swear that no matter what, we would always look out for each other. On court dates, when I was a kid, when no one would show up for me, she regularly tried to pretend to be an adult & stand beside me as a guardian, to let me know someone was there. Unbeknownst to me, she would write & call the wardens of the facilities I was in, when she was still a kid herself, asking them if I was okay & to look out for me. She was so persistent that more than once, she was granted the special privilege to come see me while still underage & unaccompanied by an adult, on the condition I told her to stop. I don't think I have to tell you that I did not have many visitors.

Shortly after the trial, Alicea was in a bad car accident here in Brooklyn. Since that day, she has never woken up. I say this not for sympathy or for mercy, but to ask for the opportunity to help her maintain a standard of care & possibly even life itself. I owe her a debt I can never repay. Her sons (ages 12, 14, & 18) are in a precarious situation. Now, nearly identical to when my brothers & I were orphaned. They have no father or grandparents (their grandmother & her son, their uncle, have been diagnosed with paranoid schizophrenia & have suffered from it from before they were born). I know it's not a helpful thing to say, but it must be said here. When trying to deal with children who have real-life problems — issues that cannot be addressed with pep talks, a new backpack filled with school supplies, or an occasional restocking of the fridge & cupboards — problems that make even people who address child problems for a living, cringe, because they know they have encountered one beyond their capabilities — You don't have anything you can counsel them about unless they know that's your story. They exist in a world of uncertainty, they need credibility. This is a situation I know. My problems made others uncomfortable. These kids look up to me or an idea of me, & that's my "in" to show them who I really am, all the different things they could be & that they are not alone & loved. They are bouncing around, their journey is one I know. I owe it to their mother, my sister, to try to keep them from standing in yours or another judge's courtroom one day for the wrong reasons. & God forbid(s) that is their fates, I need to be right there, standing beside them, as a living symbol that they too are worthy of another chance.

Let me be of use Your Honor, I am known for & associated with too much wrong. I beg for an opportunity to reverse that.

I wish I could claim that I study educational curriculum solely to help people I tutor. That's not exactly true. My daughter Angel, she's in every answer to every question I ask. I try to learn exactly what I figure out she must be learning at the time. I was sooo bad to have the answers to any questions she might have, even though she never has & probably never will. I think for someone like me — it's sort of it's own little punishment that I could help sharpen minds & help people who didn't even speak English, pass tests but might never be able to aide my daughter in knowing what she needs to know to get ahead. My father was many things, but of all the people in my life, he was one of the only ones who was NEVER cruel to me. In fact, had I ever told him, he would've protected me. He had many children, but when he was told to come & get us, he did so immediately, fugitive & all. He was willing to take me as well. The kids on my street didn't have fathers. He provided a home & tried to raise them as best he knew how. In that sense, he showed he valued us. I don't admire him, don't want to be him. Never did. He isn't a role model. But he is for others to judge, NOT me. It would take a tremendous amount of lack of self-awareness for me to not realize I haven't been half the man he was to one child, let alone several. I've inflicted far more pain & harm than I'll probably ever be able to repair on my little girl. I pulled away from my daughter so my eventual execution wouldn't leave such a hole in her life that tormented her. She'd already had to constantly be on guard from people who'd call me a monster & think her, the child of one. Since my death sentence has been removed, I've been reaching out more. I'm trying to build a relationship that is supportive & loving. She is super smart & far too considerate of me. She only tells her mother that she "needs her Dad". She'll be 16 on the 26th of October. Maybe I've forfeited the right but I hope to be able to do better for her than I have thus far.

Ultimately, Your Honor, I know that what to do with me cannot be the easiest

decision. I believe that. I am not the man I was in 2005. I consider the trust my supporters have in me to be a sacred honor. I will not abuse it. & You have my solemn vow that I will live everyday in the light. I hope you can see your way to giving me a ray of hope. Thank You, Your Honor.

Respectfully,

Azibo Aquart